**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust And The Matthew Van Steenwyk Issue Trust, And As Co-Trustee Of The Gretchen Marie Van Steenwyk-Marsh GST Trust And The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC., <br><br>              Plaintiff, <br><br>  vs. <br><br> KEDRIN E. VAN STEENWYK, et al., <br><br>              Defendants, <br><br> and <br><br> APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC., <br><br>              Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AFM <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS [106]** |

1     Pursuant to the stipulation of the parties and good cause appearing, it is
2 hereby ordered that the hearing on Defendants' Motions to Dismiss the Third
3 Amended Complaint (ECF Nos. 93, 94), currently set for January 29, 2021 at 1:30
4 p.m., is continued to March 5, 2021, at 1:30 p.m.
5
6     IT IS SO ORDERED.
7
8 Dated: January 22, 2021     By: _____
9                                 Hon. Fernando L. Aenlle-Rocha
                                  United States District Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28