**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk Gst Trust And The Matthew Van Steenwyk Issue Trust, And As Co-Trustee Of The Gretchen Marie Van Steenwyk-Marsh Gst Trust And The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC., <br><br>                    Plaintiff, <br><br>          v. <br><br>KEDRIN E. VAN STEENWYK, et al., <br><br>                    Defendants, <br>and <br><br>APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC., <br><br>                    Nominal Defendants. | Case No. 2:20-cv-02375-FLA (AFMx) <br><br>*Hon. Fernando L. Aenlle-Rocha* <br><br>**ORDER GRANTING REQUEST TO CONTINUE PRETRIAL DEADLINES [DKT. 129]** |

Having reviewed the Parties' Stipulation and Request to Continue Pretrial Deadlines (the "Stipulation"), and FOR GOOD CAUSE SHOWN, the court HEREBY ORDERS that the Parties' Stipulation is approved.

IT IS HEREBY ORDERED THAT:

| CURRENT DATE | REQUESTED DATE |
|---|---|
| **Settlement Conference:** April 8, 2021 | **Settlement Conference:** June 3, 2021 |
| **Discovery Cut-Off:** April 8, 2021 | **Discovery Cut-Off:** June 3, 2021 |
| **Expert Witness Disclosures:** April 22, 2021 | **Expert Witness Disclosures:** June 17, 2021 |
| **Rebuttal Expert Witness Disclosures:** May 22, 2021 | **Rebuttal Expert Witness Disclosures:** July 17, 2021 |
| **Expert Discovery:** June 22, 2021 | **Expert Discovery:** August 17, 2021 |
| **Motion Cut-Off:** July 22, 2021 | **Motion Cut-Off:** September 17, 2021 |

1. The settlement conference deadline currently set for April 8, 2021, is continued to June 3, 2021.
2. The discovery cut-off date is continued from April 8, 2021, to June 3, 2021.
3. The deadline for expert witness disclosures is continued from April 22, 2021, to June 17, 2021.
4. The deadline for rebuttal expert witness disclosures is continued from May 22, 2021, to July 17, 2021.
5. The expert discovery cut-off date is continued from June 22, 2021, to August 17, 2021.
6. The motion cut-off date is continued from July 22, 2021, to September 17, 2021.

IT IS SO ORDERED.

Dated: March 18, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge