MATTHEW DONALD UMHOFER, ESQ., SBN 206607
mumhofer@spertuslaw.com
J. ANTHONY KING, ESQ., SBN 297279
anthony@spertuslaw.com
DIANE H. BANG, ESQ., SBN 271939
diane@spertuslaw.com
**SPERTUS, LANDES & UMHOFER, LLP**
1990 S Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711

MARTIN P. MOROSKI, ESQ., SBN 98202
moroski@ammcglaw.com
CHASE W. MARTIN, ESQ., SBN 260444
**ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The MATTHEW VAN STEENWYK GST TRUST and The MATTHEW VAN STEENWYK ISSUE TRUST, and as Co-Trustee of The GRETCHEN MARIE VAN STEENWYK-MARSH GST TRUST and The GRETCHEN MARIE VAN STEENWYK-MARSH ISSUE TRUST and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; | Case No.:  2:20-CV-02375-FLA-AFM <br><br> **DECLARATION OF DIANE H. BANG IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER ISSUING EVIDENTIARY AND MONETARY SANCTIONS AGAINST DEFENDANTS** <br><br><br> Hearing Date: N/A <br> Hearing Time: N/A <br> Courtroom: 6B |

Sidebar (vertical text): Spertus, Landes & Umhofer, LLP · 1990 South Bundy Dr., Suite 705 · Los Angeles, CA 90025 · Telephone 310-826-4700; Facsimile 310-826-4711

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1  PAMELA PIERCE, Individually;
   PHILIP GOBE, Individually; PHILIP
2  LONGORIO, Individually; GENE
   DUROCHER, Individually; JOSEPH
3  MCCOY, Individually; KIERAN
   DUGGAN, Individually; ELIZABETH
4  A. VAN STEENWYK, Individually, and
   as Original Trustee and as Beneficiary of
5  the Donald H. Van Steenwyk and
   Elizabeth A. Van Steenwyk 1996
6  Revocable Trust; ADELAIDA
   CELLARS, INC., a California
7  Corporation; and DOES 4-10, inclusive,

8              Defendants,

9    and

10 APPLIED TECHNOLOGIES
   ASSOCIATES, INC., SCIENTIFIC
11 DRILLING INTERNATIONAL, INC.,
   and ATA RANCHES, INC.,
12
            Nominal Defendants.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

*DECLARATION OF DIANE H. BANG IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT*

**DECLARATION OF DIANE H. BANG**

I, Diane H. Bang, declare as follows:

1.     I am an attorney duly licensed to practice before this Court, and I represent Plaintiff Matthew Van Steenwyk, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk – Marsh Issue Trust ("Plaintiff").  I submit this declaration in support of Plaintiff's Ex Parte Application for Order Issuing Evidentiary and Monetary Sanctions Against Defendants (the "Ex Parte Application").  I have personal knowledge of the facts set forth herein and, if called upon to do so, can testify competently to the facts in this declaration.

2.     On May 18, 2020, Plaintiff served his Requests for Production of Documents, Set One ("Requests") on Defendants ATA, ATA Ranches, Inc., Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, Joseph McCoy, Elizabeth Van Steenwyk, and Kedrin Van Steenwyk.  Plaintiff's requests for production were served on Defendant Daniel Carter on November 30, 2020, and were largely identical to the ones served on ATA and the other individual Defendants.

3.     Among the Requests that Plaintiff served were the following:

**Request No. 53:**

COMMUNICATIONS and other DOCUMENTS RELATING TO any deliberation by the ATA Board of any aspect of the transaction by which ATA transferred the winery business known as Adelaida Cellars to KMBG.

**Request No. 150:**

All DOCUMENTS that YOU contend provide a basis for any denial of any material allegation in the COMPLAINT, any affirmative defense to any claim

1.

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

alleged in the COMPLAINT, or any special defense to any claim alleged in the COMPLAINT.

Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Defendants ATA, ATA Ranches, Pierce, Durocher, Carter, McCoy, Elizabeth Van Steenwyk, Gobe, and Longorio's amended responses to Plaintiff's Requests.

4.     Defendants' responses were due in June 2020, but out of professional courtesy, Plaintiff agreed to give Defendants an additional thirty days to respond to the Requests.  On July 17, 2020, ATA Defendants served their responses, but did not produce a single document.

5.     In August 2020, ATA made its first production of only 562 pages, combined into a single PDF.  Although some ATA/SDI board meeting minutes were produced, no annual shareholder meeting minutes were produced.

6.     On August 17, 2020, my co-counsel, Chase Martin and I participated in a telephonic conference with Johnny Antwiler, counsel for ATA, ATA Ranches, Inc., Pierce, Gobe, Longorio, Durocher, and McCoy, regarding the status of document production.  ATA Ranches, Inc., Pierce, Gobe, Longorio, Durocher, and McCoy still had not produced a single document by this time.  The next day, Mr. Antwiler stated that Plaintiff would receive a production by September 4, 2020, but that production would not include emails.  A true and correct copy of my correspondence with Mr. Antwiler dated August 20, 2020 is attached hereto as **Exhibit 2**.

7.     By late September 2020, approximately four months after Plaintiff served his first Requests, it became clear that ATA had only begun searching for responsive ESI, and any searches for ATA Ranches, Inc., Pierce, Gobe, Longorio, Durocher, and McCoy had not begun.  Mr. Antwiler informed me during a meet and confer call that document searches for these parties would begin after ATA's

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

*DECLARATION OF DIANE H. BANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

search was complete. A true and correct copy of my correspondence with Mr. Antwiler dated September 30, 2020 is attached hereto as **Exhibit 3**.

8.     From July to December 2020, I sent a multitude of emails to Mr. Antwiler, requesting the status of his clients' document production.  We also participated in approximately nine meet and confer conferences, both formal and informal.  There were numerous instances throughout this time that Defendants did not make a production as promised by Mr. Antwiler.  Attached as **Exhibits 4 and 5** are true and correct copies of some of my correspondence with Mr. Antwiler during this period, which show how promises to produce documents were repeatedly broken.

9.     On December 22, 2020, the parties participated in a telephonic discovery conference to address ATA Defendants' production failures and to obtain a date certain by which Plaintiff would receive responsive documents.  The Court granted Plaintiff's request (Dkt. 101), and ordered that Defendants Pierce, Gobe, Longorio, Durocher, Carter, McCoy, and Elizabeth A. Van Steenwyk (collectively, the "Individual Defendants") produce documents by January 8, 2021, and ATA and ATA Ranches produce documents by January 21, 2021.

10.     On January 8, 2021, documents were produced by Defendants Pierce and Durocher, but none of the other Individual Defendants.

11.     On January 21, 2021, documents were produced by ATA, however, the production was not complete, and contained many errors.  Specifically, not all attachments to emails were produced, and not all emails had been produced even though their attachments had been produced.

12.     Plaintiff was once again left with no certainty as to when the balance of documents would be produced.  On February 12, 2021, I sent to Mr. Antwiler Plaintiff's portion of a motion to compel discovery and request for sanctions. Then on February 19, 2021, ATA produced approximately 28,000 documents,

3.

1   and on February 22, 2021, ATA produced approximately 1,200 documents.

2   Although Plaintiff received dozens of ATA and SDI board meeting minutes, no

3   annual shareholder meeting minutes were produced.

4       13.    In 2021, the parties took the depositions of 18 percipient witnesses.

5   Plaintiff Matthew Van Steenwyk was deposed twice.  During Matthew's

6   depositions, he was never asked about what was discussed during the ATA/SDI

7   annual shareholder meeting on April 29, 2014, although he was asked about when

8   he learned of the sale of Adelaida to KMBG.

9       14.    On February 9, 2022, after Scientific Drilling International, Inc.

10  ("SDI") was added as a defendant in this case, Plaintiff served on SDI the same

11  RFP regarding documents related to any affirmative defense:

12  **Request No. 27 to SDI:**

13  All DOCUMENTS that YOU contend provide a basis for any denial of any

14  material allegation in the COMPLAINT, any affirmative defense to any claim

15  alleged in the COMPLAINT, or any special defense to any claim alleged in the

16  COMPLAINT.

17      Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of

18  Defendant SDI's response to Plaintiff's Request No. 27.

19      15.    Fact discovery for SDI closed on April 29, 2022 (Dkt. 218).  And

20  still, no ATA/SDI annual shareholder meeting minutes were produced.

21      16.    On May 6, 2022, Defendants filed a motion for summary judgment,

22  along with a declaration from Defendant Carter, attaching several exhibits (Dkt.

23  229 & 229-1).  Exhibit 2 of Mr. Carter's declaration is what Defendants allege to

24  be the minutes of ATA/SDI's annual shareholder meeting from April 29, 2014

25  (the "the 2014 Annual Meeting Minutes").

26      17.    On May 12, 2022, I emailed Mr. Antwiler asking for the Bates

27  number for the 2014 Annual Meeting Minutes. Mr. Antwiler replied that he

4.

*DECLARATION OF DIANE H. BANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

would inquire into it and provide the Bates number.  After six days passed

without a reply, I followed-up with another email, and Mr. Antwiler stated that

the Bates number would be provided the following day.  A true and correct copy

of my correspondence with Mr. Antwiler dated May 20, 2022 is attached hereto

as **Exhibit 7**.

18.     On May 31, 2022, J. Anthony King and I participated in a meet and

confer call with Mr. Antwiler regarding a motion for evidentiary and monetary

sanctions against Defendants regarding the 2014 Annual Meeting Minutes.

During this call, Mr. Antwiler confirmed that the 2014 Annual Meeting Minutes

had not been produced.

19.     On June 3, 2022, at 5:08 p.m. (five weeks after the close of

discovery), SDI produced a batch of annual shareholder meeting minutes, SDI-

000578 thru SDI-000663, which included the 2014 Annual Meeting Minutes.  I

accessed the metadata for the 2014 Annual Meeting Minutes, which shows the

following:

| | |
|---|---|
| BegDoc: | SDI-000578 |
| Begin Bates: | |
| File Name: | 2013 minutes.docx |
| File Extension: | docx |
| Author: | DRC |
| Unified Title: | Minutes |
| LastModifiedDate: | 7/5/2017 7:45 PM |
| LastCreateOn: | 6/3/2014 7:12 PM |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

5.

*DECLARATION OF DIANE H. BANG IN SUPPORT OF PLAINTIFF'S
MOTION FOR PARTIAL SUMMARY JUDGMENT*

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

20.     Defendant Adelaida Cellars, Inc. was served the same request for all documents that provide a basis for any denial of material allegation in the complaint and any affirmative defense to any claim alleged (Request No. 90) on June 17, 2020.

21.     I am a senior associate at the law firm, Spertus, Landes & Umhofer, LLP, and I have been practicing law for 9 years.  My time is billed at $600 per hour.

22.     Mr. King is a partner at Spertus, Landes & Umhofer and has been practicing law for over 18 years.  His time is billed at $700 per hour.

23.     Riley Smith is a junior associate at Spertus, Landes & Umhofer.  His time is billed at $550 per hour.

24.     I have reviewed the time records maintained by my office in the ordinary course of business.  I have recorded approximately 16.5 hours leading up to and preparing this Ex Parte Application, which includes time spent reviewing the discovery responses and production, drafting the meet and confer letters to opposing counsel, reviewing the emails between our firm and opposing counsel, participating in the meet and confer conference, researching and writing portions of the Ex Parte Application, drafting the accompanying separate declaration, editing the proposed order, and identifying exhibits.

25.     Mr. King has recorded approximately 12 hours leading up to and preparing this Ex Parte Application, which includes reviewing meet and confer letters to opposing counsel, participating in the meet and confer conference, and researching and writing the Ex Parte Application.

26.     Mr. Riley has recorded approximately 14.5 hours helping prepare this Ex Parte Application, which includes conducting legal research and drafting the points and authorities.

6.

27.     I believe the total cost of bringing this Ex Parte Application to be approximately $26,275.  A total $19,000 sanction award against Defendants, would offset the costs of seeking relief from the Court on an Ex Parte Application that should not have been necessary, and would appropriately sanction Defendants for all their delays in producing responsive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2022 at Los Angeles, California.

*/s/ Diane H. Bang*

Diane H. Bang

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

7.

*DECLARATION OF DIANE H. BANG IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT*

# Exhibit 1

Samuel Y. Edgerton (SBN 127156)
K. Adam Bloom (SBN 268899)
O'HAGAN MEYER
4695 MacArthur Court, Suite 210
Newport Beach, CA 92660
Tel: (949) 942-8500 | Fax: (949) 942-8510
Email: sedgerton@ohaganmeyer.com
Email: kabloom@ohaganmeyer.com

Attorneys for Defendants
Applied Technologies Associates, Inc.; ATA Ranches, Inc.; Pamela Pierce; Gene Durocher; Daniel Carter; Joseph McCoy; Elizabeth Van Steenwyk; Phillip Gobe; Philip Longorio

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of THE MATTHEW VAN STEENWYK GST TRUST and THE MATTHEW VAN STEENWYK ISSUE TRUST, and as Co-Trustee of THE GRETCHEN MARIE VAN STEENWYK-MARSH GST TRUST and THE GRETCHEN MARIE VAN STEENWYK-MARSH ISSUE TRUST and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC. | Case No.:  2:20-CV-02375-FMO-AFM  **DEFENDANTS' AMENDED RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS APPLIED TECHNOLOGIES ASSOCIATES, INC., ATA RANCHES, INC., AND DIRECTOR DEFENDANTS, SET ONE** |
| Plaintiff, | |
| vs. | |
| KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; PAMELA PIERCE, Individually; PHILLIP GOBE, Individually; PHILIP | |

1  LONGORIO, Individually; GENE
DUROCHER, Individually; JOSEPH
2  MCCOY, Individually; ELIZABETH A.
VAN STEENWYK, Individually, and as
3  Original Trustee and as Beneficiary of
the Donald H. Van Steenwyk and
4  Elizabeth A. Van Steenwyk 1996
Revocable Trust; ADELAIDA
5  CELLARS, INC., a California
Corporation; and DOES 1-25, inclusive,
6
7
8              Defendants,

9   and

10  APPLIED TECHNOLOGIES
ASSOCIATES, INC., and ATA
11  RANCHES, INC.
12
13              Nominal Defendants
14
15
16
17
18
19
20  PROPOUNDING PARTY:      Plaintiff Matthew Van Steenwyk

21  RESPONDING PARTY:       Defendants Applied Technologies Associates, Inc.;

22              ATA   Ranches,   Inc.;   Pamela   Pierce;   Gene

23              Durocher; Daniel Carter; Joseph McCoy; Elizabeth

24              Van Steenwyk; Phillip Gobe; Philip Longorio

25  SET NUMBER:             ONE
26
27
28

grounds that it seeks documents already in the possession of the Propounding Party, and therefore, constitutes an undue expense and burden to Defendants. Defendants object to the Request to the extent it seeks documents and information irrelevant to the subject matter of this litigation and therefore not likely to lead to the discovery of admissible evidence, nor reasonably proportionate to the needs of the case. The Request fails to limit its scope to any particularly identified subject matter or topic. Defendants further object to the Request to the extent it calls for the production of proprietary or confidential documents or information and/or trade secrets.

Subject to and without waiving the foregoing objections, Defendants will produce responsive, non-privileged documents in their possession, custody or control, if any, to the extent they exist.

**AMENDED RESPONSE TO REQUEST NO. 52:**

Defendants object to this Request to the extent it seeks documents and/or information protected by the attorney-client privilege and/or work product doctrine. Defendants further object to this Request to the extent it seeks confidential information and/or trade secrets. Defendants object to this Request as it is overbroad in time and scope in that it requests all documents RELATING TO appraisals or valuations.

Subject to and without waiving the foregoing objections, Defendants will produce all appraisals and/or valuations of the winery business known as Adelaida Cellars prior to the time it was conveyed to KMBG in their possession, custody or control.

**REQUEST NO. 53:**

COMMUNICATIONS and other DOCUMENTS RELATING TO any deliberation by the ATA Board of any aspect of the transaction by which ATA transferred the winery business known as Adelaida Cellars to KMBG.

/ /

/ /

**DEFENDANTS' AMENDED RESPONSES TO PLAINTIFF'S**
**REQUEST FOR PRODUCTION OF DOCUMENTS**

**RESPONSE TO REQUEST NO. 53:**

Defendants object to the Request on the grounds that it is overbroad, unduly burdensome, and oppressive.  Defendants further object to the Request on the grounds that it seeks documents already in the possession of the Propounding Party, and therefore, constitutes an undue expense and burden to Defendants.  Defendants object to the Request to the extent it seeks documents and information irrelevant to the subject matter of this litigation and therefore not likely to lead to the discovery of admissible evidence, nor reasonably proportionate to the needs of the case.  The Request fails to limit its scope to any particularly identified subject matter or topic. Defendants further object to the Request to the extent it calls for the production of proprietary or confidential documents or information and/or trade secrets.

Subject to and without waiving the foregoing objections, Defendants will produce responsive, non-privileged documents in their possession, custody or control, if any, to the extent they exist.

**AMENDED RESPONSE TO REQUEST NO. 53:**

Defendants object to this Request to the extent it seeks documents and/or information protected by the attorney-client privilege and/or work product doctrine. Defendants further object to this Request to the extent it seeks confidential information and/or trade secrets.

Subject to and without waiving the foregoing objections, Defendants will produce responsive, non-privileged documents and communications concerning deliberation by the ATA Board of any aspect of the transaction by which ATA transferred the winery business known as Adelaida Cellars to KMBG in their possession, custody or control.

**REQUEST NO. 54:**

DOCUMENTS constituting and/or RELATING TO appraisals and/or valuations of the winery business known as Adelaida Cellars subsequent to KMBG's acquisition of the winery business.

**(Defenses)**

**REQUEST NO. 150:**

All DOCUMENTS that YOU contend provide a basis for any denial of any material allegation in the COMPLAINT, any affirmative defense to any claim alleged in the COMPLAINT, or any special defense to any claim alleged in the COMPLAINT.

**RESPONSE TO REQUEST NO. 150:**

Defendants object to the Request on the grounds that it is overbroad, unduly burdensome, and oppressive. Defendants further object to the Request on the grounds that it seeks documents already in the possession of the Propounding Party, and therefore, constitutes an undue expense and burden to Defendants. Defendants object to the Request to the extent it seeks documents and information irrelevant to the subject matter of this litigation and therefore not likely to lead to the discovery of admissible evidence, nor reasonably proportionate to the needs of the case. The Request fails to limit its scope to any particularly identified subject matter or topic. Defendants further object to the Request to the extent it calls for the production of proprietary or confidential documents or information and/or trade secrets.

Subject to and without waiving the foregoing objections, Defendants will produce responsive, non-privileged documents in their possession, custody or control, if any, to the extent they exist.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**DEFENDANTS' AMENDED RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS**

**AMENDED RESPONSE TO REQUEST NO. 150:**

Defendants object to this Request as it seeks to invade the attorney-client privilege and the attorney work product doctrine. Defendants further object to this Request to the extent it seeks confidential information and/or trade secrets. Defendants object to this Request as it is overbroad and not limited in scope to a particular subject.

Dated:  August 25, 2020          O'Hagan Meyer

/s/ Johnny L. Antwiler
Samuel Y. Edgerton, III
Johnny L. Antwiler
Attorneys for Defendants Applied Technologies
Associates, Inc.; ATA Ranches, Inc.; Pamela
Pierce; Gene Durocher; Daniel Carter; Joseph
McCoy; Elizabeth Van Steenwyk; Phillip
Gobe; Philip Longorio

**DEFENDANTS' AMENDED RESPONSES TO PLAINTIFF'S
REQUEST FOR PRODUCTION OF DOCUMENTS**

## CERTIFICATE OF SERVICE

Van Steenwyk v. Van Steenwyk, et al.
USCD Case No. 2:20-cv-02375-FMO-AFM

The undersigned certifies that DEFENDANTS' AMENDED RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS APPLIED TECHNOLOGIES ASSOCIATES, INC., ATA RANCHES, INC., AND DIRECTOR DEFENDANTS, SET ONE was served via electronic mail to the person(s) referenced below:

| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
|---|---|
| Matthew Donald Umhofer, Esq. <br> Diane H. Bang, Esq. <br> SPERTUS, LANDES & UMHOFER, LLP <br> 1990 S. Bundy Drive, Suite 705 <br> Los Angeles CA 90025 <br> Email: mumhofer@spertuslaw.com <br> Email: dbang@spertuslaw.com | Martin P. Moroski, Esq. <br> Chase W. Martin, Esq. <br> ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP <br> P.O. Box 3835 <br> San Luis Obispo, CA 93403 <br> Email: moroski@ammcglaw.com <br> Email: cmartin@ammcglaw.com |
| *Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.* <br><br> Jared Ahern, Esq. <br> Timothy Fredericks, Esq. <br> WINGET SPADAFORA SCHWARTZBERG, LLP <br> 1900 Avenue of the Stars, Suite 450 <br> Los Angeles, CA 90067 <br> Email: ahern.j@wssllp.com <br> Email: fredericks.t@wssllp.com | |

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed on August 25, 2020 at Los Angeles, California.

*Liana Bickford*
—————————————————
Liana Bickford

Exhibit 2

**Diane Bang**

| | |
|---|---|
| **From:** | Diane Bang |
| **Sent:** | Thursday, August 20, 2020 4:11 PM |
| **To:** | Johnny Antwiler; Chase Martin |
| **Cc:** | Sam Edgerton |
| **Subject:** | RE: Van Steenwyk - ATA's Responses |

Johnny,

Thanks for your email.  We didn't hear back from you yesterday, so I'm writing to follow up on the remaining outstanding discovery issues.

I understand from your email below that we will receive amended responses to Plaintiff's Requests for Production, Set One by August 24, 2020.  And that we will receive a production by September 4, 2020, but that production will not include emails.  Please let me know when we will receive the balance of the production, including all responsive emails.

Per our meet and confer call on August 17, you were also going to provide information regarding the cost of searching and producing responsive documents in a backup or legacy system.  Please provide that information as well.

Separately, the documents that were previously produced by ATA (ATA-000001-562) were sent as one large PDF.  Please refer to the instructions provided for producing documents and, going forward, produce the documents as instructed.  See FRCP 34(b)(2)(E).

We look forward to hearing from you soon,
Diane

DIANE BANG
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

---

**From:** Johnny Antwiler <jantwiler@ohaganmeyer.com>
**Sent:** Tuesday, August 18, 2020 5:20 PM
**To:** Diane Bang <diane@spertuslaw.com>; Chase Martin <cmartin@ammcglaw.com>
**Cc:** Sam Edgerton <sedgerton@ohaganmeyer.com>
**Subject:** Van Steenwyk - ATA's Responses

Good afternoon Diane and Chase,

I had the opportunity to go through the first 75 requests for production with the client. We will be going through the remaining 75 requests tomorrow.

My contact at the client is currently traveling and with COVID-19 the document collection process is slower. I confirmed with the client that we can have all the documents produced other than emails in two weeks by Friday, September 4, 2020. I stressed that we needed a hard deadline to make sure all documents will be produced by that date, but I will continue with a rolling production until that date. After my phone call tomorrow, I will confirm with a date concerning the emails and ESI. You will receive an email from me tomorrow with the remaining details.

I confirmed with the client that we will have the amended responses to you by this Monday, August 24, 2020.

Johnny L. Antwiler

4695  MacArthur Court  | Suite 210 | Newport Beach | CA | 92660
PH 949.942.8500 | CELL 323.387.3495 | FX 949.942.8510



ATTORNEYS ▲ ADVISORS

Alexandria, VA • Boston • Charlotte • Chicago • Detroit • Los Angeles • Orange County, CA
Philadelphia • Richmond • San Francisco • Washington D.C. • Wilmington, DE

Exhibit 3

| From: | Diane Bang |
|---|---|
| To: | Johnny Antwiler |
| Cc: | Chase Martin |
| Subject: | RE: [EXTERNAL] RE: Van Steenwyk/ATA Meet & Confer |
| Date: | Wednesday, September 30, 2020 1:24:00 PM |

Johnny,

I'm writing to confirm the details of our meet and confer call earlier today.

Non-Emails
- There are approximately 750 documents that you had difficulty Bates numbering, but the problem has now been resolved and you will be producing these documents to us today.
- You received additional finance-related documents early this morning, including some from ATA Ranches.  You will review and let us know this afternoon how long it will take to produce these documents.

Emails
- Approximately 75,000 emails were sent to your e-discovery platform, but in an unreadable format.
- As of this morning, an additional 12 hours are needed to convert the files into a readable format.
- Tomorrow (Thursday), you will be able to do an initial review of the emails, and by Friday, let us know what volume of emails we're dealing with and whether you'll need to bring on additional people to help with the review and production.

Documents from Individuals
- You will be meeting with the individuals you represent by the end of the week to determine what documents are in their possession.

Identifying specific requests
- For the one-page documents that appear to be Word docs created in response to RFPs, you will provide us with a list of which RFP those documents are in response to.

Please let me know if I misunderstood anything.  Thanks.


DIANE BANG
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

**From:** Johnny Antwiler <jantwiler@ohaganmeyer.com>
**Sent:** Tuesday, September 29, 2020 2:43 PM

**To:** Diane Bang <diane@spertuslaw.com>; Chase Martin <cmartin@ammcglaw.com>
**Subject:** RE: [EXTERNAL] RE: Van Steenwyk/ATA Meet & Confer

Diane,

I am avaliable at 10 a.m. tomorrow.  I am getting some technical support on BATES-stamping documents out of the e-discovery platform, but that should be resolved today or early tomorrow morning. Finally, the uploaded emails needed to be converted in format, and that conversion is in process.

Johnny Antwiler


Sent via the Samsung Galaxy Note10+ 5G, an AT&T 5G smartphone


-------- Original message --------
From: Diane Bang <diane@spertuslaw.com>
Date: 9/29/20 2:29 PM (GMT-08:00)
To: Johnny Antwiler <jantwiler@ohaganmeyer.com>, Chase Martin <cmartin@ammcglaw.com>
Subject: [EXTERNAL] RE: Van Steenwyk/ATA Meet & Confer

Johnny,

Could you please respond?  Thanks.

DIANE BANG
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

**From:** Diane Bang
**Sent:** Monday, September 28, 2020 1:48 PM
**To:** 'Johnny Antwiler' <jantwiler@ohaganmeyer.com>; Chase Martin <cmartin@ammcglaw.com>
**Subject:** RE: Van Steenwyk/ATA Meet & Confer

Johnny,

We're available on Wednesday at 10 a.m.  What is the status of the documents you said you'd get us over the weekend?  And how does your initial review of the ESI look in terms of the number of responsive documents?

**DIANE BANG**

**SPERTUS, LANDES & UMHOFER, LLP**

1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025

t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

---

**From:** Johnny Antwiler <jantwiler@ohaganmeyer.com>
**Sent:** Monday, September 28, 2020 1:16 PM
**To:** Diane Bang <diane@spertuslaw.com>; Chase Martin <cmartin@ammcglaw.com>
**Subject:** RE: Van Steenwyk/ATA Meet & Confer

Counsel,

Unfortunately, I will be unable to attend today at 2:00 p.m.

I am available anytime on Wednesday or Thursday for the meet and confer.

Johnny L. Antwiler

4695  MacArthur Court  | Suite 210 | Newport Beach | CA | 92660
PH 949.942.8500 | CELL 323.387.3495 | FX 949.942.8510



ATTORNEYS ▲ ADVISORS

Alexandria, VA • Boston • Charlotte • Chicago • Detroit • Los Angeles • Orange County, CA
Philadelphia • Richmond • San Francisco • Washington D.C. • Wilmington, DE

-----Original Appointment-----
**From:** Diane Bang <diane@spertuslaw.com>
**Sent:** Thursday, September 24, 2020 11:52 AM
**To:** Chase Martin; Johnny Antwiler
**Subject:** [EXTERNAL] Van Steenwyk/ATA Meet & Confer
**When:** Monday, September 28, 2020 2:00 PM-3:00 PM (UTC-08:00) Pacific Time (US & Canada).
**Where:** (727) 731-3434

passcode: 609445

Exhibit 4

| | |
|---|---|
| **From:** | Diane Bang |
| **To:** | Johnny Antwiler; Chase Martin |
| **Subject:** | RE: Van Steenwyk - Email Production |
| **Date:** | Monday, October 26, 2020 12:36:16 PM |

Johnny,

I am writing to follow up on your email last week, where you indicated you would produce emails in the next couple of days, but we haven't received any.  During the last call that we had on October 8, you also said the individual defendants would produce responsive documents the week of October 19, but none were produced.  And we are still waiting for you to identify exactly what documents, if any, have been produced by ATA Ranches.  Below is a reminder of what we discussed during our call on October 8:

Emails
- You will prioritize emails in the following order:
  - Non-privileged emails re Adelaida by October 16
  - Non-privileged emails re ATA Ranches by the week of October 19
- We will have a follow-up call regarding the rest of the email review on October 20.
- You will keep track of all search terms used for your email review and provide us with a list.

Individual Defendants
- You will be receiving documents from your individual clients by the end of next week, which is October 16.
- You will produce responsive documents the week of October 19.

ATA Ranches
- You stated that documents have been produced by ATA Ranches, but that they were not Bates-stamped with a prefix different from ATA.  This is a problem for us because now we do not know which documents are from ATA Ranches.
- You will update us by October 13 regarding which documents are from ATA Ranches.

We would like to set up a call for either Tuesday or Wednesday this week to discuss the status of your clients' production.  Late morning or afternoon on either day will work for us.  Thanks.

DIANE BANG

SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

**From:** Johnny Antwiler <jantwiler@ohaganmeyer.com>
**Sent:** Tuesday, October 20, 2020 10:30 AM
**To:** Diane Bang <diane@spertuslaw.com>; Chase Martin <cmartin@ammcglaw.com>
**Subject:** Van Steenwyk - Email Production

Good morning Diane and Chase,

I am still reviewing the emails which are responsive regarding Adelaida Cellars, but I anticipate producing the first group of responsive emails in the next couple days.

In regards to the documents from ATA Ranches, the only documents unique to ATA Ranches would be their corporate governance documents and their financials. I am working with my client to identify the BATES numbers for those documents and will send them over once they have been identified.

Johnny L. Antwiler

4695  MacArthur Court  | Suite 210 | Newport Beach | CA | 92660
PH 949.942.8500 | CELL 323.387.3495 | FX 949.942.8510

Alexandria, VA • Boston • Charlotte • Chicago • Detroit • Los Angeles • Orange County, CA
Philadelphia • Richmond • San Francisco • Washington D.C. • Wilmington, DE

# Exhibit 5

| | |
|---|---|
| **From:** | Diane Bang |
| **To:** | Johnny Antwiler; Chase Martin |
| **Subject:** | RE: Van Steenwyk - Email Production |
| **Date:** | Monday, December 7, 2020 12:27:00 PM |

Johnny,

Could you please let us know when we will receive the next production?  Per the last call we had on November 23, you were going to make a production to us once per week, but we did not receive any new documents last week.

Also, I informed you about an issue with not receiving attachments to emails.  Could you please let us know what is happening with the attachments?  Chase and I are available for a call if that would help.  Thanks.

DIANE BANG
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

**From:** Johnny Antwiler <jantwiler@ohaganmeyer.com>
**Sent:** Thursday, November 26, 2020 12:57 AM
**To:** Chase Martin <cmartin@ammcglaw.com>; Diane Bang <diane@spertuslaw.com>
**Subject:** Van Steenwyk - Email Production

Good evening Diane and Chase,

We were not able to quite finish the review this evening. We only have a few hundred documents remaining for review, but it will also take a few hours to extract and produce.

Everyone is taking tomorrow off for Thanksgiving, but we will be finishing the review on Friday and making the production.

Sorry for the short delay, but you will be receiving it on Friday.

Happy Thanksgiving!

Johnny L. Antwiler

1601 Pacific Coast Highway  | Suite 290  | Hermosa Beach |  CA  | 90254
PH 949.942.8500 | CELL 323.387.3495 | FX 949.942.8510

Alexandria, VA • Boston • Charlotte • Chicago • Detroit • Los Angeles • Orange County, CA
Philadelphia • Richmond • San Francisco • Washington D.C. • Wilmington, DE

Exhibit 6

1
2  **O'HAGAN MEYER**
   Samuel Y. Edgerton, III (SBN 127156)
3  Johnny Antwiler (SBN 288772)
   1601 Pacific Coast Highway, Suite 290
4  Hermosa Beach, CA 90254
   Tel: (310) 807-1100 | Fax: (310) 807-1105
5  Email: sedgerton@ohaganmeyer.com
   Email: jantwiler@ohaganmeyer.com
6
7  Attorneys for Defendants Pamela Pearce, Philip Gobe, Philip Longorio, Gene
   Durocher, Daniel Carter, Joseph McCoy, Kieran Duggan, Applied Technologies
8  Associates, Inc., Scientific Drilling International, Inc., and ATA Ranches, Inc.

9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12

13  | MATTHEW D. VAN STEENWYK, | Case No.: 2:20-cv-02375 |
14  Individually, as Trustee and Beneficiary
    of The Matthew Van Steenwyk Gst Trust
15  And The Matthew Van Steenwyk Issue
    Trust, And As Co-Trustee Of The
16  Gretchen Marie Van Steenwyk-Marsh          **SCIENTIFIC DRILLING**
    Gst Trust And The Gretchen Marie Van       **INTERNATIONAL, INC.'S**
17  Steenwyk-Marsh Issue Trust and             **RESPONSE TO PLAINTIFF'S**
    derivatively on behalf of Defendants       **REQUEST FOR PRODUCTION**
18  APPLIED TECHNOLOGIES                       **OF DOCUMENTS, SET ONE**
19  ASSOCIATES, INC., and ATA
    RANCHES, INC.
20
21
                    Plaintiffs,
22
23        vs.
24
25  KEDRIN E. VAN STEENWYK,
    Individually, as Successor Trustee of the
26  Donald H. Van Steenwyk and Elizabeth
    A. Van Steenwyk 1996 Revocable Trust;
27  PAMELA PEARCE, Individually;
    PHILIP GOBE, Individually; PHILIP
28

1  LONGORIO, Individually; GENE
2  DUROCHER, Individually; DANIEL
   CARTER, Individually; JOSPEH
3  MCCOY, Individually; ELIZABETH A.
4  VAN STEENWYK, Individually, and as
   Original Trustee and as Beneficiary of
5  the Donald H. Van Steenwyk and
6  Elizabeth A. Van Steenwyk 1996
   Revocable Trust; ADELAIDA
7  CELLARS, Inc., a California
8  Corporation; and DOES 1-25, inclusive,

9
                     Defendants,
10  and

11  APPLIED TECHNOLOGIES
12  ASSOCIATES, INC., a California
   Corporation; and ATA RANCHES,
13  INC., a Delaware Corporation,

14              Nominal Defendants

15

16

17  **PROPOUNDING PARTY:   MATTHEW VAN STEENWYK**

18  **RESPONDING PARTY:    SCIENTIFIC DRILLING INTERNATIONAL,**

19                        **INC.**

20  **SET NO.:             ONE (1)**

21

22

23  //

24

25

26

27

28

1   **RESPONSE TO REQUEST FOR REQUEST FOR PRODUCTION NO. 26:**

2       Defendant objects to this Request as it seeks information irrelevant to the

3   subject matter of this litigation and therefore not likely to lead to the discovery of

4   admissible evidence. Defendant further objects to this Request as it seeks

5   confidential documents.

6       Subject to, and without waiving, these objections, Defendant responds as

7   follows: Defendant will produce the relevant declaration pages for any D&O

8   insurance policies.

9                               **(Defenses)**

10  **REQUEST NO. 27**:

11      All DOCUMENTS that YOU contend provide a basis for any denial of any

12  material allegation in the COMPLAINT, any affirmative defense to any claim

13  alleged in the COMPLAINT, or any special defense to any claim alleged in the

14  COMPLAINT.

15  **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

16      Defendant objects to this Request as it seeks information irrelevant to the

17  subject matter of this litigation and therefore not likely to lead to the discovery of

18  admissible evidence. Defendant further objects to this Request to the extent it seeks

19  to invade privacy rights protected by the California and United States Constitution,

20  including seeking to third-party privacy rights. Defendant objects to this Request to

21  the extent it seeks to invade documents and/or information protected by the attorney-

22  client privilege and/or the attorney-work product doctrine. Defendant objects to this

23  Request as it is not limited in time and scope and is not reasonably proportionate to

24  the needs of the case. Defendant further objects as it is not narrowly tailored.

25      Subject to, and without waiving, these objections, Defendant responds as

26  follows: Defendant will produce all responsive, non-privileged documents which

27  provides a basis for any affirmative defense to any claim alleged in the

28  COMPLAINT or any special defense to any claim alleged in the COMPLAINT.

**REQUEST NO. 28**:

All DOCUMENTS and COMMUNICATIONS RELATED TO usage of SDI employees for work RELATED TO ADELAIDA, KMBG, or ATA RANCHES.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

Defendant objects to this Request as it seeks information irrelevant to the subject matter of this litigation and therefore not likely to lead to the discovery of admissible evidence. Defendant further objects to this Request to the extent it seeks to invade privacy rights protected by the California and United States Constitution, including seeking to third-party privacy rights. Defendant objects to this Request to the extent it seeks to invade documents and/or information protected by the attorney-client privilege and/or the attorney-work product doctrine. Defendant objects to this Request as it is not limited in time and scope and is not reasonably proportionate to the needs of the case. Defendant further objects as it is not narrowly tailored.

Subject to, and without waiving, these objections, Defendant responds as follows: Defendant incorporates previous productions made by ATA. Defendant will produce all responsive, non-privileged documents showing the usage of SDI employees to perform work for Adelaida and/or KMBG.


DATED: March 15, 2022                **O'HAGAN MEYER**


By      */s/ Johnny L. Antwiler*
        Sam Y. Edgerton, Esq.
        Johnny Antwiler, Esq.
        *Attorney for Defendants*

Exhibit 7

**Diane Bang**

| | |
|---|---|
| **From:** | Johnny Antwiler <jantwiler@ohaganmeyer.com> |
| **Sent:** | Friday, May 20, 2022 1:02 AM |
| **To:** | Diane Bang; Sam Edgerton |
| **Cc:** | Richard Tricker; Timothy Fredricks; Brenna McGill; Matthew Umhofer; Anthony King; Melissa Rapp; Martin Moroski (moroski@ammglaw.com); cmartin@ammcglaw.com; George Olguin |
| **Subject:** | RE: Van Steenwyk et al. v. Van Steenwyk et al. |

Diane,

I was unable to locate the BATES-number of the shareholder meeting minutes or locate where it had been previously produced.

I am still having the staff look in the early productions tomorrow, but I wanted to give you an update this evening.

Johnny L. Antwiler
**PARTNER**

1601 Pacific Coast Highway  | Suite 290  | Hermosa Beach |  CA  | 90254
PH 310.807.1100 | CELL 323.387.3495 | FX 310.807.1115



A T T O R N E Y S  ▲  A D V I S O R S

Alexandria, VA • Boston • Charlotte • Chicago • Detroit • Los Angeles • Orange County, CA
Philadelphia • Richmond • San Francisco • Washington D.C. • Wilmington, DE

**From:** Diane Bang <diane@spertuslaw.com>
**Sent:** Wednesday, May 18, 2022 6:22 PM
**To:** Johnny Antwiler <jantwiler@ohaganmeyer.com>; Sam Edgerton <sedgerton@ohaganmeyer.com>
**Cc:** Richard Tricker <tricker.r@wssllp.com>; Timothy Fredricks <fredricks.t@wssllp.com>; Brenna McGill <mcgill.b@wssllp.com>; Matthew Umhofer <matthew@spertuslaw.com>; Anthony King <anthony@spertuslaw.com>; Melissa Rapp <mrapp@spertuslaw.com>; Martin Moroski (moroski@ammglaw.com) <moroski@ammglaw.com>; cmartin@ammcglaw.com; George Olguin <golguin@ammcglaw.com>
**Subject:** RE: Van Steenwyk et al. v. Van Steenwyk et al.

Johnny,

If the Bates number is not one that was previously produced, I'm sure you can let me know that now.  It's been almost one week since I first asked.

DIANE BANG
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

**From:** Johnny Antwiler <jantwiler@ohaganmeyer.com>
**Sent:** Wednesday, May 18, 2022 3:17 PM

**To:** Diane Bang <diane@spertuslaw.com>; Sam Edgerton <sedgerton@ohaganmeyer.com>
**Cc:** Richard Tricker <tricker.r@wssllp.com>; Timothy Fredricks <fredricks.t@wssllp.com>; Brenna McGill <mcgill.b@wssllp.com>; Matthew Umhofer <matthew@spertuslaw.com>; Anthony King <anthony@spertuslaw.com>; Melissa Rapp <mrapp@spertuslaw.com>; Martin Moroski (moroski@ammglaw.com) <moroski@ammglaw.com>; cmartin@ammcglaw.com; George Olguin <golguin@ammcglaw.com>
**Subject:** RE: Van Steenwyk et al. v. Van Steenwyk et al.

Diane,

I will get the BATES over to you by tomorrow.

Johnny L. Antwiler

1601 Pacific Coast Highway  | Suite 290  | Hermosa Beach |  CA  | 90254
PH 949.942.8500 | CELL 323.387.3495 | FX 949.942.8510



Alexandria, VA • Boston • Charlotte • Chicago • Detroit • Los Angeles • Orange County, CA
Philadelphia • Richmond • San Francisco • Washington D.C. • Wilmington, DE

---

**From:** Diane Bang <diane@spertuslaw.com>
**Sent:** Monday, May 16, 2022 4:59 PM
**To:** Johnny Antwiler <jantwiler@ohaganmeyer.com>; Sam Edgerton <sedgerton@ohaganmeyer.com>
**Cc:** Richard Tricker <tricker.r@wssllp.com>; Timothy Fredricks <fredricks.t@wssllp.com>; Brenna McGill <mcgill.b@wssllp.com>; Matthew Umhofer <matthew@spertuslaw.com>; Anthony King <anthony@spertuslaw.com>; Melissa Rapp <mrapp@spertuslaw.com>; Martin Moroski (moroski@ammglaw.com) <moroski@ammglaw.com>; cmartin@ammcglaw.com; George Olguin <golguin@ammcglaw.com>
**Subject:** RE: Van Steenwyk et al. v. Van Steenwyk et al.

Johnny,

I'm following up on this because I haven't heard from you.  Please provide me with the Bates number for the Annual Meeting Minutes.

Regards,

DIANE BANG
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.

---

**From:** Diane Bang
**Sent:** Thursday, May 12, 2022 9:16 PM
**To:** Johnny Antwiler <jantwiler@ohaganmeyer.com>; Sam Edgerton <sedgerton@ohaganmeyer.com>
**Cc:** Richard Tricker <tricker.r@wssllp.com>; Timothy Fredricks <fredricks.t@wssllp.com>; Brenna McGill <mcgill.b@wssllp.com>; Matthew Umhofer <matthew@spertuslaw.com>; Anthony King <anthony@spertuslaw.com>; Melissa Rapp <mrapp@spertuslaw.com>; Martin Moroski (moroski@ammglaw.com) <moroski@ammglaw.com>; cmartin@ammcglaw.com; George Olguin <golguin@ammcglaw.com>
**Subject:** Van Steenwyk et al. v. Van Steenwyk et al.

Johnny,

Please see the letter attached.

Regards,

Diane Bang
Spertus, Landes & Umhofer, LLP
1990 S. Bundy Dr, Suite 705 | Los Angeles, CA 90025
t: (310) 826-4700 | f: (310) 826-4711 | diane@spertuslaw.com

This message may contain confidential and privileged information.  If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.  Thank you.