# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust, and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; PAMELA PIERCE, Individually; PHILIP GOBE, Individually; PHILIP LONGORIO, Individually; GENE DUROCHER, Individually; DANIEL CARTER, Individually; JOSEPH MCCOY, Individually; KIERAN DUGGAN, Individually; ELIZABETH A. VAN STEENWYK, Individually, and as Original Trustee and as Beneficiary of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; ADELAIDA CELLARS, INC., a | Case No.: 2:20-cv-02375-FLA-AFM <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STRIKE SUPPLEMENTAL DECLARATIONS OF MARTIN MOROSKI, DIANE BANG AND WILLIAM BUCKLEY FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **Date:** TBD <br> **Time:** TBD <br> **Place:** Courtroom 6B |

| | |
|---|---|
| 1 | California Corporation; and DOES 4-10, inclusive, |
| 2 | Defendants, |
| 3 | and |
| 4 | |
| 5 | APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., |
| 6 | and ATA RANCHES, INC., |
| 7 | Nominal Defendants. |

The Court has read and considered Defendants' Ex Parte Application To Strike Supplemental Declarations of Martin Moroski, Diane Bang and William Buckley. Good cause appearing, IT IS HEREBY ORDERED THAT THE EX PARTE APPLICATION IS GRANTED.

The Court hereby strikes the supplemental declarations of Martin Moroski (Dkt. No. 263-4), Diane Bang (Dkt. No. 263-5) and William Buckley (Dkt. No. 263-3) pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7-5 and/or Federal Rules of Civil Procedure 26 and 37.

IT IS SO ORDERED.

Dated: June __, 2022          By: _____
                                   Hon. Fernando Aenlle-Rocha
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STRIKE SUPPLEMENTAL DECLARATIONS OF MARTIN MOROSKI, DIANE BANG AND WILLIAM BUCKLEY FILED IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT was filed electronically with the Clerk of the Court via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 10, 2022 at Los Angeles, California.

*/s/Lluriviana Gil-Lopez*
Lluriviana Gil-Lopez