UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-02375-FLA (AFMx) | Date | June 23, 2022 |
|---|---|---|---|
| Title | Matthew D. Van Steenwyk v. Kedrin E. Van Steenwyk, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Freeman | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DENYING DEFENDANTS KEDRIN E. VAN STEENWYK AND ADELAIDA CELLARS, INC.'S EX PARTE APPLICATION TO STRIKE SUPPLEMENTAL DECLARATIONS [DKT. 274]

On June 10, 2022, Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc. (collectively, "Adelaida Defendants") filed an Ex Parte Application to Strike Supplemental Declarations Filed in Support of Plaintiff's Motion for Partial Summary Judgment ("Application"). Dkt. 274.

Having considered the Application and Plaintiff Matthew D. Van Steenwyk's ("Plaintiff") opposition thereto, Dkt. 275, the court finds that the Adelaida Defendants' requests are more appropriately considered and addressed as an evidentiary objection to the identified documents submitted in support of Plaintiff's Motion for Summary Judgment (Dkt. 227), than as an ex parte application.

The court, therefore, DENIES the Application and, instead, will consider the Adelaida Defendants' requests to strike the identified supplemental declarations or for leave to respond to the supplemental declarations as evidentiary objections, when ruling on Plaintiff's Motion for Summary Judgment. The Adelaida Defendants need not refile their requests as evidentiary objections, as the court will evaluate the parties' arguments based on the briefing submitted.

IT IS SO ORDERED.

: 

| | |
|---|---|
| Initials of Preparer | tf |