Timothy W. Fredricks (SBN 238039)
Fredricks.t@wssllp.com
Richard P. Tricker (SBN101460)
Tricker.r@wssllp.com
Brenna J. McGill (SBN 327181)
Mcgill.b@wssllp.com
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile: 310.836.4801

Attorneys for Defendants
KEDRIN E. VAN STEENWYK and
ADELAIDA CELLARS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk Gst Trust And The Matthew Van Steenwyk Issue Trust, And As Co-Trustee Of The Gretchen Marie Van Steenwyk-Marsh Gst Trust And The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; PAMELA PIERCE, Individually; PHILIP GOBE, Individually; PHILIP LONGORIO, Individually; GENE DUROCHER, Individually; JOSEPH MCCOY, Individually; ELIZABETH A. VAN STEENWYK, Individually, and as Original Trustee and as Beneficiary of the Donald H. Van Steenwyk and Elizabeth | Case No.: 2:20-cv-02375-FLA-AFM<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DEADLINE** |

STIPULATION TO CONTINUE SETTLEMENT CONFEERENCE DEADLINE

| | |
|---|---|
| 1 | A. Van Steenwyk 1996 Revocable Trust; ADELAIDA CELLARS, INC., a California Corporation; and DOES 1-25, Inclusive, |
| 2 | |
| 3 | Defendants, |
| 4 | and |
| 5 | APPLIED TECHNOLOGIES ASSOCIATES, INC., a California corporation; and ATA RANCHES, INC., a Delaware corporation, |
| 6 | |
| 7 | |
| 8 | Nominal Defendants. |

STIPULATION TO CONTINUE SETTLEMENT CONFEERENCE DEADLINE

1  The Parties to this action, though their counsel of record, enter into the
2  following stipulation:
3  WHEREAS, the current deadline for the parties to complete a settlement
4  conference pursuant the Court's Order is June 30, 2022. (Dkt. No. 224.);
5  WHEREAS, the parties have agreed to conduct a settlement conference before
6  the Hon. Patrick J. Walsh, Ret.;
7  WHEREAS, the earliest date for the settlement conference which is available
8  for Judge Walsh, the parties and their counsel is July 19, 2022;
9  THE PARTIES HEREBY STPULATE: (1) that the mediation in this action
10 shall proceed before the Hon Patrick J. Walsh on July 19, 2022; and (2) that the
11 deadline for completing the settlement conference in this matter shall be continued
12 to and including July 19, 2022.

**WINGET SPADAFORA & SCHWARTZBERG LLP**

Dated: June 29, 2021          By:  */s/ Richard P. Tricker*
                                   Timothy W. Fredricks
                                   Richard P. Tricker
                                   Brenna J. McGill

                                   Attorneys for Defendants
                                   KEDRIN E. VAN STEENWYK and
                                   ADELAIDA CELLARS, INC.

**SPERTUS, LANDES & UMHOFER, LLP**

Dated: June 29, 2021          By:  */s/ Diane Bang*
                                   DIANE BANG, ESQ.

                                   Attorneys for Plaintiff
                                   MATTHEW D. VAN STEENWYK

1

STIPULATION TO CONTINUE SETTLMENT CONFERENCE DEADLINE

|   |   |   |
|---|---|---|
|   | **O'HAGAN MEYER, LLC** |   |
| Dated: June 29, 2021 | By: | */s/ Johnny L. Antwiler* |
|   |   | Johnny L. Antwiler |

Attorneys for Defendants Pamela Pierce, Philip Gobe, Philip Longorio, Gene Durocher, Daniel Carter, Joseph McCoy, Kieran Duggan, Applied Technologies Associates, Inc., Scientific Drilling International, Inc., and ATA Ranches, Inc.

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

I, Richard P. Tricker, the filing attorney, attest that the other signatory on whose behalf this filing is submitted concurs in the filing's content and has authorized the filing.

|   |   |   |
|---|---|---|
|   | **WINGET SPADAFORA & SCHWARTZBERG LLP** |   |
| Dated: June 29, 2021 | By: | */s/ Richard P. Tricker* |
|   |   | Timothy W. Fredricks |
|   |   | Richard P. Tricker |
|   |   | Brenna J. McGill |

Attorneys for Defendants
KEDRIN E. VAN STEENWYK and ADELAIDA CELLARS, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that STIPULATION TO CONTINUE SETTLEMENT CONFERENCE DEADLINE was filed electronically with the Clerk of the Court via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 29, 2022 at Los Angeles, California.

  */s/Lluriviana Gil-Lopez*
  Lluriviana Gil-Lopez

1
CERTIFICATE OF SERVICE