MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@spertuslaw.com
J. ANTHONY KING, ESQ. SBN 297279
anthony@spertuslaw.com
DIANE H. BANG, ESQ., SBN 271939
diane@spertuslaw.com
**SPERTUS, LANDES & UMHOFER, LLP**
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711

*Attorneys for Plaintiff*

*[See next page for additional counsel]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC. and ATA RANCHES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEDRIN E. VAN STEENWYK, et al., <br><br> Defendants, <br><br> and <br><br> APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br> Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AFM <br><br> *Hon. Fernando L. Anelle-Rocha* <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |

*Additional counsel:*

MARTIN P. MOROSKI, ESQ., SBN 98202
moroski@ammcglaw.com
CHASE W. MARTIN, ESQ., SBN 260444
martin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

*Attorneys for Plaintiff*

Samuel Y. Edgerton, III (SBN 127156)
sedgerton@ohaganmeyer.com
Johnny L. Antwiler (SBN 288772)
jantwiler@ohaganmeyer.com
**O'HAGAN MEYER, LLC**
4695 MacArthur Court, Suite 210
Newport Beach, CA 92660
Tel: (949) 942-8500 | Fax: (949) 942-8510

*Attorneys for Defendants Pamela Pierce, Philip Gobe, Phil Longorio, Gene Durocher, Joseph McCoy, Daniel Carter and Kieran Duggan*

Timothy W. Fredricks (SBN 238039)
Fredricks.t@wssllp.com
Richard P. Tricker (SBN 101460)
Tricker.r@wssllp.com
Brenna J. McGill (SBN 327181)
Mcgill.b@wssllp.com
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile: 310.836.4801

*Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

*JOINT REPORT RE SETTLEMENT*

Pursuant to Section I.D. of the Court's Order Re: Pretrial Schedule, Trial Requirements and Conduct of Attorneys and Parties, the Parties jointly submit this Status Report Regarding Settlement.

On July 19, 2022, the Parties conducted a private mediation before the Honorable Patrick J. Walsh (Ret.) of Signature Resolution. The Parties supplied Judge Walsh with mediation briefs prior to the mediation, in compliance with Local Rule 16-15.5(a). Despite Judge Walsh's strong efforts, the parties have been unable to reach a resolution to date.

Dated: July 29, 2022

SPERTUS, LANDES & UMHOFER, LLP

By: /s/ Matthew Donald Umhofer
Matthew Donald Umhofer
J. Anthony King
Diane H. Bang

*Attorneys for Plaintiffs*

Dated: July 29, 2022

O'HAGAN MEYER, LLC

By: /s/ Johnny L. Antwiler
Samuel Y. Edgerton, III
Johnny L. Antwiler

*Attorneys for Defendants Pamela Pierce, Philip Gobe, Phil Longorio, Gene Durocher, Joseph McCoy, Daniel Carter and Kieran Duggan*

Dated: July 29, 2022

WINGET, SPADAFORA & SCHWARTZBERG, LLP

By: /s/ Richard P. Tricker
Timothy W. Fredericks
Richard P. Tricker
Brenna J. McGill

*Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.*

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), Plaintiffs' counsel attests that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

Dated: July 29, 2022                    SPERTUS, LANDES & UMHOFER, LLP

By:    /s/ Matthew Donald Umhofer
        Matthew Donald Umhofer
        J. Anthony King
        Diane Bang

*Attorneys for Plaintiffs*