# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The MATTHEW VAN STEENWYK GST TRUST and The MATTHEW VAN STEENWYK ISSUE TRUST, and as Co-Trustee of The GRETCHEN MARIE VAN STEENWYK-MARSH GST TRUST and The GRETCHEN MARIE VAN STEENWYK-MARSH ISSUE TRUST and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br>                     Plaintiff, <br><br>  vs. <br><br> KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; PAMELA PIERCE, Individually; PHILIP GOBE, Individually; PHILIP LONGORIO, Individually; GENE DUROCHER, Individually; JOSEPH MCCOY, Individually; KIERAN DUGGAN, Individually; ELIZABETH A. VAN STEENWYK, Individually, and | Case No.: 2:20-CV-02375-FLA-AFM <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE #2 TO EXCLUDE AND/OR LIMIT THE OPINIONS OF DEFENSE EXPERT JOANN WALL** <br><br><br> Date: August 26, 2022 <br> Time: 1:00 p.m. <br> Place: Courtroom 6B |

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

---

*[PROPOSED] ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE AND/OR LIMIT THE OPINIONS AND REPORT(S) OF JOANN WALL*

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

| | |
|---|---|
| 1 | as Original Trustee and as Beneficiary of the Donald H. Van Steenwyk and |
| 2 | Elizabeth A. Van Steenwyk 1996 Revocable Trust; ADELAIDA |
| 3 | CELLARS, INC., a California Corporation; and DOES 4-10, inclusive, |
| 4 | |
| 5 | Defendants, |
| 6 | and |
| 7 | APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC |
| 8 | DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., |
| 9 | Nominal Defendants. |

*[PROPOSED] ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE AND/OR LIMIT THE OPINIONS AND REPORT(S) OF JOANN WALL*

1  Having considered Plaintiff Matthew D. Van Steenwyk's Motion in Limine
2  #2 to Exclude and/or Limit the Opinions and Report(s) of JoAnn Wall (the
3  "Motion"), the supporting memoranda and all other matters presented to this
4  Court, and the oral arguments of counsel, and for good cause appearing, IT IS
5  HEREBY ORDERED THAT:
6
7  Plaintiff's Motion in Limine No. 2 is **GRANTED**.
8
9  **IT IS SO ORDERED**.
10
11  Dated: August ____, 2022        By: _____
                                         Hon. Fernando L. Anelle-Rocha
12                                       United States District Court Judge

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles, CA 90025
Telephone 310-826-4700; Facsimile 310-826-4711

1.

*[PROPOSED] ORDER ON PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE AND/OR LIMIT THE OPINIONS AND REPORT(S) OF JOANN WALL*