| | |
|---|---|
| 1 | Timothy W. Fredricks (SBN 238039) |
| 2 | Fredricks.t@wssllp.com<br>Richard P. Tricker (SBN 101460) |
| 3 | Tricker.r@wssllp.com<br>Brenna J. McGill (SBN 327181) |
| 4 | Mcgill.b@wssllp.com<br>**WINGET SPADAFORA & SCHWARTZBERG LLP** |
| 5 | 1900 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067 |
| 6 | Telephone: 310.836.4800<br>Facsimile: 310.836.4801 |
| 7 | |
| 8 | Attorneys for Defendants<br>KEDRIN E. VAN STEENWYK and |
| 9 | ADELAIDA CELLARS, INC. |
| 10 | **O'HAGAN MEYER, LLC**<br>Samuel Y. Edgerton, III (SBN 127156) |
| 11 | sedgerton@ohaganmeyer.com<br>Johnny L. Antwiler (SBN 288772) |
| 12 | jantwiler@ohaganmeyer.com<br>1650 Pacific Coast Highway, Ste 300 |
| 13 | Hermosa Beach, CA 90254<br>Tel: (310) 807-1100 | Fax: (310) 807-1115 |
| 14 | |
| 15 | Attorneys for Defendants PAMELA PIERCE, PHILIP GOBE, PHIL LONGORIO, GENE DUROCHER, JOSEPH MCCOY, DANIEL CARTER AND KIERAN DUGGAN |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk Gst Trust And The Matthew Van Steenwyk Issue Trust, And As Co-Trustee Of The Gretchen Marie Van Steenwyk-Marsh Gst Trust And The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC., | Case No.: 2:20-cv-02375-FLA-AFM<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Complaint Filed: March 12, 2020<br>Trial Date: September 13, 2022 |
| Plaintiff, | |
| v. | |
| KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the | |

| | |
|---|---|
| 1 | Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; PAMELA PIERCE, Individually; PHILIP GOBE, Individually; PHILIP LONGORIO, Individually; GENE DUROCHER, Individually; DANIEL CARTER, Individually; JOSEPH MCCOY, Individually; KIERAN DUGGAN, Individually; ELIZABETH A. VAN STEENWYK, Individually, and as Original Trustee and as Beneficiary of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; ADELAIDA CELLARS, INC., a California Corporation; and DOES 1-25, Inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Defendants, |
| 10 | and |
| 11 | APPLIED TECHNOLOGIES ASSOCIATES, INC., a California corporation; and ATA RANCHES, INC., a Delaware corporation, SCIENTIFIC DRILLING INTERNATIONAL, INC. |
| 12 | |
| 13 | |
| 14 | Nominal Defendants. |

DEFENDANTS' WITNESS LIST

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Matthew Van Steenwyk Plaintiff | Expected to testify regarding discovery of potential claims | | 8 hours | |
| Gretchen Van Steenwyk Marsh-Plaintiff's Sister | Expected to testify regarding Plaintiff's claims | | 2 hours | |
| Jon Marsh-Gretchen's husband | Expected to testify regarding Plaintiff's claims | | 2 hours | |
| Brett Van Steenwyk Plaintiff's brother | Expected to testify regarding family/business dealings | | 6 hours | |
| Kedrin Van Steenwyk Defendant | Expected to testify regarding her dealings with Plaintiff and family business | 6 hours | | |
| Daniel Carter/Defendant ATA/SDI General Counsel | Expected to testify re corporate action, related transaction and Plaintiff's claims. | 8 hours | | |
| Pamela Pierce/Defendant ATA/SDI Officer and Director | Expected to testify regarding her involvement with respect to transactions relevant to Plaintiff's claims. | 4 hours | | |
| Philip Gobe/Defendant ATA/SDI Director | Expected to testify regarding his involvement with respect to transactions relevant to Plaintiff's claims. | 4 hours | | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Philip Longorio Former ATA/SDI Officer and Director | Expected to testify regarding his involvement with respect to transactions relevant to Plaintiff's claims. | 4 hours | | |
| Dana Armstrong Former ATA/SDI CFO | Expected to testify regarding financial transactions which occurred during her tenure related to Plaintiff's claims | 4 hours | | |
| Gene Durocher Defendant ATA/SDI Director | Expected to testify regarding his involvement with respect to transactions relevant to Plaintiff's claims. | 4 hours | | |
| Joseph McCoy Defendant ATA/SDI Director | Expected to testify regarding his involvement with respect to transaction relevant to Plaintiff's claims. | 4 hours | | |
| William (Bill Wade) Former ATA/SDI Officer and Director | Expected to testify regarding his involvement with respect to transaction relevant to Plaintiff's claims. | 4 hours | | |
| Donna Flora Adelaida Cellars' Accounting Manager | Expected to testify regarding financial transactions related to Adelaida Cellars | 4 hours | | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| | relevant to Plaintiff's claims. | | | |
| Sara Kennedy Adelaida Cellars' HR Department | Expected to testify regarding Adelaida Cellar's HR functions | 1 hour | | |
| Jude Radeski Adelaida Cellar's General Manager | Expect to testify regarding Adelaida Cellars' recent business operations relevant to Plaintiff's claims | 4 hours | | |
| Chad Taber Adelaida Cellars | Expected to testify regarding Adelaida Cellars' support of vineyard operations | 2 hours | | |
| Bob Gray | Expected to testify regarding Adelaida Cellars history and development | 2 hours | | |
| Kieran Duggan ATA/SDI CFO | Expected to testify regarding financial issues relevant to Plaintiff's claims | 8 hours | | |
| Curtis Buono/Cushman & Wakefield | Expected to testify regarding 2018 real estate appraisal | 1 hour | | |
| Mark Miller/Cushman & Wakefield | Expected to testify regarding 2018 reals estate appraisal | 1 hours | | |
| Jeremy Darner/Cushman & Wakefield | Expected to testify regarding 2018 real estate appraisal | 1 hours | | |
| Thomas J. Madden | Expected to testify regarding prior legal | | 2 hours | |

3
DEFENDANTS' WITNESS LIST

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| Attorney-At-Law | representation of Van Steenwyk Family | | | |
| Jeremey Weintraub Adelaida Cellar's winemaker | Expected to testify regarding Adelaida Cellars purchase of grapes and production of wine | 4 hours | | |
| Mike Whitener | Expect to testify regarding the history of the vineyards and Plaintiff's employment with Adelaida Cellars. | 1 hours | | |
| Jessica Kollhoff Adelaida Cellars' former General Manager | Expected to testify regarding sale and management of Adelaida Cellars | 6 hours | | |
| Trenton Thornock ATA/SDI former CFO | Expected to testify regarding financial transactions during his tenure relevant to Plaintiff's claims | 4 hours | | |
| JoAnn Wall Non-retained expert | Expected to testify regarding her 2021 real estate appraisal | 3 hours | | |
| Mike Bobbitt* Land Surveyor | Expected to testify regarding number of plantable acres at ATA Ranches | 1 hour | | |
| J. Duross O'Bryan Expert | Expected to testify regarding Plaintiff's damage claims | 4 hours | | |
| Mark R. Lee Expert | Expected to testify regarding corporate governance issues | 3 hours | | |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Direct Exam (Hours) | Cross Exam (Hours) | Dates of Testimony |
|---|---|---|---|---|
| John A. Hinman Expert | Expect to testify regarding grape purchase agreements | 3 hours | | |
| Jonathan Mueller, M.D.* Non-retained expert | Expect to testify regarding Elizabeth Van Steenwyk's 2016 mental evaluation | 1 hour | | |
| John Justin Davis, M.D.* Treating Physician | Expected to testify regarding Elizabeth Van Steenwyk's medical and mental condition | 1 hour | | |

*Indicates that witness will be called only if the need arises.

**WINGET SPADAFORA & SCHWARTZBERG LLP**

Dated: July 29, 2022   By:   /s/ Richard P. Tricker
Timothy W. Fredricks
Richard P. Tricker
Brenna J. McGill

Attorneys for Defendants
KEDRIN E. VAN STEENWYK and
ADELAIDA CELLARS, INC.

Dated:  July 29, 2022   **O'HAGAN MEYER**

By: /s/ Johnny L. Antwiler
Samuel Y. Edgerton, III
Johnny L. Antwiler
O'Hagan Meyer

*Attorneys for Defendants,*
PAMELA PIERCE, PHILIP GOBE, PHIL LONGORIO, GENE DUROCHER, JOSEPH MCCOY, DANIEL CARTER AND KIERAN DUGGAN