1  MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@umklaw.com
2  J. ANTHONY KING, ESQ. SBN 297279
anthony@umklaw.com
3  DIANE H. BANG, ESQ., SBN 271939
dbang@umklaw.com
4  **UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
5  Los Angeles, CA 90021
Telephone: (213) 394-7979
6  Facsimile: (213) 529-1027

7  *Attorneys for Plaintiff*
*[see next page for additional council]*
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11  MATTHEW D. VAN STEENWYK, et al.,

12                Plaintiff,          Case No. 2:20-cv-02375-FLA (AJRx)

13     vs.

14  KEDRIN E. VAN STEENWYK, et al.,    **JOINT EXHIBIT LIST**

                Defendants,
15  and
                                       FPTC: June 7, 2024
16  APPLIED TECHNOLOGIES ASSOCIATES, INC.,   Trial: June 25, 2024
SCIENTIFIC DRILLING INTERNATIONAL, INC., and
17  ATA RANCHES, INC.,

18                Nominal Defendants.

19

20

21

                                1

CHASE W. MARTIN, ESQ., SBN 260444
cmartin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN**
**CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

*Attorneys for Plaintiff*

TIMOTHY FREDRICKS
RICHARD TRICKER
**WINGET SPADAFORA SCHWARTZBERG LLP**
1800 Century Park East, Suite 205
Los Angeles, CA 90067
Tel: 310-836-4800
Email: fredricks.t@wssllp.com
Email: tricker.r@wssllp.com

*Attorneys for Defendants Kedrin E. Van Steenwyk, and Adelaida Cellars, Inc.*

JOHNNY ANTWILER
SAMUEL Y. EDGERTON, III
**O'HAGAN MEYER**
1601 Pacific Coast Highway, Ste 290
Hermosa Beach, CA 90254
Tel: 949-942-8500
Email: jantwiler@ohaganmeyer.com
Email: sedgerton@ohaganmeyer.com

*Attorneys for Defendants Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, Daniel Carter, Joseph McCoy, Elizabeth A. Van Steenwyk, Applied Technologies Associates, Inc., ATA Ranches, Inc., Kieran Duggan, and Scientific Drilling International, Inc.*

2

JOINT EXHIBIT LIST

**DEPOSITION EXHIBITS**

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | 2/12/2021 Notice of Subpoena and Subpoena - Kollhoff | | | | |
| 2 | 6/20/2010 Letter from E. Van Steenwyk to J. Kollhoff re employment | | | | |
| 3 | 3/27/2018 Email from J. Kollhoff to K. Van Steenwyk et al. re resignation | | | | |
| 4 | 12/15/2012 SDI Adelaida Funding Proposal | | | | |
| 5 | 1/22/2013 Promissory Note between KMBG and ATA | | | | |
| 6 | 12/9/2015 Email from K. Duggan K. Van Steenwyk et al. re winery/ranch | | | | |
| 7 | 7/31/2015 Spreadsheet - KMBG - Promissory Note to ATA re Stock Purchase - General Ledger Details | | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 8 | 9/25/2020 Spreadsheet - Adelaida's Payroll Expenses Paid by SDI/ADA (2015-2017) | | | | |
| 9 | 3/8/2018 Adelaida Statement of Information filed with CA SOS | | | | |
| 10 | 9/21/2017 SDI, ATA and ACI 401(k) Savings & Investment Plan (2016) | | | | |
| 11 | 3/2/2019 Spreadsheet - Adelaida Incentive Compensation Computation for 2018 | | | | |
| 12 | 7/27/2017 Email from D. Carter to K. Butts re Adelaida Winery | | | | |
| 13 | 9/2/2016 Email from J. Kollhoff to W. Vyenielo re Quick Question | | | | |
| 14 | 11/2/2016 Grape Purchase Agreement between Adelaida Cellars and KMBG | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 15 | 12/19/2016 Email from K. Duggan to V. Alspach et al. re Grape Sales Agreements | | | | |
| 16 | 2/23/2018 Email from J. Kollhoff to K. Van Steenwyk re tule sensors | | | | |
| 17 | 6/7/2019 Adelaida Purchase Invoice to Stoneway Properties for 2017 and 2018 | | | | |
| 18 | 8/20/2018 Email from D. Carter to J. Weintraub re Contract | | | | |
| 19 | 12/31/2018 Adelaida 2018 Summary of Grape Sales | | | | |
| 20 | 5/9/2019 Email from D. Flora to D. Carter re Grape Contracts ATAR to ACI | | | | |
| 21 | WITHDRAWN | | | | |
| 22 | 1/22/2013 Agreement for Services between SDI/ATA and Adelaida and KMBG | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 23 | 3/19/2020 Email from D. Carter to K. Duggan re Can you tell me what those balances were? | | | | |
| 24 | 6/14/2019 Human Resources Services Provided to Adelaida Cellars, Inc. by ATA | | | | |
| 25 | 10/20/2020 SDI Tickets Report re Services provided to "winery" and "ATC" covering 2015 thru 2020 | | | | |
| 26 | 10/31/2018 Email from K. Van Steenwyk to D. Carter re Income Statement/Balance Sheets | | | | |
| 27 | 8/29/2016 Email from J. Kollhoff to K. Van Steenwyk et al. re Financial Summit Materials | | | | |
| 28 | 8/30/2016 Adelaida Financial Summit Presentation | | | | |
| 29 | 8/30/2016 Minutes of Meeting re Adelaida Financial Summit | | | | |

4

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 30 | 6/30/2019 Wells Fargo Bank Statement Account ending 5944 | | | | |
| 31 | 2/18/2021 Deposition Notice to Adelaida Cellars, Inc.'s 30(b)(6) | | | | |
| 32 | 8/21/2019 Email from J. Radeski to K. Van Steenwyk et al. re Board Materials | | | | |
| 33 | 2019 Capital Expenditures/Budget Summary by Entity | | | | |
| 34 | 7/1/2017 Agreement for Services between SDI/ATA and KMBG/Adelaida | | | | |
| 35 | 9/28/2020 SDI/ACME Help Desk Report re SDI/ATA IT Services Provided to Adelaida 1/08/15-08/31/20 | | | | |
| 36 | 6/6/2019 Adelaida Board Meeting Agenda | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 37 | 3/31/2019 SDI/ATA Invoice to Adelaida for Payroll Expenses | | | | |
| 38 | 1/29/2020 Email from D. Carter to J. Radeski et al. re 2019 Grape Harvest Invoice | | | | |
| 39 | 2/4/2020 Email from J. Radeski to D. Carter re ATA Ranches Inc. | | | | |
| 40 | 9/22/2020 Email from K. Duggan to D. Flora re Additional requests | | | | |
| 41 | WITHDRAWN | | | | |
| 42 | 12/19/1995 Agreement of Shareholders between Donald Van Steenwyk and SDI | | | | |
| 43 | 12/19/1995 Agreement of Shareholders between Donald Van Steenwyk and ATA | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 44 | 5/1/2016 Overview Diagram of Elizabeth Van Steenwyk's Estate Plan prepared by McDermott Will & Emery | | | | |
| 45 | 4/29/2016 Memo from N. Pearl to E. Van Steenwyk et al. re Restatement of Survivor's Trust | | | | |
| 46 | 1/5/2016 Email from P. Longorio to K. Van Steenwyk re January BOD Meeting | | | | |
| 47 | 5/17/2016 Fax from J. Mueller to N. Pearl re Ms. Van Steenwyk | | | | |
| 48 | 5/19/2016 Letter from J. Davis to "To Whom It May Concern" re E. Van Steenwyk | | | | |
| 49 | 6/16/2016 Agreement to Act as Successor Trustee of Survivor's Trust | | | | |
| 50 | 6/16/2016 Agreement to Act as Successor Trustee Exempt Marital Trust | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 51 | 4/1/2016 Agreement for Services between SDI/ATA and KMBG/Adelaida | | | | |
| 52 | 6/30/2016 JP Morgan Chase Bank Loan App Disclosure Certificate | | | | |
| 53 | 5/3/2019 Letter from M. Moroski to K. Van Steenwyk re Request for Inspection of Books and Records of Adelaida Cellers, Inc. section 1601 | | | | |
| 54 | 6/3/2019 Letter from S. King to M. Moroski re letter of May 3, 2019 | | | | |
| 55 | 1/22/2013 Stock Purchase Agreement between ATA and KMBG | | | | |
| 56 | 12/17/2012 Bill of Sale and Assignment of Lease and Contracts between KMBG and ATA | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 57 | 4/6/2016 Email from D. Armstrong to D. Carter re SDI/ATA Amounts Due From Adelaida | | | | |
| 58 | 12/6/2017 Email from D. Carter to A. Mo re ATA Bank Accounts | | | | |
| 59 | 2/12/2021 Deposition Notice to Flora, Donna | | | | |
| 60 | 4/6/2020 Letter from D. Armstrong to P. Longorio re Resignation as CFO of SDI | | | | |
| 61 | Spreadsheet 2016 Harvest - Summary of Weigh Tags | | | | |
| 62 | Spreadsheet 2017 Harvest - Summary of Weigh Tags | | | | |
| 63 | 10/31/2018 Adelaida Invoice to Venteux Vineyards 2018 Grape Sales | | | | |
| 64 | 10/10/2019 Adelaida Invoice to Vintage Wine Estates 2019 Grape Sales | | | | |

9

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 65 | Spreadsheet Adelaida 2018 Grape Fruit Sales | | | | |
| 66 | Spreadsheet Adelaida 2019 Grape Fruit Sales | | | | |
| 67 | 8/5/2018 Email from K. Duggan to K. Van Steenwyk et al. re Consolidated Income Statement and Balance Sheet – Stoneway Properties | | | | |
| 68 | 5/6/2016 Email from J. Kollhoff to K. Duggan re Coast Pipe Invoice | | | | |
| 69 | Spreadsheet ATA Ranches Annual Income Statement & Cash Flow Estimate 2017 and 2018 | | | | |
| 70 | Spreadsheet ATA Ranches Annual Income Statement & Cash Flow Estimate 2018 and 2019 | | | | |

10

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 71 | 4/6/2016 Email from D. Armstrong to K. Duggan et al. re SDI/ATA Amounts due from Affiliates | | | | |
| 72 | 4/1/2016 Email from D. Armstrong to K. Duggan re Intercompany Between SDI & KMBG and/or Adelaida | | | | |
| 73 | 11/8/2018 Email from K. Duggan to D. Carter re Confidential Staff Meeting | | | | |
| 74 | Historical Trial Balance Summary for 2015 KMBG General Ledger | | | | |
| 75 | Historical Trial Balance Summary for 2018 KMBG General Ledger | | | | |
| 76 | KMBG Tax Return 2016 Form 1065 | | | | |
| 77 | KMBG Tax Return 2017 Form 1065 | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 78 | KMBG Tax Return 2018 Form 1065 | | | | |
| 79 | 1/29/2018 Email from P. Longorio to K. Duggan et al. re Related party receivables as of 11/30/2017 | | | | |
| 80 | 6/28/2016 Email from D. Armstrong to J. McCoy re Question on Ranching Operations | | | | |
| 81 | 2/1/2018 Email from K. Duggan to V. Alspach re Refinancing KMBG | | | | |
| 82 | KMBG/Adelaida $5.3 MM Refinancing Requirements | | | | |
| 83 | Historical Detailed Trial Balance for 2015 ATA Ranches General Ledger | | | | |
| 84 | Historical Detailed Trial Balance for 2016 ATA Ranches General Ledger | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 85 | Historical Detailed Trial Balance for 2017 ATA Ranches General Ledger | | | | |
| 86 | Detailed Trial Balance for 2018 ATA Ranches General Ledger | | | | |
| 87 | Spreadsheet ATA IC Transactions for years 2011-2019 | | | | |
| 88 | Spreadsheet ATAR IC Transactions for years 2015-2019 | | | | |
| 89 | ATR Annual Income Statement & Case Flow Estimate for years 2013-2016 | | | | |
| 90 | WITHDRAWN | | | | |
| 91 | 9/23/2020 Email from Y. Obleton to D. Carter re ACI MSA Fee | | | | |
| 92 | 9/26/2017 Email from D. Carter to J. Kollhoff re Excess 2017 Rhone White Fruit | | | | |

13

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 93 | WITHDRAWN | | | | |
| 94 | Book 1 - Introduction Autobiography of Donald Van Steenwyk | | | | |
| 95 | WITHDRAWN | | | | |
| 96 | WITHDRAWN | | | | |
| 97 | 11/24/2020 Plaintiff's Third Amended Complaint, ECF No. 92 | | | | |
| 98 | 11/15/2018 Email from M. Van Steenwyk to M.T. Van Steenwyk re Price of Selling | | | | |
| 99 | 8/26/1998 Letters between G. Peron and T. Madden re Matthew and Betty Van Steenwyk | | | | |
| 100 | 4/23/2019 Email from K. Van Steenwyk to P. Pierce re CEO Decisions | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 101 | 10/26/2015 Email from K. Duggan to J. Ruiz re Stoneway Properties Funding Request of $300,000 | | | | |
| 102 | 1/11/2021 Philip Longorio's Responses to Matthew Van Steenwyk's Request for Admissions, Set One | | | | |
| 103 | 4/10/2015 Email from E. Van Steenwyk to P. Longorio re Project Sharpshooter Final Review | | | | |
| 104 | 6/28/2016 Email from D. Armstrong to J. McCoy re Questions on Ranching Operations | | | | |
| 105 | 12/21/2018 Minutes of Special Meeting of the BODs of SDI/ATA | | | | |
| 106 | 5/21/2018 Email from K. Van Steenwyk to D. Carter re Segregation of ATA Ranches | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 107 | 1/10/2019 Email from P. Gobe to P. Longorio re Draft Agenda's | | | | |
| 108 | 11/15/2018 Email from K. Van Steenwyk to P. Longorio, Kedrin re ranches | | | | |
| 109 | 9/5/2018 Email from P. Gobe to K. Van Steenwyk re Cash | | | | |
| 110 | 12/1/2015 Assignment of Note between ATA and SDI | | | | |
| 111 | 12/12/2018 Email from D. Flora to S. Harper re Follow up questions on fixed assets | | | | |
| 112 | 1/21/2018 Letter from M. Van Steenwyk to G. Van Steenwyk et al. | | | | |
| 113 | 12/7/2015 Email from P. Longorio to K. Van Steenwyk re Draft Meeting Points | | | | |
| 114 | 4/6/2020 Email from K. Van Steenwyk to P. Longorio re Dana | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 115 | 8/15/2020 Email from P. Pierce to K. Van Steenwyk re Weekly All Employee Letter | | | | |
| 116 | 10/17/2019 Letter from M. Moroski to BOD ATA re Demand for Corrective Action section 800 | | | | |
| 117 | 11/1/2019 Letter from R. Ogden to M. Moroski re Response to Request for Inspection of Books and Records section 800 | | | | |
| 118 | 5/6/2020 Minutes of Special Called Meeting of the BODs of SDI/ATA | | | | |
| 119 | 7/6/2020 SDI 3Q2020 Board of Directors Meeting | | | | |
| 120 | 1/11/2021 Pamela Pierce's Response to Request for Admissions | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 121 | 12/5/2018 Email from P. Gobe to K. Van Steenwyk re High-Level Issues List - Pluto's Revised Draft Merger Agreement | | | | |
| 122 | 12/5/2018 Project Satellite Agreement and Plan of Merger ("Agreement") High-Level Issues In Pluto's Revised Draft | | | | |
| 123 | 3/19/2019 Email from S. McTopy to M. Conway re ATAR Offer Letter - Draft | | | | |
| 124 | 2/8/2017 Annotations Summary for Audit Committee Meeting SDI | | | | |
| 125 | 7/31/2018 Email from P. Gobe to J. McCoy re Ranch Issues | | | | |
| 126 | 3/19/2019 Email from S. McTopy to M. Conway et al. re Revised marked and clean revised ATA Ranches proposal letter | | | | |

18

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|----------------|
| 127 | 11/30/2018 Contribution Agreement between ATA and ATAR | | | | |
| 128 | 11/19/2018 ATA Unanimous Written Consent of Directors in Lieu of a Special Meeting | | | | |
| 129 | WITHDRAWN | | | | |
| 130 | 11/29/2020 Email from P. Pierce to K. Van Steenwyk re FYI | | | | |
| 131 | 7/22/2014 SDI/ATA Minutes of the BODs' Meeting | | | | |
| 132 | 8/7/2014 Email from K. Van Steenwyk to E. Van Steenwyk re Matt rehashed | | | | |
| 133 | 1/11/2021 Gene Durocher's Responses to Requests for Admissions, Set One | | | | |
| 134 | 12/20/2020 Email from G. Durocher to K. Van Steenwyk re Happy Holidays | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 135 | 2/23/2016 Email from J. Kollhoff to K. Van Steenwyk et al. re Action Item for Adelaida | | | | |
| 136 | 1/1/2021 Joseph McCoy's Responses to Request for Admissions, Set One | | | | |
| 137 | 10/23/2012 Email from P. Gobe to J. McCoy re Board Meeting | | | | |
| 138 | 6/8/2016 Email from P. Longorio to D. Armstrong et al. re Affiliates Receivables - Follow Up Questions from EC Meeting | | | | |
| 139 | 11/30/2015 Email from D. Carter to K. Duggan re Draft Meeting Points | | | | |
| 140 | 6/23/2017 SDI/ATA Minutes of Special Meeting of BODs | | | | |
| 141 | 11/30/2018 ATA dba Stoneway Properties, Inc. Wells Fargo Bank Statement | | | | |

20

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 142 | 11/10/2015 SDI/ATA Minutes of Boards of Directors' Meeting Minutes | | | | |
| 143 | 7/27/2017 Emails from K. Van Steenwyk to D. Carter re Finance Manager and Controller | | | | |
| 144 | 7/22/2013 Email from D. Carter to K. Van Steenwyk re KMBG, ranches et al. | | | | |
| 145 | 7/22/2013 Van Steenwyk Family Ownership Interest Graphic | | | | |
| 146 | 12/19/2014 Email from C. Arena to K. Butts re Quick Question | | | | |
| 147 | 10/29/2015 Email from K. Duggan to J. Kollhoff re NACH infor | | | | |
| 148 | 1/31/2015 Email from K. Van Steenwyk to T. Thornock re winery | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 149 | SDI General Trial Summary listing shareholder distributions | | | | |
| 150 | SDI General Trial Summary listing shareholder distributions | | | | |
| 151 | 1/11/2021 Phillip Gobe's Responses to Request for Admissions, Set One | | | | |
| 152 | 10/2/2017 Email from P. Longorio to K. Van Steenwyk re S vs C Corp | | | | |
| 153 | 9/20/2018 Email from K. Van Steenwyk to P. Gobe re Special Committee's Strategic Alternatives Review Process | | | | |
| 154 | 1/30/2019 Email from P. Longorio to P. Gobe re ATAR Ranch Purchase - Financing Models | | | | |
| 155 | 5/25/2016 Email from K. Duggan to L. Duggan et al. re Ranch Shop Budget | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|-----------------------|-----------------|---------------|
| 156 | WITHDRAWN | | | | |
| 157 | 12/6/2002 Letter from B. Helbach to D.H. Van Steenwyk re Found a few more things of interest | | | | |
| 158 | Spreadsheet Text messages between J. Marsh and M. Van Steenwyk | | | | |
| 159 | 1/24/2011 Settlement and Release Agreement between M. Van Steenwyk and SDI and ATA | | | | |
| 160 | Spreadsheet Text messages between J. Marsh and B. Van Steenwyk | | | | |
| 161 | 4/10/2018 Draft five of letter from M. Van Steenwyk to G. Van Steenwyk et al. | | | | |
| 162 | 11/13/2018 Email from M. Van Steenwyk to M.T. Van Steenwyk re Price of Selling | | | | |
| 163 | WITHDRAWN | | | | |

23

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 164 | 4/29/2013 Email from G. Marsh to J. Marsh re issue trust distribution | | | | |
| 165 | 4/1/2013 Addendum Agreement to Shareholder's Agreement between The Eucharist Foundation and SDI | | | | |
| 166 | 7/16/2014 Email from G. Marsh to A. Leland re Issue GST Trust Petitions | | | | |
| 167 | 8/24/2018 Email from P. Dobrowski to M. Van Steenwyk et al. re Kedrin Van Steenwyk Issue Trusts | | | | |
| 168 | 1/21/2018 Email from M. Van Steenwyk to G. Marsh et al. re Letter to Siblings | | | | |
| 169 | 1/21/2018 Letter from M. Van Steenwyk to Gretchen, Brett and Kedrin | | | | |
| 170 | 6/30/2015 Notice of Annual Meeting of Shareholders of SDI and ATA | | | | |

24

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 171 | 7/1/2015 Email from D. Carter to G. Marsh re Annual Meeting Notice | | | | |
| 172 | WITHDRAWN | | | | |
| 173 | Photograph of plane | | | | |
| 174 | 2/19/2021 Hopes for a Happy Ending Autobiography by B. Van Steenwyk | | | | |
| 175 | 8/1/2018 SDI/ATA Agenda for Audit Committee Agenda | | | | |
| 176 | WITHDRAWN | | | | |
| 177 | WITHDRAWN | | | | |
| 178 | WITHDRAWN | | | | |
| 179 | 2/8/2019 Email from M. Van Steenwyk to G. Marsh re Competency Test on Elizabeth | | | | |
| 180 | WITHDRAWN | | | | |
| 181 | 6/6/2014 Email from K. Van Steenwyk to B. Van Steenwyk re 2002 Life Insurance Trust | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 182 | 2/16/2013 Email from B. Van Steenwyk to K. Van Steenwyk re dreams! | | | | |
| 183 | WITHDRAWN | | | | |
| 184 | 2/5/2014 Email from K. Van Steenwyk to B. Van Steenwyk re are you mad at me | | | | |
| 185 | 4/22/2015 Email from B. Van Steenwyk forwarding email from A. Reitz to E. Van Steenwyk et al. re Evil Doings at ATA | | | | |
| 186 | 8/14/2016 Email from L. Duggan to K. Duggan re Quick Flash report on July | | | | |
| 187 | 7/23/2012 Email from B. Van Steenwyk to J. Kollhoff re Adelaida Marketing Arm | | | | |
| 188 | WITHDRAWN | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 189 | 4/6/2016 Email from D. Armstrong to K. Duggan re Interco. Between SDI & KMBG and/or Adelaida | | | | |
| 190 | WITHDRAWN | | | | |
| 191 | WITHDRAWN | | | | |
| 192 | 4/29/2016 Email from D. Armstrong to K. Duggan re Banking information for Disclosures | | | | |
| 193 | 10/16/2015 Email from K. Duggan to P. Longorio re KMBG, Stoneway Properties, Adelaida | | | | |
| 194 | 10/18/2015 Email from K. Duggan to D. Armstrong re Service Agreement - Adelaida | | | | |
| 195 | 10/16/2015 Email from K. Duggan to D. Armstrong re Adelaida stock transfer promissory note | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 196 | 2/10/2016 Email from K. Duggan to K. Van Steenwyk re Action Items from Call with Jessica | | | | |
| 197 | 3/13/2018 Email from K. Duggan to D. Armstrong re Adelaida & EH Admin | | | | |
| 198 | 12/13/2018 Email from D. Armstrong to P. Longorio re ATA Ranches Expense True Up Needed | | | | |
| 199 | 6/14/2018 Email from D. Armstrong to K. Duggan re Prelim Audited Income Statement | | | | |
| 200 | 5/24/2016 Email from D. Armstrong to D. Flora re ATA, ATR, ATF, KMBG Monthly Financial Review | | | | |
| 201 | 8/7/2017 Email from D. Carter to M. Van Steenwyk re The Friday Whiteboard | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 202 | 9/11/2018 Email from D. Carter to M. Barrett et al. re Net Working Capital - Ranches | | | | |
| 203 | 8/22/2018 Memo from J. Ransom to B. Egan re ATA Ranches | | | | |
| 204 | 11/28/2018 Email from K. Van Steenwyk to D. Carter re Ranch Sale and Purchase | | | | |
| 205 | 1/26/2018 Email from D. Carter to K. Duggan re Related Party Receivables as of 11/30/17 | | | | |
| 206 | 2/1/2018 Email from D. Armstrong to P. Longorio re Refinancing KMBG | | | | |
| 207 | WITHDRAWN | | | | |
| 208 | 2/20/2018 Email from K. Duggan to D. Flora and D. Carter re ATA/KMBG/ACI Intercompany 1/31/18 | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 209 | WITHDRAWN | | | | |
| 210 | 6/8/2016 Email from D. Armstrong to K. Duggan et al. re Affiliates Receivables – Follow Up Question from EC Meeting | | | | |
| 211 | Historical Trial Balance Summary for 2016 ATA 2010 General Ledger | | | | |
| 212 | Spreadsheet 6/26/2019 SDI/ATA Audit Adjustments | | | | |
| 213 | 2/18/2013 Van Steenwyk, Brett and Kedrin Van Steenwyk email exchanges re Debbie and the winery | | | | |
| 214 | 1/26/2013 K. Van Steenwyk & E. Van Steenwyk's email exchanges re Adelaida board input | | | | |
| 215 | 2/12/2013 K. Van Steenwyk email to B. Van Steenwyk re Adelaida and E. Van Steenwyk | | | | |

30

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 216 | 11/19/2015 K. Van Steenwyk email to E. Van Steenwyk re Adelaida & the board | | | | |
| 217 | 3/27/2018 Email from K. Van Steenwyk to S. Kennedy re Music | | | | |
| 218 | WITHDRAWN | | | | |
| 219 | 8/14/2018 Email from K. Van Steenwyk to D. Carter et al. re Bank of America | | | | |
| 220 | 8/14/2018 Email from K. Van Steenwyk to C. Legette re Bank of America | | | | |
| 221 | 10/28/2015 Text messages between K. Van Steenwyk and Justin D | | | | |
| 222 | 4/8/2018 Text messages with Jackie | | | | |
| 223 | 12/31/2015 Promissory Note between KMBG and ATA | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 224 | 8/15/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Quick Flash report on July | | | | |
| 225 | 8/25/2016 Email from B. Van Steenwyk to K. Van Steenwyk et al. re Aug 30/31 agenda | | | | |
| 226 | 10/8/2018 Email from K. Van Steenwyk to S. McTopy et al. re ATA ranches and king | | | | |
| 227 | 10/28/2018 Email from K. Van Steenwyk to D. Carter re Lease agreement | | | | |
| 228 | 7/25/2017 Email from K. Duggan to L. Duggan re Update | | | | |
| 229 | 1/22/2018 Email from K. Duggan to K. Van Steenwyk & D. Carter re KMBG | | | | |
| 230 | 9/11/2015 Email from K. Duggan to C. Spencer re Adelaida | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 231 | 9/18/2015 Email from K. Duggan to K. Van Steenwyk re Action items for meeting | | | | |
| 232 | 10/30/2015 Email from K. Duggan to K. Butts et al. re Adelaida - Budget summary | | | | |
| 233 | 10/31/2015 Email from K. Duggan to K. Van Steenwyk re Paso | | | | |
| 234 | 12/30/2015 Email from K. Duggan to K. Butts et al. re Construction Account Cash Planning | | | | |
| 235 | 2/25/2016 Email from K. Duggan to K. Van Steenwyk re Cost Neutral Analysis | | | | |
| 236 | 3/15/2016 Email from D. Carter to E. Van Steenwyk re Results of Our Meetings Last Week | | | | |
| 237 | 3/25/2016 Email from D. Carter to K. Duggan re Rminder | | | | |

33

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 238 | 3/9/2016 Agenda Decisions | | | | |
| 239 | 4/5/2016 Email from K. Duggan to J. Kollhoff re Agenda | | | | |
| 240 | 1/7/2016 Email from K. Duggan to J. Kollhoff re Joe's Compensation | | | | |
| 241 | 3/11/2016 Email from K. Duggan to D. Carter re Adelaida | | | | |
| 242 | 4/25/2016 Email from J. Kollhoff to K. Duggan re Furniture invoices - Kedrin to be Reimbursed | | | | |
| 243 | 7/14/2016 Email from D. Flora to K. Duggan re Staneway Transfer | | | | |
| 244 | 12/19/2016 Email from D. Carter to K. Duggan re Scan | | | | |
| 245 | 12/15/2016 Email from D. Carter to K. Duggan re Adelaida | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 246 | 8/8/2018 Email from K. Duggan to D. Flora re ATA Ranches Funding | | | | |
| 247 | 9/19/2018 Email from K. Duggan to C. Keo re SDI winery invoices | | | | |
| 248 | 1/13/2021 Email from Y. Obleton to K. Duggan re Intercompany Variance ATA/ATAR | | | | |
| 249 | Spreadsheet re ATA-Ranches Cash Operating Account 1/11/2013-3/16/2021 | | | | |
| 250 | 1/31/2013 Wells Fargo Account Summary ATA Operating Account | | | | |
| 251 | 9/19/2015 Email from K. Duggan to K. Van Steenwyk re Action Items from Meeting | | | | |
| 252 | 3/13/2018 Email from D. Armstrong to K. Duggan and S. Moore re Adelaida & EH Admin | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 253 | Spreadsheet created by K. Duggan with Accounts, period, and functional area columns | | | | |
| 254 | 10/11/2018 Email from K. Duggan to D. Flora re Cap ex. For ATA ranches | | | | |
| 255 | WITHDRAWN | | | | |
| 256 | 11/2/2018 Email from K. Van Steenwyk to K. Duggan re Ranch offer | | | | |
| 257 | 10/4/2018 Email from K. Duggan to D. Carter re Appraisal Paso Robles Calif. | | | | |
| 258 | 12/15/2018 Email from K. Duggan to K. Van Steenwyk re Value of Adelaida Cellars | | | | |
| 259 | 6/23/2021 Notice of Special Meeting the Directors of SDI & ATA | | | | |
| 260 | 11/24/2021 Deposition Notice to Jeremy Weintraub | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 261 | 12/7/2021 Weintraub's Site Review Website | | | | |
| 262 | Map of HMR and Viking Ranches Vineyards | | | | |
| 263 | 1/11/2022 Deposition Notice to John A. Hinman | | | | |
| 264 | 11/22/2021 Subpoena to Produce Documents to J. Hinman | | | | |
| 265 | 11/19/2021 Hinman Expert Disclosure Report | | | | |
| 266 | RESERVED | | | | |
| 267 | 7/7/2021 Letter from J. Hinman to J. Ahern re Engagement Agreement | | | | |
| 268 | 8/16/2021 Hinman Invoices | | | | |
| 269 | WITHDRAWN | | | | |
| 270 | 6/1/2020 Ridge Vineyards Grape Purchase Agreement | | | | |
| 271 | WITHDRAWN | | | | |

37

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 272 | RESERVED | | | | |
| 273 | WITHDRAWN | | | | |
| 274 | WITHDRAWN | | | | |
| 275 | WITHDRAWN | | | | |
| 276 | RESERVED | | | | |
| 277 | 11/19/2021 Joint Report of K. Robin Baggett & Chelsea Cameron | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 278 | 11/13/2017 Invoice for Casagrande Vineyard to Adelaida | | | | |
| 279 | 12/3/2021 Appraisal Report of ATA Ranches by JoAnn Wall | | | | |
| 280 | RESERVED | | | | |
| 281 | 12/31/2015 2015 SDI & ATA Combined Financial Statements | | | | |
| 282 | RESERVED | | | | |
| 283 | RESERVED | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 284 | RESERVED | | | | |
| 285 | 12/31/2019 SDI/ATA Combined Financial Statements | | | | |
| 286 | 1/5/2022 Rebuttal Expert Report of Alicia Cronbach | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 287 | 11/19/2021 Hinman Expert Report | | | | |
| 288 | 12/3/2021 Appraisal Report of ATA Ranches by JoAnn Wall | | | | |
| 289 | 12/31/2016 SDI/ATA Combined Financial Statements | | | | |
| 290 | ATA Income Tax Return for 2013, Form 1120 | | | | |
| 291 | ATA Income Tax Return for 2018, Form 1120 | | | | |
| 292 | 12/31/2018 SDI/ATA Combined Financial Statements | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 293 | 12/31/2014 SDI/ATA Combined Financial Statements | | | | |
| 294 | WITHDRAWN | | | | |
| 295 | 11/19/2021 Expert Report of Jerry Bui | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 296 | 11/19/2021 Expert Report of Dr. Harold Bursztajn | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 297 | 4/11/2022 Van Steenwyk Timeline by Dr. Bursztajn | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 298 | 5/5/2012 Restatement of the Survivor's Trust | | | | |
| 299 | 11/19/2021 Report of Michael Spindler | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 300 | WITHDRAWN | | | | |
| 301 | WITHDRAWN | | | | |
| 302 | 10/14/2021 Letter from M. Moroski to C. Cameron re Engagement Letter Agreement | | | | |
| 303 | Chelsea Cameron Resume | | | | |
| 304 | Final Grape Price Analysis | | | | |
| 305 | 2014-2015 Legend | | | | |
| 306 | 2016-2020 Legend | | | | |
| 307 | 3/10/2014 Grape Crush Report Final 2013 | | | | |
| 308 | WITHDRAWN | | | | |
| 309 | 9/24/2021 Letter from M. Moroski to K.R. Baggett re Appraisal Report re HMR Ranch and Viking Ranch | | | | |
| 310 | Timeline re SDI/ATA 2010-2015 | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 311 | Map and Definitions of California Grape Pricing District | | | | |
| 312 | RESERVED | | | | |
| 313 | 3/25/2022 Rebuttal Expert Report of Pete Dakin | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 314 | 3/25/2022 Rebuttal Expert Report of Max Knupper | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 315 | WITHDRAWN | | | | |
| 316 | 11/17/2021 Expert Report of Steven J. Hazel | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 317 | 11/1/2021 FTI Consulting, Inc. Engagement Letter | | | | |
| 318 | 11/3/2021 FTI Consulting, Inc. Invoice | | | | |
| 319 | 12/8/2021 Letter from M. Gagyor to D. Bang re Project ATA | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 320 | 11/17/2021 Appendix A | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 321 | 11/17/2021 Appendix B | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 322 | 6/2017 WBM Technology Survey Report, How Wineries Spend Their IT Dollars, Set Priorities and Staffing | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 323 | 11/9/2020 Corey Shields, The Real Cost of Outsourced IT Support and Services, Ntiva Report | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 324 | 11/26/2021 Subpoena to Produce Documents to JoAnn C. Wall | | | | |
| 325 | 4/22/2022 Inventory of Documents Produced by JoAnn Wall | | | | |
| 326 | Handwritten Note by J. Wall | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 327 | 7/12/2021 Email from J. Radeski to J. Wall re Checking in | | | | |
| 328 | 7/12/2021 Email from J. Radeski to J. Wall re Checking in | | | | |
| 329 | 7/21/2021 Retainer/Service Agreement between Above & Beyond Real Estate Services and ATA | | | | |
| 330 | 9/14/2021 Letter from S. Sabath to Heirs and Beneficiaries of E. Van Steenwyk re Notification By Trustee | | | | |
| 331 | Handwritten/typed notes re Adelaida phone call by J. Wood, J. Wall's trainee | | | | |
| 332 | Handwritten Notes re HMR Ranch by J. Wall | | | | |
| 333 | 9/6/2021 Email from J. Radeski to J. Wall re Adelaida site visit | | | | |

44

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 334 | 9/10/2021 Email from J. Radeski to J. Wood re Building Square Footage | | | | |
| 335 | 9/22/2021 Email from J. Radeski to J. Wood re Financials for Ranches | | | | |
| 336 | 9/22/2021 Email from J. Radeski to J. Wood re 2020 Financial Statements Adelaida | | | | |
| 337 | 10/29/2021 Email from J. Radeski to J. Wall re Update | | | | |
| 338 | 1/1/2022 Valuation HMR | | | | |
| 339 | 11/11/2021 Letter from Zepponi Company to P. Pierce re Exclusive Engagement Letter | | | | |
| 340 | WITHDRAWN | | | | |
| 341 | 11/12/2021 Email from J. Radeski to J. Wall re Invoice for your work | | | | |

45

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 342 | 11/19/2021 Email from J. Radeski to J. Wall re ATA Ranch Report | | | | |
| 343 | RESERVED | | | | |
| 344 | 11/19/2021 Disclosure of JoAnn C. Wall as an Expert | | | | |
| 345 | ATAR Report Comments/questions | | | | |
| 346 | 11/28/2021 Email from J. Radeski to J. Karney and J. Wall re ATAR Report Comments | | | | |
| 347 | 11/16/2021 Appraisal Report of ATA Ranches by JoAnn C. Wall | | | | |
| 348 | 5/19/2022 Court Minute Order re JoAnn Wall | | | | |
| 349 | WITHDRAWN | | | | |
| 350 | 4/29/2022 Subpoena to Produce Documents to JoAnn C. Wall | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 351 | RESERVED | | | | |
| 352 | RESERVED | | | | |
| 353 | RESERVED | | | | |
| 354 | RESERVED | | | | |
| 355 | RESERVED | | | | |
| 356 | RESERVED | | | | |
| 357 | RESERVED | | | | |
| 358 | 5/19/2022 Declaration of JoAnn Wall ECF No. 240-1 | | | | |
| 359 | 8/31/2016 Adelaida Financial Performance | | | | |
| 360 | Jude Radeski Notes from Wall Docs | | | | |
| 361 | RESERVED | | | | |
| 362 | RESERVED | | | | |
| 363 | RESERVED | | | | |
| 364 | RESERVED | | | | |

47

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 365 | RESERVED | | | | |
| 366 | RESERVED | | | | |
| 367 | RESERVED | | | | |
| 368 | RESERVED | | | | |
| 369 | RESERVED | | | | |
| 370 | RESERVED | | | | |
| 371 | RESERVED | | | | |
| 372 | RESERVED | | | | |
| 373 | RESERVED | | | | |
| 374 | RESERVED | | | | |
| 375 | 11/19/2021 Expert Report of Clifford Wright | | | | |
| 376 | 3/25/2022 Expert Report of Mark R. Lee | | | | |
| 377 | WITHDRAWN | | | | |
| 378 | RESERVED | | | | |
| 379 | RESERVED | | | | |

48

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 380 | RESERVED | | | | |
| 381 | RESERVED | | | | |
| 382 | RESERVED | | | | |
| 383 | RESERVED | | | | |
| 384 | RESERVED | | | | |
| 385 | RESERVED | | | | |
| 386 | RESERVED | | | | |
| 387 | RESERVED | | | | |
| 388 | RESERVED | | | | |
| 389 | RESERVED | | | | |
| 390 | RESERVED | | | | |
| 391 | RESERVED | | | | |
| 392 | RESERVED | | | | |
| 393 | RESERVED | | | | |
| 394 | RESERVED | | | | |
| 395 | RESERVED | | | | |

49

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 396 | RESERVED | | | | |
| 397 | RESERVED | | | | |
| 398 | RESERVED | | | | |
| 399 | RESERVED | | | | |
| 400 | 1/5/2022 Rebuttal Expert Disclosure of John A. Hinman | | | | |
| 401 | 7/22/2021 Excerpt from JoAnn Wall Appraisal | | | | |
| 402 | 3/30/2022 Subpoena to Produce Documents to Jonathan Mueller | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 403 | 5/2/2016 2016 Retainer Agreement - Jonathan Mueller, M.D. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

1
2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 404 | 5/26/2016 Mueller Invoices | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 405 | K. Van Steenwyk Note to J. Mueller with Neuropsychiatric Profile | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 406 | 5/13/2016 Mueller Notes | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 407 | 11/12/2009 Letter from J. Spar to M. Rosen-Prinz re E. Van Steenwyk | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 408 | 2015 Cognistat Paper re E. Van Steenwyk | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 409 | 2009 Cognistat Manual | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 410 | WITHDRAWN | | | | |

JOINT EXHIBIT LIST – DEPOSITION EXHIBITS

# PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 411 | 4/10/2008 Letter from G. Thomson to K. Duggan re offer of employment | | | | |
| 412 | 4/9/2009 Email from Y. Gonzalez to K. Van Steenwyk re hello!!!! | | | | |
| 413 | 1/25/2010 Email from M. Van Steenwyk to B. Van Steenwyk re What I Wrote | | | | |
| 414 | 5/13/2010 Email from M. Van Steenwyk to B. Van Steenwyk re issues with mom | | | | |
| 415 | 10/19/2010 Email from B. Van Steenwyk to K. Van Steenwyk and E. Van Steenwyk re Insurance Questions | | | | |
| 416 | 10/29/2010 Email from B. Van Steenwyk to K. Van Steenwyk re Friday Oct 29th Phone Call | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 417 | 12/31/2010 SDI Memo re Property Management Expense Authorization for Procurement | | | | |
| 418 | 1/14/2011 Email from B. Van Steenwyk to B. Wade re Insurance Trust Loan | | | | |
| 419 | 2/18/2011 Email from B. Van Steenwyk to B. Wade re Updated Information | | | | |
| 420 | 2/21/2011 Email from B. Van Steenwyk to M. Van Steenwyk re ACI Issues | | | | |
| 421 | 3/14/2011 Email from B. Van Steenwyk to B. Wade re May SD event | | | | |
| 422 | 4/29/2011 Carter Offer Letter | | | | |
| 423 | 12/27/2011 Email from T. Thornock to K. Van Steenwyk re [no subject] | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 424 | 1/16/2012 Email from B. Van Steenwyk to K. Van Steenwyk re jessica and more | | | | |
| 425 | 1/16/2012 Email from B. Van Steenwyk to K. Van Steenwyk, et al. re jessica and more | | | | |
| 426 | 2/24/2012 Email from B. Van Steenwyk to K. Van Steenwyk re Estate Planning Mudfest | | | | |
| 427 | 2/27/2012 Email from B. Van Steenwyk to K. Van Steenwyk re Estate Planning Mudfest | | | | |
| 428 | 4/9/2012 Email from B. Van Steenwyk to J. Kollhoff, et al. re Nils Venge | | | | |
| 429 | 7/16/2012 Email from B. Van Steenwyk to K. Van Steenwyk re minutes of last board meeting | | | | |
| 430 | 7/20/2012 Email from B. Van Steenwyk to J. Kollhoff, et al. re Board PowerPoint | | | | |

55

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 431 | 7/24/2012 Email from B. Van Steenwyk to L. Duggan, et al. re Adelaida - Marketing Arm | | | | |
| 432 | 11/25/2012 Email from K. Van Steenwyk to B. Van Steenwyk re Happy Thanksgiving!!! | | | | |
| 433 | 2/28/2013 Email from K. Van Steenwyk to B. Van Steenwyk re hello ! | | | | |
| 434 | 3/24/2013 Email from K. Van Steenwyk to B. Van Steenwyk re PRIVATE BretKed Conference/confidential | | | | |
| 435 | 4/2/2013 Email from B. Eitel to B. Van Steenwyk and D. Lorenz re Check Images | | | | |
| 436 | 11/5/2013 Interoffice memo from D. Carter to Shareholders re Special Cash Dividend | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 437 | 5/9/2014 Email from K. Van Steenwyk to B. Van Steenwyk and W. Borgsmiller re Delta.com Trip Information | | | | |
| 438 | 5/28/2014 Email from B. Van Steenwyk to E. Van Steenwyk and K. Van Steenwyk re Lunch Today? | | | | |
| 439 | 6/9/2014 Email from K. Van Steenwyk to B. Van Steenwyk re 2002 Life Insurance Trust | | | | |
| 440 | 8/17/2014 Email from K. Van Steenwyk to M. Conway, et al. re Matt's meeting with mom yesterday | | | | |
| 441 | 11/12/2014 Email from E. Van Steenwyk to B. Van Steenwyk re Further thoughts | | | | |
| 442 | 11/13/2014 Email from E. Van Steenwyk to B. Van Steenwyk re Further thoughts | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 443 | 11/14/2014 Email from E. Van Steenwyk to B. Van Steenwyk re Further thoughts re Further thoughts | | | | |
| 444 | 11/17/2014 Email from K. Van Steenwyk to B. Van Steenwyk re distributions and the extra Obama 3.8 precent | | | | |
| 445 | 12/3/2014 Interoffice memo from D. Carter to Shareholders re Special Cash Dividend | | | | |
| 446 | 12/30/2014 Email from B. Van Steenwyk to K. Van Steenwyk re Thanks for the Dorothy Lane! | | | | |
| 447 | 1/30/2015 Email from P. Longorio to T. Thornock re Winery | | | | |
| 448 | 3/29/2015 Email from K. Van Steenwyk to B. Van Steenwyk re liam's bday | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 449 | 4/20/2015 Email from K. Van Steenwyk to B. Gray, et al. re Touch Base | | | | |
| 450 | 4/30/2015 Email from E. Van Steenwyk to B. Van Steenwyk re Board Dinner | | | | |
| 451 | 5/20/2015 Email from L. Duggan to B. Van Steenwyk re Surveying Proposal - Kiler Cyn Parcels | | | | |
| 452 | 6/4/2015 Letter from J. Dwyer to K. Duggan re promotion | | | | |
| 453 | 6/15/2015 Interoffice memo from P. Longorio to All SDI Employees re Organizational Announcement | | | | |
| 454 | 7/16/2015 Letter from M. Rodriguez to K. Duggan re promotion | | | | |
| 455 | 8/17/2015 Email from K. Duggan to S. Sefert re Legal entities to be set up | | | | |

59

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 456 | 8/31/2015 Email from K. Duggan to J. Enix re Vendor Master | | | | |
| 457 | 9/8/2015 Email from A. Thompson to K. Browne and K. Duggan re LIH for EH | | | | |
| 458 | 9/14/2015 Email from J. Kollhoff to J. Ruiz and K. Duggan re Accounting Meeting | | | | |
| 459 | 9/18/2015 Email from K. Duggan to J. Ruiz and J. Kollhoff re Adelaida TB YTD 9-18-15 | | | | |
| 460 | 9/30/2015 Email from J. Kollhoff to K. Duggan re Touch Base | | | | |
| 461 | 10/12/2015 Email from K. Duggan to D. Armstrong re ATA Funding October | | | | |
| 462 | 11/5/2015 Email from K. Van Steenwyk to B. Van Steenwyk re Houston | | | | |

60

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 463 | 11/18/2015 K. Duggan Note re Meeting with Dana and Dan | | | | |
| 464 | 11/25/2015 Email from L. Duggan to B. Van Steenwyk re Draft Meeting Points - 23 Nov 2015 | | | | |
| 465 | 12/1/2015 Email from K. Van Steenwyk to B. Van Steenwyk re so where is | | | | |
| 466 | 12/8/2015 Email from K. Van Steenwyk to B. Van Steenwyk re Advance Health Care Directive 4-19-12 | | | | |
| 467 | 12/11/2015 Email from K. Van Steenwyk to J. Kollhoff, et al. re Elizabeth | | | | |
| 468 | 12/31/2015 Email from K. Van Steenwyk to K. Duggan re Construction Account Cash Planning | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 469 | 1/8/2016 Email from D. Wood to S. Whitener, et al. re San Luis Obispo Hoem Care Agreement | | | | |
| 470 | 1/19/2016 Email from K. Duggan to Y. Obleton re Adelaida Stock Note Receivable | | | | |
| 471 | 1/26/2020 Email between J. Ruiz and K. Duggan re KMBG Construction Account Bank Statements | | | | |
| 472 | 1/27/2016 Email from K. Duggan to S. Whitener, et al. re HMR Office project | | | | |
| 473 | 1/28/2016 Email from K. Duggan to D. Armstrong, et al. re Prelim EC Deck Review Meeting | | | | |
| 474 | 2/1/2016 Email from D. Wood to B. Van Steenwyk and S. Whitener re SLO Home Care | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 475 | 2/1/2016 Email from K. Duggan to J. Ruiz re ACI Dec 2015 Payroll Report | | | | |
| 476 | 2/22/2016 Email from B. Van Steenwyk to K. Van Steenwyk re how's she doing | | | | |
| 477 | 2/23/2016 Email from B. Van Steenwyk to K. Van Steenwyk re how's she doing | | | | |
| 478 | 2/24/2016 Email from B. Van Steenwyk to K. Van Steenwyk, et al. re Mom and Help | | | | |
| 479 | 2/26/2016 Email from P. Longorio to E. Van Steenwyk, et al. re January Monthly report from management | | | | |
| 480 | 3/8/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Something I Sent Out | | | | |
| 481 | 3/14/2016 Email from D. Carter to K. Butts and K. Duggan re Stuff | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 482 | 3/17/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Divorce Story | | | | |
| 483 | 3/17/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Divorce Story | | | | |
| 484 | 3/17/2016 Email from P. Longorio to E. Van Steenwyk re February CEO report to BOD | | | | |
| 485 | 3/22/2016 Email from B. Van Steenwyk to K. Van Steenwyk re ISCWSA Meeting Notes, Ft Worth | | | | |
| 486 | 3/23/2016 Email from B. Van Steenwyk to K. Van Steenwyk re ISCWSA Meeting Notes, Ft Worth | | | | |
| 487 | 3/23/2016 Email from B. Van Steenwyk to K. Van Steenwyk re ISCWSA Meeting Notes, Ft Worth | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 488 | 3/23/2016 Email from B. Van Steenwyk to K. Van Steenwyk re ISCWSA Meeting Notes, Ft Worth | | | | |
| 489 | 3/30/2016 Email from B. Van Steenwyk to K. Van Steenwyk re mom | | | | |
| 490 | 3/30/2016 Email from D. Armstrong to L. Perez et al. re BOD Slides | | | | |
| 491 | 4/1/2016 Email from D. Wood to B. Van Steenwyk re Invoice | | | | |
| 492 | 4/5/2016 Email from Y. Obleton to K. Duggan re ACI Billings from ATA and ATAR as of 12/15/2015 | | | | |
| 493 | 4/6/2016 Email from C. Jeans to D. Armstrong re SDI ATA Amounts due from Affiliates | | | | |
| 494 | 4/6/2016 Email from D. Armstrong to D. Flora re SDI ATA Amounts due from Affiliates | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 495 | 4/8/2016 Email from J. Kollhoff to K. Duggan re South Viking Development | | | | |
| 496 | 4/19/2016 Email from J. Kollhoff to K. Duggan and D. Carter re TK Crawler | | | | |
| 497 | 4/27/2016 Email from Y. Obleton to K. Duggan re KMBG Adelaida Wksht | | | | |
| 498 | 4/28/16 Email from K. Dugan to Whitenerhollow@aol.com re KMBG Construction account | | | | |
| 499 | 4/29/2016 Email from B. Van Steenwyk to K. Van Steenwyk re [no subject] | | | | |
| 500 | 4/29/2016 Email from V. Alspach to D. Armstrong, et al. re ATF Note Capitalization | | | | |
| 501 | 5/12/2016 Email from J. Kollhoff to K. Duggan and D. Carter re Note | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 502 | 5/12/2016 Email from J. Kollhoff to K. Duggan and D. Carter re Note | | | | |
| 503 | 5/12/2016 Letter from K. Duggan to J. Kollhoff re [confirming the correctness of notes receivable] | | | | |
| 504 | 5/13/2016 Email chain from Whitenerhollow@aol.com to K. Van Steenwyk and K. Duggan re KMBG Transfer | | | | |
| 505 | 5/13/2016 Email from B. Van Steenwyk to B. Holmes re Email to Elizabeth | | | | |
| 506 | 5/16/2016 Email from L. Perez to A. Thomson, et al. re Couple of questions and formatting | | | | |
| 507 | 5/16/2016 Email from N. Pearl to K. Van Steenwyk, et al. re power of atty | | | | |

67

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 508 | 5/20/2016 Email from K. Van Steenwyk to B. Holmes, et al. re May 25 | | | | |
| 509 | 5/20/2016 Email from P. Longorio to E. Van Steenwyk, et al. re April 2016 CEO Report to the BOD | | | | |
| 510 | 5/24/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Wells Fargo- Life Management Services | | | | |
| 511 | 5/24/2016 Email from D. Armstrong to K. Duggan, et al. re Interco Between SDI & KMBG and/or Adelaida | | | | |
| 512 | 5/24/2016 Email from K. Van Steenwyk to K. Duggan and D. Carter re Furniture Invoices - Kedrin to be Reimbursed | | | | |
| 513 | 5/25/2016 Email from D. Carter to K. Van Steenwyk, et al. re Waste Water Treatment System Final Budget | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 514 | 5/26/2016 Email from D. Armstrong to D. Flora, et al. re ATA, ATR, ATF Meeting - Follow Ups | | | | |
| 515 | 5/26/2016 Email from D. Armstrong to K. Duggan and D. Flora re AR Related Party Confirmation | | | | |
| 516 | 5/31/2016 Email from B. Van Steenwyk to K. Van Steenwyk and B. Gray re Brookdale Appointment | | | | |
| 517 | 5/31/2016 Email from B. Van Steenwyk to K. Van Steenwyk and B. Gray re Brookdale Appointment | | | | |
| 518 | 5/31/2016 Email from B. Van Steenwyk to K. Van Steenwyk and B. Gray re How's it going | | | | |
| 519 | 6/2/2016 Email from J. Kollhoff to K. Duggan re AR Related Party Confirmation | | | | |

69

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 520 | 6/3/2016 Email from J. Kollhoff to D. Flora re AR Related Party Confirmation | | | | |
| 521 | 6/7/2016 Email from D. Carter to D. Armstrong, et al. re Affiliates Receivables Follow Up Question from EC Meeting | | | | |
| 522 | 6/7/2016 Email from D. Carter to D. Armstrong, et al. re Affiliates Receivables Follow Up Question from EC Meeting | | | | |
| 523 | 6/8/2016 Email from D. Armstrong to V. Alspach and K. Duggan re Affiliates Receivables Follow Up Question from EC Meeting | | | | |
| 524 | 6/8/2016 Email from D. Carter to D. Armstrong and P. Longorio re Affiliates Receivables Follow Up Question from EC Meeting | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 525 | 6/8/2016 Email from K. Duggan to Y. Obleton, et al. re Affiliates Receivables Follow Up Question from EC Meeting | | | | |
| 526 | 6/9/2016 Email from C. Keo to K. Browne and K. Duggan re June 8 2016 Telephonic Meeting | | | | |
| 527 | 6/9/2016 Email from K. Butts to D. Carter and P. Longorio re Approved | | | | |
| 528 | 6/10/2016 Email from D. Armstrong to D. Flora, et al. re Intercompany Balances for ATA/ ATAR/ ACI/ KMBG as of 5/30/2016 | | | | |
| 529 | 6/10/2016 Email from D. Armstrong to Y. Obleton, et al. re Intercompany Balances for ATA/ ATAR/ ACI/ KMBG as of 5/30/2016 | | | | |
| 530 | 6/15/2016 Email from D. Carter to K. Duggan and K. Butts re Adelaida Billing Info | | | | |

71

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|----------------|
| 531 | 6/15/2016 Email from K. Van Steenwyk to dugam@msn.com, et al. re Elizabeth's new home | | | | |
| 532 | 6/16/2016 Email from K. Duggan to D. Carter and K. Butts re Adelaida Billing Info | | | | |
| 533 | 6/21/2016 Email from K. Duggan to D. Armstrong and V. Alspach re Affiliates Receivable | | | | |
| 534 | 6/24/2016 Email from D. Armstrong to V. Alspach, et al. re Updated Financials | | | | |
| 535 | 6/24/2016 Email from M. Veuleman to D. Armstrong re Updated Financials | | | | |
| 536 | 6/27/2016 Email from M. Van Steenwyk to P. Longorio re August Monthly Report to the BOD | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 537 | 6/28/2016 Email from D. Armstrong to K. Duggan re Audit Review Meeting with Phil - Follow Ups | | | | |
| 538 | 6/29/2016 Email from B. Van Steenwyk to K. Van Steenwyk and B. Gray re Visit with Mom | | | | |
| 539 | 7/6/2016 Email from D. Flora to K. Van Steenwyk, et al. re financial pow wow | | | | |
| 540 | 7/6/2016 Email from K. Van Steenwyk to D. Carter, et al. re financial pow wow | | | | |
| 541 | 7/8/2016 Letter from K. Van Steenwyk to the Employees of SDI and ATA re Elizabeth's health | | | | |
| 542 | 7/11/2016 Email from D. Carter to K. Butts, et al. re Facilities Items | | | | |

73

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|----------------------|----------------|---------------|
| 543 | 7/12/2016 Email from Y. Obleton to D. Armstrong, et al. re Interco Between SDI KMBG Adelaida | | | | |
| 544 | 7/12/2016 Email from Y. Obleton to K. Duggan, et al. re Interco Between SDI KMBG Adelaida | | | | |
| 545 | 7/13/2016 Email from D. Armstrong to L. Perez re Caption Income Statement - June | | | | |
| 546 | 7/21/2016 Email from D. Armstrong to K. Browne, et al. re ATR ATF Adelaida and KMBG | | | | |
| 547 | 7/21/2016 Email from D. Flora to K. Duggan re Cash ATA Ranches | | | | |
| 548 | 7/25/2016 Email from D. Armstrong to K. Duggan re ATR ATF Adelaida and KMBG | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 549 | 7/25/2016 Email from K. Browne to D. Flora and K. Duggan re ATR ATF Adelaida KMBG | | | | |
| 550 | 7/25/2016 Email from P. Longorio to D. Armstrong, et al. re ATR ATF Info | | | | |
| 551 | 7/26/2016 Email from H. Duong to V. Alspach, et al. re Urgent - Tax on Selling Ranch Properties | | | | |
| 552 | 7/27/2016 Email from K. Browne to D. Flora and K. Duggan re ATR ATF Adelaida and KMBG | | | | |
| 553 | 8/5/2016 Email from V. Alspach to H. Duong, et al. re SDI Sales Marketing Expenses | | | | |
| 554 | 8/10/2016 Email from B. Van Steenwyk to B. Holmes re Leave of Absence for Emma | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 555 | 8/11/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Quick Flash report on July | | | | |
| 556 | 8/11/2016 Email from B. Van Steenwyk to K. Van Steenwyk re Quick Flash report on July | | | | |
| 557 | 8/15/2016 Email from B. Van Steenwyk to D. Flora, et al. re Aug 30 31 agenda | | | | |
| 558 | 8/15/2016 Email from B. Van Steenwyk to K. Van Steenwyk et al. re Aug 30/31 agenda | | | | |
| 559 | 8/15/2016 Email from D. Armstrong to V. Alspach, et al. re Aug 30 31 agenda | | | | |
| 560 | 8/15/2016 Email from K. Van Steenwyk to J. Kollhoff, et al. re Aug 30 31 agenda | | | | |
| 561 | 8/17/2016 Email from D. Armstrong to P. Longorio, et al. re Winery Summit Action Plan | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 562 | 8/17/2016 Email from P. Longorio to D. Armstrong, et al. re Winery Summit Action Plan | | | | |
| 563 | 8/18/2016 Email from P. Longorio G. Durocher, et al. re July CEO Report to the BOD | | | | |
| 564 | 8/19/2016 Email from K. Duggan to K. Duggan re Quick Flash report on July | | | | |
| 565 | 8/25/2016 Email from K. Duggan to D. Armstrong and D. Flora re Updated ATR ATF Financial Slides | | | | |
| 566 | 8/29/2016 Email from J. Kollhoff to C. Raymer re Tax Benefits of Donations | | | | |
| 567 | 8/31/2016 Calendar Invite from C. Raymer to W. Longcrier re Adelaida Strategy Meeting | | | | |

77

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 568 | 8/31/2016 Email from V. Alspach to D. Armstrong, et al. re Permitted Shareholders of Subchapter S Entity | | | | |
| 569 | 9/1/2016 Email from P. Longorio to K. Duggan re PowerPoint Deck | | | | |
| 570 | 9/12/2016 Email from K. Butts to R. Ogden re Applied Technologies Ranch Land | | | | |
| 571 | 9/15/2016 Email from D. Carter to K. Duggan re Adelaida should get a credit | | | | |
| 572 | 9/15/2016 Email from D. Carter to K. Duggan re do you have the amounts Adelaida owes | | | | |
| 573 | 9/19/2016 Email from D. Carter to K. Duggan re Adelaida should get a credit | | | | |
| 574 | 9/19/2016 Email from J. Weintraub to J. Kollhoff re Grape Purchase Agm't | | | | |

78

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 575 | 9/22/2016 Email from P. Longorio to G. Durocher, et al. re August Monthly Report to the BOD | | | | |
| 576 | 9/28/2016 Email chain between Whitenerhollow@aol.com and K. Dugan re AFE | | | | |
| 577 | 9/29/2016 Email from D. Armstrong to J. Kollhoff, et al. re Financial Summit Meeting Minutes | | | | |
| 578 | 10/10/2016 Email from D. Flora to K. Duggan re Adelaida Winery and Related Ranches | | | | |
| 579 | 10/19/2016 Email from D. Carter to K. Van Steenwyk re Tax Benefit of American Viticultural Area (AVA) | | | | |
| 580 | 10/28/2016 Email from B. Van Steenwyk to K. Van Steenwyk, et al. re E Van Steenwyk | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 581 | 10/28/2016 Email from K. Van Steenwyk to B. Van Steenwyk, et al. re E Van Steenwyk | | | | |
| 582 | 10/30/2016 Email from V. Alspach to D. Armstrong re VSH Potential Distributions | | | | |
| 583 | 11/1/2016 Email from S. Whitener to B. Van Steenwyk re Move my Mom on Thursday | | | | |
| 584 | 11/3/2016 Email from D. Armstrong to V. Alspach and K. Duggan re VSH Loan to KMBG | | | | |
| 585 | 11/10/2016 Email from V. Alspach to D. Armstrong, et al. re VSH 2016 Distribution w KMBG Load Repayment.xlsx | | | | |
| 586 | 11/10/2016 Email from V. Alspach to P. Longorio, et al. re VSH Distribution to the Shareholders | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 587 | 11/11/2016 Email from D. Armstrong to K. Duggan re Authorization to Make Payment | | | | |
| 588 | 11/11/2016 Email from D. Armstrong to K. Duggan re Authorization to Make Payment | | | | |
| 589 | 11/15/2016 Email from D. Armstrong to K. Duggan re Authorization to Make Payment | | | | |
| 590 | 11/18/2016 Email from P. Longorio to G. Durocher, et al. re October CEO report to the BOD | | | | |
| 591 | 12/4/2016 Email from K. Van Steenwyk to J. Kollhoff, et al. re CapEx Budget | | | | |
| 592 | 12/8/2016 Email from D. Carter to K. Duggan, et al. re ATA Ranches | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 593 | 12/12/2016 Email from P. Longorio to K. Duggan, et al. re ATA Ranches | | | | |
| 594 | 12/13/2016 Email from D. Armstrong to K. Duggan re Interco Between SDI MBG Adelaida | | | | |
| 595 | 12/15/2016 Email from D. Carter to D. Flora, et al. re Grape Sales Agreements | | | | |
| 596 | 12/27/2016 Email from B. Van Steenwyk to D. Wood re Elizabeth VanSteenwyk | | | | |
| 597 | 1/13/2017 Email from B. VanSteenwyk to B. Holmes and K. VanSteenwyk re Checking In | | | | |
| 598 | 1/17/2017 Email from D. Armstrong to L. Perez re Late Entry Today | | | | |
| 599 | 1/23/2017 Email from D. Armstrong to L. Perez re 1216 SDI to TPH | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 600 | 1/27/2017 Email from B. Van Steenwyk to B. Holmes and K. Van Steenwyk re Elizabeth | | | | |
| 601 | 2/23/2017 Email from D. Flora to D. Armstrong and K. Duggan re Ranch Hands | | | | |
| 602 | 3/22/2017 Email from D. Carter to J. Kollhoff re Crossarms | | | | |
| 603 | 4/28/2017 Email from D. Carter to J. Kollhoff re Blue Truck at Winery | | | | |
| 604 | 5/1/2017 Email from B. Van Steenwyk to P. Longorio, et al. re Award for 'How Kate Warne Saved President Lincoln' | | | | |
| 605 | 5/31/2017 Email from K. Butts to D. Carter, et al. re Apt. Demo | | | | |
| 606 | 7/14/2017 Email from K. Van Steenwyk to D. Carter and L. Duggan re jessica/adelaida | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 607 | 7/14/2017 Email from K. Van Steenwyk to J. Kollhoff and L. Duggan re To Do List | | | | |
| 608 | 7/24/2017 Email from K. Van Steenwyk to D. Carter and L. Duggan re Note KMBG to E. Van Steenwyk 07-24-17 | | | | |
| 609 | 7/25/2017 Email from K. Van Steenwyk to D. Carter re Note KMBG to E. Van Steenwyk | | | | |
| 610 | 7/28/2017 Email from Y. Obleton to D. Armstrong and K. Duggan re Intercompany Between SDI & KMBG & Adelaida | | | | |
| 611 | 8/10/2017 Email from K. Van Steenwyk to A. Jensen re getting together in Paso Robles | | | | |
| 612 | 8/16/2017 Email from K. Van Steenwyk to A. Jensen re getting together in Paso Robles | | | | |

84

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 613 | 9/1/2017 Email re from D. Carter to V. Alspach, et al. re Remaining Board Meeting To-Do's | | | | |
| 614 | 10/30/2017 Email from K. Van Steenwyk to D. Carter re Donna's employment | | | | |
| 615 | 12/11/2017 Email from D. Flora to D. Armstrong, et al. re Intercompany Between SDI & KMBG & Adelaida | | | | |
| 616 | 12/12/2017 Email from D. Armstrong to P. Longorio re Intercompany Between SDI & KMBG & Adelaida | | | | |
| 617 | 12/21/2017 Email from A. Mo to D. Carter re Bank clarifications ATA ATAR Stoneway Adelaida Cellars | | | | |
| 618 | 1/6/2018 Email from D. Flora to D. Carter re 2017 Billing Numbers for Grape Sales | | | | |

85

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 619 | 1/23/2018 Email from K. Van Steenwyk to bcdagray re Letter to Siblings | | | | |
| 620 | 1/23/2018 Email from P. Longorio to K. Van Steenwyk, et al. re Related party receivables as of 11/30/17 | | | | |
| 621 | 1/26/2018 Email from K. Duggan to D. Armstrong, et al. re Related party receivables as of 11/30/17 | | | | |
| 622 | 1/31/2018 Email from K. Van Steenwyk to D. Carter re hello! and question | | | | |
| 623 | 2/10/2018 Email from V. Alspach to D. Armstrong re KMBG Financing | | | | |
| 624 | 2/12/2018 Email from D. Armstrong to P. Longorio and D. Carter re KMBG Financing | | | | |
| 625 | 2/12/2018 Email from P. Longorio to K. Van Steenwyk re KMBG Financing | | | | |

86

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 626 | 2/15/2018 Email from K. Duggan to D. Carter re KMBG ET AL | | | | |
| 627 | 2/16/2018 Email from Y. Obleton to K. Duggan and D. Armstrong re ATA/KMBG/ACI Intercompany - 1/31/2018 | | | | |
| 628 | 2/21/2018 Email from K. Van Steenwyk to D. Carter re Approval Needed - Tule Sensors | | | | |
| 629 | 2/23/2018 Email from K. Van Steenwyk to J. Kollhoff, et al. re tule sensors (toned down version of what grapes really cost) | | | | |
| 630 | 3/1/2018 Email from K. Van Steenwyk to M. Conway re #6 | | | | |
| 631 | 3/7/2018 Email from J. Kollhoff to J. Weintraub and D. Flora re Operating and CapEx Budgets | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 632 | 3/8/2018 Letter from D. Armstrong to K. Duggan re Promotion | | | | |
| 633 | 3/10/2018 Email from K. Van Steenwyk to B. Gray, et al. re Depreciation Question | | | | |
| 634 | 3/14/2018 Email from K. Jackson to S. Moore, et al. re Adelaida and EH Admin | | | | |
| 635 | 3/21/2018 Email from K. Van Steenwyk to D. Carter and K. Duggan re KMBG | | | | |
| 636 | 3/29/2018 Email from K. Duggan to D. Flora re ATA_ATAR_ACI_KMBG IC_jan2018.xls | | | | |
| 637 | 4/12/2018 Email from Y. Obleton to D. Armstrong re ATA/KMBG/ACI Intercompany - 3/31/2018 | | | | |
| 638 | 4/14/2018 Text message with Jackie | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 639 | 4/30/2018 Email from D. Armstrong to P. Longorio re BOD Updates | | | | |
| 640 | 5/1/2018 Email from D. Flora to K. Duggan and K. Browne re Funds Transfer ATA to ATAR | | | | |
| 641 | 5/14/2018 Email from K. Duggan to K. Van Steenwyk, et al. re home again | | | | |
| 642 | 5/15/2018 Email from K. Duggan to D. Armstrong re Follow Ups from EC meeting on April 19 | | | | |
| 643 | 5/16/2018 Email from K. Duggan to D. Flora re AR Related Party Confirmation | | | | |
| 644 | 5/18/2018 Email from S. Whitener to D. Carter re Transaction Receipt from Ranch WiFi LLC for $95.00 (USD) | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 645 | 5/21/2018 Email from K. Van Steenwyk to J. Weintraub re Future sales | | | | |
| 646 | 5/22/2018 Email from K. Van Steenwyk to S. Stuck and L. Duggan re financials | | | | |
| 647 | 6/1/2018 Email from K. Van Steenwyk to D. Flora, et al. re Proposed Accounting Clerk Adelaida | | | | |
| 648 | 6/12/2018 Email from K. Van Steenwyk to D. Carter and L. Duggan re Project Update Meeting - Facilities | | | | |
| 649 | 6/27/2018 Email from D. Armstrong to K. Duggan re Audit Adjustments Log | | | | |
| 650 | 7/3/2018 Email from K. Van Steenwyk to D. Carter and L. Duggan re Next Week | | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 651 | 7/11/2018 Email from D. Flora to K. Duggan re Conversation with Kieran Duggan | | | | |
| 652 | 7/12/2018 Email from K. Duggan to D. Carter re ATAR | | | | |
| 653 | 7/18/2018 Current farm plan 2018.xlsx | | | | |
| 654 | 7/18/2018 Email from K. Van Steenwyk to D. Carter re Ranch infrastructure/etc | | | | |
| 655 | 7/19/2018 Email from K. Duggan to D. Flora re Account overdrawn 6th day | | | | |
| 656 | 7/25/2018 Email from K. Duggan to D. Flora re ATAR Funding | | | | |
| 657 | 7/25/2018 Email from K. Van Steenwyk to D. Carter and L. Duggan re Copy of Current farm plan | | | | |

91

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 658 | 8/1/2018 Email from D. Flora to K. Van Steenwyk, et al. re Q2_2018 Financial Reports for Board of Directors meeting | | | | |
| 659 | 8/8/2018 Email from K. Duggan to D. Flora re ATA Ranches Funding | | | | |
| 660 | 8/9/2018 Email from K. Van Steenwyk to D. Flora re A thought | | | | |
| 661 | 8/10/2018 Interoffice memo from P. Longorio to All Employees re speculation regarding potential sale of the company | | | | |
| 662 | 8/16/2018 Email from D. Carter to C. Buono, et al. re Appraisal Paso Robles Calif | | | | |
| 663 | 8/16/2018 Email from K. Van Steenwyk to D. Flora re Repayment of Intercompany Charges | | | | |

92

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 664 | 8/16/2018 Letter from C. Buono to D. Carter re Proposal for Appraisal Services for ATA & KMBG Ranches | | | | |
| 665 | 8/22/2018 Email from D. Carter to C. Buono and D. Carter re Appraisal Paso Robles Calif. | | | | |
| 666 | 8/22/2018 Email from K. Van Steenwyk to C. Legette re Bank of America | | | | |
| 667 | 8/30/2018 Email from K. Van Steenwyk to D. Carter and L. Duggan re ATA ranches | | | | |
| 668 | 9/5/2018 Email from K. Van Steenwyk to B./C. Gray re Trip to Paso | | | | |
| 669 | 9/8/2018 Email from K. Duggan to K. Van Steenwyk re KMBG Diamond Stock Sale | | | | |

93

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 670 | 10/5/2018 Email from D. Carter to C. Taber, et al. re Appraisal Paso Robles Calif. | | | | |
| 671 | 10/9/2018 Email between Same Jones and Duane Morris re Adelaida Winery Guest Network Config? - Potential Security Concerns | | | | |
| 672 | 10/10/2018 Email from K. Van Steenwyk to D. Carter and K. Duggan re ATAR Appraisal | | | | |
| 673 | 10/11/2018 Email from K. Van Steenwyk to D. Carter re KMBG Ranch Appraisals | | | | |
| 674 | 10/16/2018 Email from D. Flora to K. Duggan re Discuss ATAR Cash Flow and Intercompany Balances | | | | |
| 675 | 10/19/2018 Email from K. Duggan to K. Van Steenwyk and D. Flora re Implementation of KMBG and ATAR to NAV | | | | |

94

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 676 | 10/19/2018 Email from K. Duggan to S. Watson re Conversation Kieran and Scott | | | | |
| 677 | 10/23/2018 Email from K. Van Steenwyk to D. Carter re Ranch Property | | | | |
| 678 | 10/26/2018 Email from D. Carter to D. Flora re Favor | | | | |
| 679 | 10/28/2018 Email from K. Van Steenwyk to D. Carter re Let me know what you think of this | | | | |
| 680 | 10/28/2018 Email from K. Van Steenwyk to J. Harris re what did Grg think I had? | | | | |
| 681 | 10/29/2018 Email from K. Van Steenwyk to J. Harris re what did Grg think I had? | | | | |
| 682 | 10/29/2018 Email from K. Van Steenwyk to K. Duggan and D. Flora re Financial statements | | | | |

95

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 683 | 10/31/2018 Email from K. Van Steenwyk to K. Duggan re SDI ATA receivables from affiliates | | | | |
| 684 | 11/5/2018 Email from C. Buono to D. Carter, et al. re ATA Ranches - no. 2 | | | | |
| 685 | 11/5/2018 Email from K. Van Steenwyk to D. Carter and B./C. Gray re Van Steenwyk Family | | | | |
| 686 | 11/5/2018 Email from K. Van Steenwyk to D. Carter re Van Steenwyk Family | | | | |
| 687 | 11/5/2018 Email from M. Conway to P. Dobrowski, et al. re Van Steenwyk Family | | | | |
| 688 | 11/8/2018 Email from K. Duggan to D. Carter re Confidential Staff Meeting | | | | |
| 689 | 11/8/2018 Email from K. Van Steenwyk to K. Duggan, et al. re Surfsong | | | | |

96

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 690 | 11/9/2018 Email from K. Van Steenwyk to B./C. Gray re Next week | | | | |
| 691 | 11/9/2018 Email from K. Van Steenwyk to P. Sowerby, et al. re Meeting on Monday | | | | |
| 692 | 11/14/2018 Email from S. Jones to W. Clark re Good Morning | | | | |
| 693 | 11/16/2018 Email from D. Cyprian to D. Carter and D. Armstrong re Project Satellite Updated Diligence Tracker | | | | |
| 694 | 11/16/2018 Email from S. Jones to D. Morris and M. Hyde re Next Trip | | | | |
| 695 | 11/28/2018 Email from B. Van Steenwyk to K. Van Steenwyk re Ranch Sale and Purchase | | | | |

97

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 696 | 11/29/2018 Email from K. Van Steenwyk to B. Van Steenwyk re Ranch Sale and Purchase | | | | |
| 697 | 11/29/2018 Email from K. Van Steenwyk to B. Van Steenwyk re Ranch Sale and Purchase | | | | |
| 698 | 11/29/2018 Email from K. Van Steenwyk to D. Carter and L. Duggan re Ranch Sale and Purchase | | | | |
| 699 | 11/29/2018 Email from K. Van Steenwyk to D. Carter and M. Conway re Ranch Sale and Purchase | | | | |
| 700 | 11/29/2018 Email from K. Van Steenwyk to D. Carter Email re Ranch Sale and Purchase | | | | |
| 701 | 11/30/2018 Email from K. Duggan to D. Armstrong re CIP ATA Ranches -- UPDATED | | | | |

98

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 702 | 11/30/2018 Email from K. Duggan to K. Browne re CIP ATA Ranches | | | | |
| 703 | 12/10/2018 Email from K. Van Steenwyk to M. Conway, et al. re van Steenwyk | | | | |
| 704 | 12/14/2018 Email from K. Browne to K. Duggan and D. Armstrong re Fixed Assets Net Book Value | | | | |
| 705 | 12/14/2018 Email from K. Van Steenwyk to B./C. Gray re Brett | | | | |
| 706 | 12/15/2018 Email from K. Van Steenwyk to D. Carter re ATA Ranches Materials | | | | |
| 707 | 12/16/2018 Email from K. Van Steenwyk to D. Carter, et al. re Revised offer | | | | |
| 708 | 12/17/2018 Email from D. Cyprian to D. Armstrong and K. Duggan re Nov Provisions and ATAR Gain Calc | | | | |

99

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 709 | 12/17/2018 Email from M. Conway to T. Madden, et al. re ATA Ranches Offer Matrix | | | | |
| 710 | 12/18/2018 Email from K. Van Steenwyk to D. Carter re Revised Counter Offer | | | | |
| 711 | 12/18/2018 Email from L. Perez to D. Armstrong re Nov 2018 Financial Statements | | | | |
| 712 | 12/19/2018 Email from K. Van Steenwyk to D. Flora, et al. re KMBG | | | | |
| 713 | 12/19/2018 Email from M. Conway to T. Madden, et al. re ATAR KMBG | | | | |
| 714 | 12/28/2018 Email from K. Van Steenwyk to D. Flora and D. Carter re Health ins | | | | |
| 715 | 1/2/2019 Email from K. Duggan to K. Van Steenwyk, et al. re Board meetings (ATA and Kedrin's mentions siblings) | | | | |

100

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 716 | 1/2/2019 Email from K. Van Steenwyk to S. Kennedy, et al. re Interviews. | | | | |
| 717 | 1/9/2019 Email from D. Armstrong to K. Duggan, et al. re Audit Committee Slides | | | | |
| 718 | 1/10/2019 Email from D. Flora to D. Carter re 2018 Grape Sales | | | | |
| 719 | 1/14/2019 Email from S. Jones to O. Clock re Adelaida Fax Lines | | | | |
| 720 | 1/15/2019 Email from A. Puerto to D. Armstrong, et al. re Audit Bid (CONFIDENTIAL) | | | | |
| 721 | 1/24/2019 Email from D. Carter to K. Duggan re 2018 Grape Sales | | | | |
| 722 | 1/30/2019 Email from P. Gobe to P. Longorio re ATAR Ranch purchase - Financing Models | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 723 | 2/5/2019 Email from K. Van Steenwyk to J. Kelly, et al. re Tablas Creek Vineyard Blog | | | | |
| 724 | 2/6/2019 Email from K. Van Steenwyk to D. Carter and L. Duggan re Managers Meeting | | | | |
| 725 | 2/7/2019 Email from B. Van Steenwyk to M. Van Steenwyk re Adelaida Cellars Docs | | | | |
| 726 | 2/14/2019 Email from K. Van Steenwyk to J. Kelly re Winery map project | | | | |
| 727 | 2/22/2019 Email from S. Jones to M. Hyde re Ballpark Winery Upgrade Figures | | | | |
| 728 | 2/23/2019 Email from K. Van Steenwyk to K. Van Steenwyk re bank | | | | |
| 729 | 3/5/2019 Email from K. Van Steenwyk to J. Radeski, et al. re Expense reimbursement policy | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 730 | 3/12/2019 Draft Letter from K. Van Steenwyk to P. Gobe re ATA purchase | | | | |
| 731 | 3/12/2019 Email from M. Conway to S. McTopy, et al. re ATAR Offer Letter - Draft | | | | |
| 732 | 3/14/2019 Email from D. Carter to S. McTopy and J. Ransom re Offer to Purchase ATA Ranches v.5 | | | | |
| 733 | 3/15/2019 Email from K. Van Steenwyk to D. Carter re DTC update May 12. NEW RESTROOM POLICY PROPOSAL: Discussion and Approval requested. | | | | |
| 734 | 3/19/2019 Draft Letter (Redlined) from K. Van Steenwyk to P. Gobe re ATA purchase | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 735 | 3/24/2019 Email from D. Neuhardt to A. Weyenberg, et al. re ATA Ranches Offer Letter - Call at 8a Pacific/10a Central/11a Eastern | | | | |
| 736 | 4/4/2019 Email from B. Van Steenwyk to S. Whitener re Tarantula Crossing Book | | | | |
| 737 | 4/10/2019 Email from S. Ethredge to D. Cyprian re ATA's Fax from IRS agent | | | | |
| 738 | 5/3/2019 Letter from M. Moroski to P. Longorio re Request for Inspection of Books And Records of Applied Technologies Associates, Inc. Under Corporations Code Section 1601 | | | | |
| 739 | 5/4/2019 Email from K. Van Steenwyk to D. Carter and L. Duggan re A missive with a question | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 740 | 5/9/2019 Email from B. Van Steenwyk to M. Van Steenwyk re SCMP - Chinese physicist says revolutionary technique means alloys can be developed in hours instead of years | | | | |
| 741 | 5/10/2019 Email from B. Van Steenwyk to M. Van Steenwyk, et al. re 2Q-19 Board Materials | | | | |
| 742 | 5/20/2019 Email from S. Jones to J. Hengehold and D. Flora re Attached Image - Server Packing List | | | | |
| 743 | 5/22/2019 Email from S. McTopy to M. Moroski, et al. re ATA California Corporations Code section 1601 Request | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 744 | 6/14/2019 Email from M. Moroski to M. Van Steenwyk et al. re ATA California Corporations Code section 1601 Request | | | | |
| 745 | 6/14/2019 Email from R. Duhon to G. Olguin re "Corporate Records" | | | | |
| 746 | 6/18/2019 Email from C. Munroe to S. Jones re Cameron Munroe sent you a message in Skype for Business | | | | |
| 747 | 6/21/2019 Email from B. Van Steenwyk to M. Van Steenwyk re The $2M transfer | | | | |
| 748 | 6/21/2019 Email from D. Armstrong to K. Duggan re FY-18 Audited vs Unaudited | | | | |
| 749 | 6/27/2019 Pannell Kerr Forster Letter to Audit Committee of SDI/ATA | | | | |

106

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 750 | 6/28/2019 Email from M. Veuleman to D. Armstrong, et al. re Final 2018 Audited Statements | | | | |
| 751 | 7/3/2019 Email from D. Armstrong to C. Brooks, et al. re Signed audit report 2018 | | | | |
| 752 | 7/24/2019 Letter from M. Moroski to S. McTopy re Request for Inspection of Books and Records under Section 1601 | | | | |
| 753 | 8/9/2019 Letter from S. McTopy to M. Moroski re Request for Inspection of Books and Records of ATA Under Corporations Code Section 1601 | | | | |
| 754 | 8/29/2019 Email from K. Van Steenwyk to J. Weintraub re Gold Medal Wine Club feature | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 755 | 9/12/2019 Letter from M. Moroski to S. McTopy re Request for Inspection of Books | | | | |
| 756 | 9/20/2019 Letter from M. Moroski to R. Ogden re Request for Inspection of Books | | | | |
| 757 | 10/2/2019 Email from M. & S. Whitener to Service Desk, et al. re Shirley Whitener AP request | | | | |
| 758 | 10/25/2019 Email from S. Jones and M. Epperson re Job Descriptions & PCN | | | | |
| 759 | 10/28/2019 Email from J. Radeski to D. Carter and D. Flora re Tractors | | | | |
| 760 | 10/29/2019 Email from J. Radeski to D. Carter and D. Flora re Tractors | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 761 | 11/6/2019 Email from S. Jones to D. Flora re 2020 Cap Ex Budget Adelaida | | | | |
| 762 | 11/13/2019 Email from C. Grieve to D. Ramnarace re Monthly Report / IT - Nov 2019 | | | | |
| 763 | 11/22/2019 Email from B. Van Steenwyk to M. Van Steenwyk re Natural Gas Cooperation in the Eastern Med | | | | |
| 764 | 11/22/2019 Email from K. Browne to D. Flora and K. Duggan re AUC for ATAR | | | | |
| 765 | 11/22/2019 Letter from M. Moroski to R. Ogden re Request for Inspection of Books and Records of ATA Under Corporations Code Section 1601; Demand For Corrective Action Under Corporations Code Section 800. | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 766 | 12/12/2019 Email from D. Carter to K. Van Steenwyk re Written Consent Requested | | | | |
| 767 | 1/16/2020 Email from D. Flora to J. Radeski re AUC for ATAR | | | | |
| 768 | 2/10/2020 Email from G. Bennett to D. Armstrong, et al. re Tax Expense Summary | | | | |
| 769 | 2/10/2020 Email from J. Radeski to D. Flora re Update | | | | |
| 770 | 3/6/2020 Email from K. Butts to N. Williams re Meet me at the house in 15 minutes | | | | |
| 771 | 3/13/2020 Email from K. Duggan to D. Armstrong and D. Carter re ATAR Financial Discussion | | | | |
| 772 | 3/16/2020 Email from D. Armstrong to P. Longorio re ATAR Financial Review.xlsx | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 773 | 3/16/2020 Email from D. Armstrong to P. Longorio re ATAR Financial Review.xlsx | | | | |
| 774 | 3/19/2020 Email from K. Duggan to D. Carter re Can you tell me what those balances were? | | | | |
| 775 | 3/25/2020 Email from D. Flora to J. Radeski re ALL-R % split | | | | |
| 776 | 4/7/2020 Email from P. Longorio to K. Duggan, et al. re ATA Ranches | | | | |
| 777 | 4/27/2020 Email from D. Flora to J. Radeski re Q1 2020 Financial Statements | | | | |
| 778 | 4/27/2020 Email from D. Flora to J. Radeski re Q1 2020 Financial Statements | | | | |

111

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 779 | 5/14/2020 Interoffice memo from The Board of Directors of SDI and ATA to Shareholders re Leadership Change | | | | |
| 780 | 5/16/2020 Email from B. Hawkinson to K. Van Steenwyk and P. Pierce re Thanks | | | | |
| 781 | 5/18/2020 Email from D. Flora to E. Flora re JPMC Bank - updating signers | | | | |
| 782 | 6/9/2020 Email from P. Pierce to J. Duplantis, et al. re NDA from Scientific Drilling | | | | |
| 783 | 8/1/2020 Email from J. Radeski to K. Van Steenwyk and L. Duggan re Weekly Communication from Pam Pierce | | | | |
| 784 | 8/4/2020 Email from J. Radeski to D. Flora re Kedrin questions | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 785 | 8/7/2020 Email from P. Pierce to K. Van Steenwyk re Great video of adelaida | | | | |
| 786 | 8/24/2020 Email from D. Carter to K. Duggan re bill payment for lot line adjustment on Hilltop | | | | |
| 787 | 9/6/2020 Email from K. Van Steenwyk to J. Radeski re Documents or Signature | | | | |
| 788 | 9/22/2020 Email from K. Duggan to D. Flora, et al. re Additional Requests | | | | |
| 789 | 9/25/2020 Email from B. Van Steenwyk to M. Van Steenwyk re Voting Shares for Resolution | | | | |
| 790 | 9/25/2020 Letter from D. Carter to B. Van Steenwyk re Directors Election | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 791 | 9/28/2020 Email from B. Van Steenwyk to M. Van Steenwyk re What I Said to Dan Carter | | | | |
| 792 | 9/28/2020 Email from D. Flora to K. Duggan and Y. Obleton re Note Payments | | | | |
| 793 | 10/9/2020 Email from K. Van Steenwyk to J. Kelly and L. Duggan re For Joe and Stephanie | | | | |
| 794 | 10/19/2020 Email from K. Duggan to P. Pierce re RWW Adjustments | | | | |
| 795 | 11/20/2020 Email from K. Duggan to K. Van Steenwyk and L. Duggan re 4Q2012 | | | | |
| 796 | 11/23/2020 Email from J. Radeski to B. Van Steenwyk re Time for a quick call? | | | | |
| 797 | 12/8/2020 Email from D. Carter to K. Van Steenwyk re Dusi Family Contact | | | | |

114

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 798 | 1/15/2021 Email from T. Woodward to J. Ahern re Matt's lawsuit | | | | |
| 799 | 2/15/2021 Email from J. Radeski to K. Van Steenwyk and L. Duggan re Q4 2020 Financials For Board Meeting | | | | |
| 800 | 6/25/2021 Letter from M. Van Steenwyk to Directors of SDI and ATA re ATA Ranches | | | | |
| 801 | 6/28/2021 Email from D. Carter to M. Van Steenwyk, et al. re Your Letter | | | | |
| 802 | 8/17/2021 Letter from B. Van Steenwyk to SDI Board re Matt van Steenwyk vs SDI et al | | | | |
| 803 | 12/10/2021 Memo from D. Carter to Shareholders re Special Cash Dividend | | | | |
| 804 | [No Date] Letter from W. Wade with Mission Statement & 2011 Code of Conduct | | | | |

115

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 805 | Notes | | | | |
| 806 | Notes | | | | |
| 807 | SDI Speaking Up Memo | | | | |
| 808 | Undated Memo re our phone conversation this morning | | | | |
| 809 | RESERVED | | | | |
| 810 | RESERVED | | | | |
| 811 | RESERVED | | | | |
| 812 | RESERVED | | | | |
| 813 | RESERVED | | | | |
| 814 | RESERVED | | | | |
| 815 | RESERVED | | | | |
| 816 | RESERVED | | | | |
| 817 | RESERVED | | | | |
| 818 | RESERVED | | | | |
| 819 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 820 | RESERVED | | | | |
| 821 | RESERVED | | | | |
| 822 | RESERVED | | | | |
| 823 | RESERVED | | | | |
| 824 | RESERVED | | | | |
| 825 | RESERVED | | | | |
| 826 | RESERVED | | | | |
| 827 | RESERVED | | | | |
| 828 | RESERVED | | | | |
| 829 | 5/3/2011 Adelaida Cellars Board of Directors' Meeting Minutes | | | | |
| 830 | 7/2/2012 Minutes of Adelaida Cellars Board Meeting | | | | |
| 831 | 11/23/2015 Adelaida Board Meeting | | | | |

117

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 832 | 8/31/2016 Adelaida August 30-31 2016 Financial Summit Agenda | | | | |
| 833 | 8/31/2016 Adelaida Board of Directors Meeting Minutes | | | | |
| 834 | 10/25/2016 Adelaida Tax Planning Meeting Agenda | | | | |
| 835 | 11/2/2016 Adelaida Board of Directors Meeting Minutes | | | | |
| 836 | 11/2/2016 Adelaida Q4 Board of Directors Meeting | | | | |
| 837 | 3/9/2017 Adelaida Board of Directors Meeting Minutes | | | | |
| 838 | 6/21/2017 Adelaida Board Meeting Agenda | | | | |
| 839 | 6/21/2017 Adelaida Board of Directors Meeting Minutes | | | | |
| 840 | 6/21/2017 Adelaida Meeting Notes - Board Meeting | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 841 | 9/14/2017 Adelaida Board of Directors Meeting Minutes | | | | |
| 842 | 9/14/2017 Adelaida Meeting Notes - Department Update & Brainstorm Meetings | | | | |
| 843 | 11/29/2017 Adelaida Meeting Notes - Department Update | | | | |
| 844 | 11/30/2017 Adelaida Board Meeting - Action Items | | | | |
| 845 | 11/30/2017 Adelaida Board of Directors Meeting Minutes | | | | |
| 846 | 2/12/2018 Adelaida Meeting Notes - Department Update | | | | |
| 847 | 2/13/2018 Adelaida Board Meeting | | | | |
| 848 | 2/13/2018 Adelaida Board of Directors Meeting Minutes | | | | |
| 849 | 5/10/2018 Adelaida Board Meeting Minutes | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 850 | 5/17/2018 Adelaida Written Consent of Sole Stockholder in Lieu of a Special Meeting | | | | |
| 851 | 8/2/2018 SDI Board Meeting 3 Agenda | | | | |
| 852 | 8/7/2018 Adelaida Board of Directors Meeting Minutes | | | | |
| 853 | 9/30/2018 Adelaida Financial Performance Q3 2018 | | | | |
| 854 | 10/31/2018 Supplemental Notes to Adelaida Income Statement | | | | |
| 855 | 11/15/2018 Adelaida Q3_2018 Financial Performance | | | | |
| 856 | 12/31/2018 Adelaida Financial Performance Q4 2018 | | | | |
| 857 | 12/31/2018 Adelaida Financial Performance Report- Q4 | | | | |
| 858 | 3/1/2019 Adelaida Board of Directors Meeting Minutes | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 859 | 9/30/2019 Adelaida Comparative Income Statement YTD September 30, 2019 and 2018 | | | | |
| 860 | 12/31/2019 Adelaida Comparative Income Statement YTD December 2019 and 2018 | | | | |
| 861 | 2/27/2020 Adelaida Board of Directors Meeting Minutes | | | | |
| 862 | 3/31/2020 Adelaida Comparative Income Statement YTD March 31, 2020 and 2019 | | | | |
| 863 | 4/30/2020 Adelaida Comparative Income Statement YTD April 2020 and 2019 | | | | |
| 864 | 10/16/2020 Adelaida Executive Session Meeting Agenda | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 865 | 11/30/2020 Adelaida Comparative Income Statement YTD November 30, 2020 and 2019 | | | | |
| 866 | 12/31/2020 Adelaida Comparative Income Statement YTD December 31, 2020 and 2019 | | | | |
| 867 | Spreadsheet 2020 Adelaida Admin IT Capital Expenditure Budget and Q3_2019 | | | | |
| 868 | RESERVED | | | | |
| 869 | RESERVED | | | | |
| 870 | RESERVED | | | | |
| 871 | RESERVED | | | | |
| 872 | RESERVED | | | | |
| 873 | RESERVED | | | | |
| 874 | RESERVED | | | | |
| 875 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 876 | RESERVED | | | | |
| 877 | RESERVED | | | | |
| 878 | 1/1/2011 SDI & ATA Joint Written Consent of Class A Shareholder in Lieu of an Annual Meeting - Executed | | | | |
| 879 | 10/25/2012 Board of Directors Minutes | | | | |
| 880 | 1/22/2013 SDI Board Meeting Minutes | | | | |
| 881 | 4/30/2013 SDI and ATA Board Meeting Minutes | | | | |
| 882 | 7/25/2013 SDI BOD Minutes | | | | |
| 883 | 4/29/2014 SDI/ATA Minutes of the Boards of Directors Meeting | | | | |
| 884 | 7/22/2014 SDI Compensation Committee Report | | | | |
| 885 | 7/22/2014 SDI/ATA Minutes of Board of Directors' Meeting | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 886 | 2/15/2015 SDI 2014 Review and 2015 Budget Proposal | | | | |
| 887 | 7/29/2015 BOD Minutes | | | | |
| 888 | 7/29/2015 SDI Q2 2015 Board Review | | | | |
| 889 | 11/10/2015 SDI Q3 2015 Board Review | | | | |
| 890 | 11/10/2015 SDI/ATA Minutes of Boards of Directors' Meeting Minutes | | | | |
| 891 | 1/27/2016 SDI Audit Committee Meeting 1 | | | | |
| 892 | 1/27/2016 SDI Board Meeting 1 | | | | |
| 893 | 1/27/2016 SDI Compensation Committee Meeting 1 | | | | |
| 894 | 2/25/2016 SDI Jan. 2016 CEO Report to the BOD | | | | |

124

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 895 | 3/17/2016 SDI February 2016 Results Review: Executive Committee Report to Management | | | | |
| 896 | 3/31/2016 SDI Q1 Board Presentation | | | | |
| 897 | 5/20/2016 SDI April 2016 Results Review: Management report to the BOD | | | | |
| 898 | 7/27/2016 Audit Committee Meeting | | | | |
| 899 | 7/28/2016 SDI/ATA Agenda for Board of Directors Meeting 3 | | | | |
| 900 | 8/18/2016 July 2016 Monthly CEO Report to the BOD | | | | |
| 901 | 8/18/2016 SDI July 2016 Results Review: Management report to the BOD | | | | |
| 902 | 9/22/2016 SDI Aug 2016 Results Review | | | | |

125

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 903 | 11/1/2016 SDI/ATA Agenda for Audit Committee Meeting | | | | |
| 904 | 11/1/2016 SDI/ATA Agenda for Board of Directors Meeting 4 | | | | |
| 905 | 11/1/2016 SDI/ATA Minutes of Boards of Directors' Meeting | | | | |
| 906 | 11/18/2016 SDI Oct 2016 Results Review | | | | |
| 907 | 2/8/2017 SDI Board Meeting 1 | | | | |
| 908 | 2/16/2017 SDI January 2017 Results Review, Management report to the BOD | | | | |
| 909 | 3/21/2017 SDI February 2017 Results Review Management Report to the Board of Directors | | | | |
| 910 | 5/2/2017 SDI ATC Ranch Restructuring Report | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 911 | 7/20/2017 SDI YTD June 2017 Results Review, Management Report to the BOD | | | | |
| 912 | 8/3/2017 SDI Board Meeting 3 | | | | |
| 913 | 8/22/2017 SDI YTD July 2017 Results Review, Management Report to BOD | | | | |
| 914 | 9/21/2017 SDI YTD August 2017 Results Review, Management Report to BOD | | | | |
| 915 | 10/19/2017 SDI YTD September 2017 Results Review, Management Report to BOD | | | | |
| 916 | 11/1/2017 SDI Audit Committee Meeting | | | | |
| 917 | 11/1/2017 SDI Board Meeting 4 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 918 | 11/1/2017 SDI/ATA Minutes of Boards of Directors' Meeting | | | | |
| 919 | 11/16/2017 SDI YTD October 2017 Results Review, Executive Committee Report to the BOD | | | | |
| 920 | 12/21/2017 SDI YTD November 2017 Results Review, Management Report to the BOD | | | | |
| 921 | 2/16/2018 Mtg Minutes (special committee) | | | | |
| 922 | 2/16/2018 SDI Board Meeting 1 Slides | | | | |
| 923 | 2/16/2018 SDI Board Meeting 5 Slides | | | | |
| 924 | 3/21/2018 SDI YTD February 2018 Results Review, Management Report to BOD | | | | |
| 925 | 5/2/2018 SDI Board Meeting 2 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 926 | 5/2/2018 SDI BOD Minutes | | | | |
| 927 | 5/18/2018 SDI YTD April 2018 Results Review, Management report to the BOD | | | | |
| 928 | 6/20/2018 SDI YTD May 2018 Results Review, Management report to the BOD | | | | |
| 929 | 7/16/2018 ATAR Unanimous Written Consent | | | | |
| 930 | 7/19/2018 SDI YTD June 2018 Results Review, Management Report to the BOD | | | | |
| 931 | 7/31/2018 SDI/ATA Agenda for Board of Directors Meeting | | | | |
| 932 | 8/1/2018 SDI Audit Committee Meeting | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 933 | 8/31/2018 SDI Project Satellite Management Presentation | | | | |
| 934 | 10/18/2018 SDI YTD September 2018 Results Review, Management Report to the BOD | | | | |
| 935 | 11/8/2018 ATA Audit Committee Minutes | | | | |
| 936 | 11/8/2018 SDI Audit Committee Meeting | | | | |
| 937 | 11/8/2018 SDI Board Meeting 4 | | | | |
| 938 | 11/9/2018 SDI/ATA Minutes of Boards of Directors' Meeting | | | | |
| 939 | 11/18/2018 ATA Written Consent Contribution Agreement and McCoy Indemnification | | | | |

130

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 940 | 2/26/2019 SDI/ATA Agenda for Board of Directors Meeting | | | | |
| 941 | 5/8/2019 SDI BOD Minutes | | | | |
| 942 | 5/8/2019 SDI/ATA Agenda for Board of Directors Meeting | | | | |
| 943 | 7/31/2019 SDI BOD Minutes | | | | |
| 944 | 11/5/2019 SDI/ATA Minutes of Audit Committee Meeting | | | | |
| 945 | 11/6/2019 SDI BOD Minutes | | | | |
| 946 | 11/6/2019 SDI/ATA Agenda for Board of Directors Meeting | | | | |
| 947 | 11/13/2019 SDI - IT Corporate Administration Monthly Report - Leadership Update Oct 2019 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 948 | 12/13/2019 SDI - IT Corporate Administration Monthly Report - Leadership Update Dec 2019 | | | | |
| 949 | 2/17/2020 SDI & ATA Audit Committee Meeting Minutes | | | | |
| 950 | 2/17/2020 SDI Audit Committee Meeting | | | | |
| 951 | 2/18/2020 SDI BOD Minutes | | | | |
| 952 | 2/18/2020 SDI/ATA Agenda for Board of Directors Meeting | | | | |
| 953 | 3/20/2020 SDI BOD Minutes | | | | |
| 954 | 4/30/2020 2nd Quarter 2020 SDI Audit Committee Meeting | | | | |
| 955 | 5/6/2020 SDI BOD Minutes | | | | |
| 956 | 5/28/2020 SDI BOD Minutes | | | | |
| 957 | 7/6/2020 SDI Board Meeting Minutes | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 958 | 9/10/2020 SDI BOD Minutes | | | | |
| 959 | 9/30/2020 SDI 3Q 2020 Audit Committee Meeting | | | | |
| 960 | 11/20/2020 Adelaida Funding Proposal | | | | |
| 961 | 11/20/2020 Proposal to Acquire | | | | |
| 962 | 8/20/2021 SDI Board Meeting Minutes | | | | |
| 963 | 8/20/2021 SDI Board of Directors Meeting Agenda slides | | | | |
| 964 | 5/17/2022 SDI Q2 2022 Audit Committee Meeting | | | | |
| 965 | 5/17/2022 SID Q2 2022 Compensation Committee Meeting | | | | |
| 966 | 5/18/2022 SDI Q2 2022 Board of Directors Meeting | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 967 | 2020 Q2 Audit Committee Meeting Slides | | | | |
| 968 | 2020 Q2 Audit Committee Meeting Slides | | | | |
| 969 | 2020 Q2 Audit Committee Meeting Slides | | | | |
| 970 | 2020 Q2 SDI Audit Committee Meeting | | | | |
| 971 | 2020 Q2 SDI Board of Directors Meeting | | | | |
| 972 | 2020 Q2 SDI Board of Directors Special Meeting | | | | |
| 973 | 2020 Q3 SDI Audit Committee Meeting | | | | |
| 974 | 2020 Q3 SDI Board Meeting | | | | |
| 975 | 2020 Q3 SDI Board Meeting | | | | |
| 976 | 2020 Q3 SDI Board Meeting | | | | |
| 977 | 2020 Q3 SDI Board Meeting | | | | |
| 978 | 2020 Q3 SDI Board Meeting | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 979 | 2020 Q3 SDI Board Meeting | | | | |
| 980 | 2020 Q3 SDI Board Meeting | | | | |
| 981 | 2020 Q3 SDI Board Meeting | | | | |
| 982 | 00/00/2021 SDI 2021 Annual Audit Review | | | | |
| 983 | Powerpoint Adelaida Funding Proposal | | | | |
| 984 | RESERVED | | | | |
| 985 | RESERVED | | | | |
| 986 | RESERVED | | | | |
| 987 | RESERVED | | | | |
| 988 | RESERVED | | | | |
| 989 | RESERVED | | | | |
| 990 | RESERVED | | | | |
| 991 | RESERVED | | | | |
| 992 | RESERVED | | | | |
| 993 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 994 | RESERVED | | | | |
| 995 | RESERVED | | | | |
| 996 | RESERVED | | | | |
| 997 | RESERVED | | | | |
| 998 | RESERVED | | | | |
| 999 | 12/31/2012 KMBG WF Bank Statement | | | | |
| 1000 | 1/31/2013 Wells Fargo KMBG Construction Acct. | | | | |
| 1001 | 2/28/2013 ATA WF Bank Statement | | | | |
| 1002 | 2/28/2013 KMBG WF Bank Statement | | | | |
| 1003 | 3/31/2013 ATA WF Bank Statement | | | | |
| 1004 | 3/31/2013 KMBG WF Bank Statement | | | | |
| 1005 | 4/30/2013 ATA WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1006 | 4/30/2013 KMBG WF Bank Statement | | | | |
| 1007 | 5/31/2013 ATA WF Bank Statement | | | | |
| 1008 | 5/31/2013 KMBG WF Bank Statement | | | | |
| 1009 | 6/30/2013 ATA WF Bank Statement | | | | |
| 1010 | 6/30/2013 KMBG WF Bank Statement | | | | |
| 1011 | 7/31/2013 ATA WF Bank Statement | | | | |
| 1012 | 7/31/2013 KMBG WF Bank Statement | | | | |
| 1013 | 8/31/2013 ATA WF Bank Statement | | | | |
| 1014 | 8/31/2013 KMBG WF Bank Statement | | | | |
| 1015 | 9/30/2013 ATA WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1016 | 9/30/2013 KMBG WF Bank Statement | | | | |
| 1017 | 10/31/2013 ATA WF Bank Statement | | | | |
| 1018 | 10/31/2013 KMBG WF Bank Statement | | | | |
| 1019 | 11/30/2013 ATA WF Bank Statement | | | | |
| 1020 | 11/30/2013 KMBG WF Bank Statement | | | | |
| 1021 | 12/31/2013 ATA WF Bank Statement | | | | |
| 1022 | 12/31/2013 KMBG WF Bank Statement | | | | |
| 1023 | 1/31/2014 ATA WF Bank Statement | | | | |
| 1024 | 1/31/2014 KMBG WF Bank Statement | | | | |
| 1025 | 2/28/2014 ATA WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1026 | 2/28/2014 KMBG WF Bank Statement | | | | |
| 1027 | 3/31/2014 ATA WF Bank Statement | | | | |
| 1028 | 3/31/2014 KMBG WF Bank Statement | | | | |
| 1029 | 4/30/2014 ATA WF Bank Statement | | | | |
| 1030 | 4/30/2014 KMBG WF Bank Statement | | | | |
| 1031 | 5/31/2014 ATA WF Bank Statement | | | | |
| 1032 | 5/31/2014 KMBG WF Bank Statement | | | | |
| 1033 | 6/30/2014 ATA WF Bank Statement | | | | |
| 1034 | 6/30/2014 KMBG WF Bank Statement | | | | |
| 1035 | 7/31/2014 ATA WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 1036 | 7/31/2014 KMBG WF Bank Statement | | | | |
| 1037 | 8/31/2014 ATA WF Bank Statement | | | | |
| 1038 | 8/31/2014 KMBG WF Bank Statement | | | | |
| 1039 | 9/30/2014 ATA WF Bank Statement | | | | |
| 1040 | 9/30/2014 KMBG WF Bank Statement | | | | |
| 1041 | 10/31/2014 ATA WF Bank Statement | | | | |
| 1042 | 10/31/2014 KMBG WF Bank Statement | | | | |
| 1043 | 11/30/2014 ATA WF Bank Statement | | | | |
| 1044 | 11/30/2014 KMBG WF Bank Statement | | | | |
| 1045 | 12/31/2014 ATA WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1046 | 12/31/2014 KMBG WF Bank Statement | | | | |
| 1047 | 01/31/2015 ATA WF Bank Statement | | | | |
| 1048 | 01/31/2015 KMBG WF Bank Statement | | | | |
| 1049 | 2/28/2015 ATA WF Bank Statement | | | | |
| 1050 | 2/28/2015 KMBG WF Bank Statement | | | | |
| 1051 | 3/31/2015 ATA WF Bank Statement | | | | |
| 1052 | 3/31/2015 KMBG WF Bank Statement | | | | |
| 1053 | 4/30/2015 ATA WF Bank Statement | | | | |
| 1054 | 4/30/2015 KMBG WF Bank Statement | | | | |
| 1055 | 5/31/2015 ATA WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1056 | 5/31/2015 KMBG WF Bank Statement | | | | |
| 1057 | 6/30/2015 ATA WF Bank Statement | | | | |
| 1058 | 6/30/2015 KMBG WF Bank Statement | | | | |
| 1059 | 7/31/2015 ATA WF Bank Statement | | | | |
| 1060 | 7/31/2015 KMBG WF Bank Statement | | | | |
| 1061 | 8/31/2015 KMBG WF Bank Statement | | | | |
| 1062 | 9/30/2015 ATA WF Bank Statement | | | | |
| 1063 | 9/30/2015 KMBG WF Bank Statement | | | | |
| 1064 | 10/31/2015 ATA WF Bank Statement | | | | |
| 1065 | 10/31/2015 KMBG WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1066 | 11/30/2015 ATA WF Bank Statement | | | | |
| 1067 | 11/30/2015 KMBG WF Bank Statement | | | | |
| 1068 | 12/31/2015 ATA WF Bank Statement | | | | |
| 1069 | 12/31/2015 KMBG WF Bank Statement | | | | |
| 1070 | 1/31/2016 WF Bank Statement | | | | |
| 1071 | 2/29/2016 ATA WF Bank Statement | | | | |
| 1072 | 3/31/2016 ATA WF Bank Statement | | | | |
| 1073 | 4/30/2016 ATA WF Bank Statement | | | | |
| 1074 | 5/31/2016 ATA WF Bank Statement | | | | |
| 1075 | 11/30/2018 Wells Fargo Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 1076 | 1/31/2019 JPMC Bank Statement | | | | |
| 1077 | 2/28/2019 JPMC Bank Statement | | | | |
| 1078 | 3/29/2019 JPMC Bank Statement | | | | |
| 1079 | 4/30/2019 JPMC Bank Statement | | | | |
| 1080 | 5/31/2019 JPMC Bank Statement | | | | |
| 1081 | 9/30/2019 JPMC Bank Statement | | | | |
| 1082 | 10/31/2019 JPMC Bank Statement | | | | |
| 1083 | 11/29/2019 JPMC Bank Statement | | | | |
| 1084 | 12/3/2019 JPMC Bank Statement | | | | |
| 1085 | 12/31/2019 JPMC Bank Statement | | | | |

144

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1086 | 1/31/2020 JPMC Bank Statement | | | | |
| 1087 | 2/28/2020 JPMC Bank Statement | | | | |
| 1088 | 8/31/2020 JPMC Bank Statement | | | | |
| 1089 | 1/31/2021 WF Bank Statement | | | | |
| 1090 | 2/28/2021 ATA WF Bank Statement | | | | |
| 1091 | 3/31/2021 ATA WF Bank Statement | | | | |
| 1092 | 4/30/2021 ATA WF Bank Statement | | | | |
| 1093 | 5/28/2021 JPMC Bank Statement | | | | |
| 1094 | 5/31/2021 ATA WF Bank Statement | | | | |
| 1095 | RESERVED | | | | |
| 1096 | RESERVED | | | | |

145

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1097 | RESERVED | | | | |
| 1098 | RESERVED | | | | |
| 1099 | RESERVED | | | | |
| 1100 | RESERVED | | | | |
| 1101 | RESERVED | | | | |
| 1102 | RESERVED | | | | |
| 1103 | RESERVED | | | | |
| 1104 | RESERVED | | | | |
| 1105 | 12/31/2012 SDI/ATA Combined Financial Statements | | | | |
| 1106 | 12/31/2013 SDI/ATA Combined Financial Statements | | | | |
| 1107 | 12/31/2017 SDI/ATA Combined Financial Statements | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1108 | 12/31/2019 SDI/ATA Combined Financial Statements - DRAFT | | | | |
| 1109 | 12/31/2020 SDI/ATA Combined Financial Statements | | | | |
| 1110 | RESERVED | | | | |
| 1111 | RESERVED | | | | |
| 1112 | RESERVED | | | | |
| 1113 | RESERVED | | | | |
| 1114 | RESERVED | | | | |
| 1115 | 4/23/1981 Applied Navigation Devices Articles of Incorporation | | | | |
| 1116 | 6/1/1981 By-Laws of Applied Navigation Devices | | | | |
| 1117 | 12/30/1999 ATA By-Laws | | | | |
| 1118 | 3/6/2007 ATA Unanimous Written Consent of the BOD | | | | |

147

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1119 | 10/20/2009 ATA Amended and Restated By-Laws | | | | |
| 1120 | 7/28/2010 ATA Amendment to Amended and Restated By-Laws | | | | |
| 1121 | 5/16/2011 Shareholders' Agreement Pursuant to Settlement and Release Agreement between SDI/ATA and DHV/EAV Trust and Contracting Class B Shareholders | | | | |
| 1122 | 6/19/2011 SDI/ATA Code of Conduct Acknowledgement- Executed by G. Durocher | | | | |
| 1123 | 6/20/2011 SDI/ATA Code of Conduct Acknowledgement- Executed by K. Van Steenwyk | | | | |
| 1124 | 6/20/2011 SDI/ATA Code of Conduct Acknowledgement- Executed by P. Gobe | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1125 | 6/23/2011 SDI/ATA Code of Conduct Acknowledgement-Executed by E. Van Steenwyk | | | | |
| 1126 | 12/27/2011 SDI VHS History of Dividend and Distribution payments made to shareholders 2005-2010 | | | | |
| 1127 | 12/31/2011 SDI/ATA Code of Conduct | | | | |
| 1128 | 12/17/2013 SDI and ATA Class A Shares Succession Chart | | | | |
| 1129 | 09/30/2015 SDI/ATA Succession Governance Proposals | | | | |
| 1130 | 12/15/2015 SDI November 2015 Results Review | | | | |
| 1131 | 12/31/2015 Amortization Schedule with handwritten notes | | | | |
| 1132 | 11/1/2016 Adelaida Tax Planning Strategy | | | | |

149

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1133 | 11/2/2016 Adelaida 2017 Management Incentive Compensation Program | | | | |
| 1134 | 11/30/2018 ATA Ranches Unanimous Written Consent of Directors in Lieu of a Special Meeting | | | | |
| 1135 | 11/30/2018 ATA Ranches Unanimous Written Consent of Directors in Lieu of an Organizational Meeting - Executed | | | | |
| 1136 | 12/5/2018 SDI and ATA Agreement and Plan of Merger REDLINE | | | | |
| 1137 | 12/12/2018 2018-12-12 ATC Ranches - Ballpark Tax Estimate | | | | |
| 1138 | 12/17/2018 SDI/ATA Allocation of Transaction Proceeds by Stout | | | | |
| 1139 | 12/31/2018 Code of Conduct for SDI and Its Affiliates | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1140 | 4/3/2019 State of California Statement of Information, Adelaida Cellars, Inc. | | | | |
| 1141 | 7/12/2019 State of California Statement of Information ATA Ranches, Inc. | | | | |
| 1142 | 11/25/2019 PowerPoint re Shareholder Approval | | | | |
| 1143 | 6/10/2020 California Secretary of State Corporation - Statement of Information for ATA Ranches, Inc. | | | | |
| 1144 | 12/22/2020 California Secretary of State Statement of Information - Adelaida Cellars, Inc. | | | | |
| 1145 | Adelaida Bobcat Vineyard Variety Map | | | | |
| 1146 | Adelaida HMR Ranch Variety Map | | | | |
| 1147 | Adelaida Tir Na NOg Variety Map | | | | |

151

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1148 | Adelaida Viking Vineyard Variety Map | | | | |
| 1149 | Adelaida Vineyard Overview (map) | | | | |
| 1150 | SDI 2018 Code of Conduct | | | | |
| 1151 | Chart of Directors of ATA_SDI Boards 2011-2022 | | | | |
| 1152 | Delegations of Authority to CEO | | | | |
| 1153 | Job Description for IT Specialist (Attachment to ATA-091717) | | | | |
| 1154 | Performance Evaluation of Cameron(Attachment to ATA-091717) | | | | |
| 1155 | SDI Annual Conflict of Interest Disclosure Form | | | | |
| 1156 | SDI Code of Ethics Certification Form | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1157 | SDI U.S. Personnel Change Notice Form Munroe, Cameron (Attachment to ATA-091717) | | | | |
| 1158 | RESERVED | | | | |
| 1159 | RESERVED | | | | |
| 1160 | RESERVED | | | | |
| 1161 | RESERVED | | | | |
| 1162 | RESERVED | | | | |
| 1163 | RESERVED | | | | |
| 1164 | RESERVED | | | | |
| 1165 | RESERVED | | | | |
| 1166 | RESERVED | | | | |
| 1167 | RESERVED | | | | |
| 1168 | RESERVED | | | | |
| 1169 | RESERVED | | | | |
| 1170 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1171 | RESERVED | | | | |
| 1172 | RESERVED | | | | |
| 1173 | 11/1/2017 Axis Excess Liability Policy Declarations | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1174 | 11/1/2017 Zurich Revised Definition of Spouse Endorsement WC 9827091-06 | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1175 | 11/1/2017 Zurich Revised Definition of Spouse Policy BAP 9827090-06 | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1176 | 11/1/2017 Zurich Revised Definition of Spouse Policy GLO 9827089-06 | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1177 | 3/31/2018 Axis Insurance Company - Excess Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |

154

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1178 | 3/31/2018 Illinois National Insurance Company Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1179 | 3/31/2018 Zurich Excess Select Insurance Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1180 | 3/31/2018 Zurich Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1181 | 6/4/2018 Navigators Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1182 | 3/31/2019 Amend Definition of Subsidiary - Navigators Insurance Company | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1183 | 10/15/2019 Email from D. Liberty to Y. Livingston re SDI Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE 403); Improper Use Of Insurance (FRE 411); Hearsay (FRE 801-802) | | |
| 1184 | 10/21/2019 Email from I. Lozano to Zurich and Navigators re claims | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE 403); Improper Use Of Insurance (FRE 411); Hearsay (FRE 801-802) | | |
| 1185 | 3/31/2020 Axis Excess Insurance - Declarations | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE 403); Improper Use Of Insurance (FRE 411) | | |
| 1186 | 3/31/2020 Freedom Specialty Insurance Company Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE 403); Improper Use Of Insurance (FRE 411) | | |
| 1187 | 3/31/2020 Navigators Insurance Company Policy | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE 403); Improper Use Of Insurance (FRE 411) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1188 | 3/29/2021 Navigators Pro Temporary and Conditional Binder | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Use Of Insurance (FRE 411) | | |
| 1189 | RESERVED | | | | |
| 1190 | RESERVED | | | | |
| 1191 | RESERVED | | | | |
| 1192 | RESERVED | | | | |
| 1193 | RESERVED | | | | |
| 1194 | 7/15/2002 Restatement of the 1996 Revocable Trust | | | | |
| 1195 | 10/7/2002 First Amendment to Declaration of Trust | | | | |
| 1196 | 4/9/2012 Will of Elizabeth Van Steenwyk 2012 | | | | |
| 1197 | 5/5/2012 Restatement of the Survivor's Trust | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1198 | 5/5/2012 Uniform Statutory Form Power of Attorney E. Van Steenwyk appointing K. Van Steenwyk and B. Van Steenwyk | | | | |
| 1199 | 6/4/2012 Advance Health Care Directive | | | | |
| 1200 | 11/5/2013 First Amendment to Restated Declaration of Trust | | | | |
| 1201 | EVS List of Open Items | | | | |
| 1202 | Undated Ownership Percentages ? | | | | |
| 1203 | RESERVED | | | | |
| 1204 | RESERVED | | | | |
| 1205 | RESERVED | | | | |
| 1206 | RESERVED | | | | |
| 1207 | RESERVED | | | | |
| 1208 | 3/12/2012 Walnut Purchase Agreement between KMBG and Crain of California | | | | |

158

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1209 | 12/20/2012 Promissory Note between ATA to SDI for $2,853,423.00 | | | | |
| 1210 | 1/22/2013 Promissory Note between KMBG and ATA for $3,105,128.00 | | | | |
| 1211 | 1/22/2013 Stock Purchase Agreement between ATA and KMBG | | | | |
| 1212 | 6/9/2016 2016 ATA First Amendment to Municipal Airport Property Lease | | | | |
| 1213 | 6/9/2016 2016 ATA Termination of Lease with The City of El Paso Robles | | | | |
| 1214 | 4/30/2018 Promissory Note between Adelaida and KMBG for $1,845,342.42 | | | | |
| 1215 | 4/30/2018 Promissory Note between KMBG and 1996 Trust for $4,600,000.00 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1216 | 4/30/2018 Promissory Note between KMBG K. Van Steenwyk agent for E. Van Steenwyk for $2,025,200.00 | | | | |
| 1217 | 11/19/2018 SDI Chase Consent | | | | |
| 1218 | 11/30/2018 General Conveyance, Assignment and Bill of Sale between ATA and ATA Ranches | | | | |
| 1219 | 11/30/3018 ATAR Quitclaim Deed | | | | |
| 1220 | RESERVED | | | | |
| 1221 | RESERVED | | | | |
| 1222 | RESERVED | | | | |
| 1223 | RESERVED | | | | |
| 1224 | RESERVED | | | | |
| 1225 | 7/31/2015 Invoice from ACIJET to Applied Technologies Flight/SDI | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1226 | 12/31/2016 Summary of Grapes Adelaida Purchased 2016 from ATAR | | | | |
| 1227 | 7/1/2017 Invoice from SDI to Adelaida Cellars re service fee | | | | |
| 1228 | RESERVED | | | | |
| 1229 | RESERVED | | | | |
| 1230 | RESERVED | | | | |
| 1231 | RESERVED | | | | |
| 1232 | RESERVED | | | | |
| 1233 | RESERVED | | | | |
| 1234 | RESERVED | | | | |
| 1235 | RESERVED | | | | |
| 1236 | RESERVED | | | | |
| 1237 | RESERVED | | | | |
| 1238 | 12/20/2013 SDI Pay Stub for D. Carter | | | | |

161

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1239 | 6/30/2014 Errata to the Grape Crush Report Crop Year 2013 | | | | |
| 1240 | 3/10/2015 Grape Crush Report Final 2014 | | | | |
| 1241 | 12/31/2015 SDI Pay Stub for E. Van Steenwyk | | | | |
| 1242 | 12/31/2015 SDI Pay Stub for G. Durocher | | | | |
| 1243 | 12/31/2015 SDI Pay Stub for J. McCoy | | | | |
| 1244 | 12/31/2015 SDI Pay Stub for K. Van Steenwyk | | | | |
| 1245 | 12/31/2015 SDI Pay Stub for P. Gobe | | | | |
| 1246 | 12/31/2015 SDI Pay Stub for P. Longorio | | | | |
| 1247 | 12/31/2015 SDI Pay Stub for P. Pierce | | | | |
| 1248 | 3/10/2016 Grape Crush Report Final 2015 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1249 | 5/4/2016 Report Jonathan Mueller, MD Neuropsychiatric Profile | | | | |
| 1250 | 8/17/2016 Adelaida to Tablas Creek Vineyard - Invoice for $16,632.00 | | | | |
| 1251 | 8/22/2016 Adelaida to Clos Solene - Invoice for $2,760.00 | | | | |
| 1252 | 8/23/2016 Errata to the Grape Crush Report Crop Year 2015 | | | | |
| 1253 | 9/3/2016 Adelaida to Brecon Estate - Invoice for $5,475.00 | | | | |
| 1254 | 9/3/2016 Adelaida to Copia Vineyards - Invoice for $2,520.00 | | | | |
| 1255 | 9/6/2016 Adelaida to Tablas Creek Vineyard - Invoice for $17,380.00 | | | | |
| 1256 | 9/8/2016 Adelaida to Booker Wines - Invoice for $12,425.00 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1257 | 9/8/2016 Adelaida to Booker Wines - Invoice for $6,790.00 | | | | |
| 1258 | 9/9/2016 Adelaida to Balderdash Cellars - Invoice for $4,612.50 | | | | |
| 1259 | 9/20/2016 Adelaida to Four Lanterns - Invoice for $5,400.00 | | | | |
| 1260 | 9/20/2016 Adelaida to Riley Wines - Invoice for $2,670.00 | | | | |
| 1261 | 9/21/2016 Adelaida to Cowgirl Winery - Invoice for $4,110.00 | | | | |
| 1262 | 9/27/2016 Adelaida to Joel Gott Wines - Invoice for $19,156.50 | | | | |
| 1263 | 10/3/2016 Adelaida to 13th and Third Wines - Invoice for $8,610.00 | | | | |
| 1264 | 10/5/2016 Adelaida to Booker Wines - Invoice for $14,480.00 | | | | |

164

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1265 | 10/7/2016 Adelaida to Ledge Vineyards - Invoice for $4,350.00 | | | | |
| 1266 | 10/19/2016 Adelaida to Venteux Vineyards - Invoice for $8,280.00 | | | | |
| 1267 | 11/17/2016 Brecon Estate to Adelaida - Invoice for $34,832.00 | | | | |
| 1268 | 12/31/2016 SDI Pay Stubs for D. Carter for 2014-2016 | | | | |
| 1269 | 3/10/2017 Grape Crush Report Final 2016 | | | | |
| 1270 | 8/25/2017 Errata to the Grape Crush Report Crop Year 2016 | | | | |
| 1271 | 9/5/2017 Adelaida to Balderdash Cellars - Invoice for $12,500.00 | | | | |
| 1272 | 9/5/2017 Adelaida to Clos Solene - Invoice for $7,017.50 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1273 | 9/5/2017 Adelaida to Hearst Ranch Winery - Invoice for $4,549.00 | | | | |
| 1274 | 9/11/2017 Adelaida to Hearst Ranch Winery - Invoice for $6,962.00 | | | | |
| 1275 | 9/11/2017 Adelaida to Kaleidos - Invoice for $5,560.00 | | | | |
| 1276 | 9/17/2017 Adelaida to Bella Luna Estate Winery - Invoice for $10,220.00 | | | | |
| 1277 | 9/19/2017 Adelaida to 13th and Third Wines - Invoice for $7,504.00 | | | | |
| 1278 | 9/19/2017 Adelaida to Clos Solene - Invoice for $1,708.00 | | | | |
| 1279 | 9/21/2017 Adelaida to Lone Madrone - Invoice for $2,640.00 | | | | |
| 1280 | 10/1/2017 Adelaida to Clos Solene - Invoice for $7,280.00 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1281 | 10/1/2017 Adelaida to Halter Ranch - Invoice for $6,860.00 | | | | |
| 1282 | 10/1/2017 Adelaida to Tablas Creek Vineyard - Invoice for $23,650.00 | | | | |
| 1283 | 10/3/2017 Adelaida to Cowgirl Winery - Invoice for $4,830.00 | | | | |
| 1284 | 10/4/2017 Adelaida to Booker Wines - Invoice for $25,305.00 | | | | |
| 1285 | 10/4/2017 Adelaida to Caliza Winery - Invoice for $2,880.50 | | | | |
| 1286 | 10/6/2017 Adelaida to 22 Hundred Cellars - Invoice for $3,020.00 | | | | |
| 1287 | 10/16/2017 Starr Ranch to Adelaida - Invoice for $6,960.00 | | | | |

167

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1288 | 10/18/2017 Adelaida to 13th and Third Wines - Invoice for $9,755.00 | | | | |
| 1289 | 10/18/2017 Adelaida to Cathartes Aura - Invoice for 10,220.00 | | | | |
| 1290 | 10/18/2017 Adelaida to Clos Solene - Invoice for $1,645.00 | | | | |
| 1291 | 10/18/2017 Rangeland Wines to Adelaida - Invoice for $21,892.50 | | | | |
| 1292 | 10/20/2017 Hawks Hill Ranch to Adelaida - Invoice for $23,330.00 | | | | |
| 1293 | 10/21/2017 Will's Hills Vineyard to Adelaida - Invoice for $17,894.80 | | | | |
| 1294 | 10/24/2017 Adelaida to Venteux Vineyards - Invoice for $12,950.00 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1295 | 10/25/2017 Adelaida to Ledge Vineyards - Invoice for $3,645.25 | | | | |
| 1296 | 11/2/2017 Brecon Estate to Adelaida - Invoice for $42,436.50 | | | | |
| 1297 | 12/29/2017 SDI Pay Stub for D.Carter | | | | |
| 1298 | 12/31/2017 Adelaida to 13th and Third Wines - Invoice for $655.00 | | | | |
| 1299 | 3/9/2018 Grape Crush Report Final 2017 | | | | |
| 1300 | 8/31/2018 Errata to the Grape Crush Report Crop Year 2017 | | | | |
| 1301 | 9/8/2018 Adelaida to 13th and Third Wines - Invoice for $3,405.50 | | | | |
| 1302 | 9/17/2018 Adelaida to Ridge Vineyards - Invoice for $82,067.50 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1303 | 9/20/2018 Adelaida to Opolo Wines - Invoice for $12,842.50 | | | | |
| 1304 | 9/25/2018 Adelaida to Clos Solene - Invoice for $13,611.50 | | | | |
| 1305 | 10/9/2018 Adelaida to Joel Gott Wines - Invoice for $31,941.25 | | | | |
| 1306 | 10/31/2018 Adelaida to 13th and Third Wines - Invoice for $11,613.00 | | | | |
| 1307 | 10/31/2018 Adelaida to Clos Solene - Invoice for $3,393.25 | | | | |
| 1308 | 11/20/2018 Brecon Estate to Adelaida - Invoice for $21,336.75 | | | | |
| 1309 | 11/27/2018 Adelaida to Joel Gott Wines - Invoice for $48.14 | | | | |
| 1310 | 11/30/2018 Adelaida to Opolo Wines - Invoice for $19.49 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1311 | 11/30/2018 Adelaida to Ridge Vineyards - Invoice for $124.74 | | | | |
| 1312 | 12/28/2018 SDI Pay Stub for D.Carter | | | | |
| 1313 | 3/14/2019 CHQ Administration - IT Corporate Administration Monthly Report Leadership Update - SDI | | | | |
| 1314 | 4/10/2019 Grape Crush Report Final 2018 | | | | |
| 1315 | 8/16/2019 Errata to the Grape Crush Report Crop Year 2018 | | | | |
| 1316 | 9/5/2019 Adelaida to 13th and Third Wines - Invoice for $5,935.50 | | | | |
| 1317 | 9/5/2019 Adelaida to Ridge Vineyards - Invoice for $9,311.75 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1318 | 9/13/2019 Adelaida to Ridge Vineyards - Invoice for $42,196.00 | | | | |
| 1319 | 9/16/2019 Adelaida to Clos Solene - Invoice for $8,239.50 | | | | |
| 1320 | 9/17/2019 Adelaida to Clos Solene - Invoice for $1,921.50 | | | | |
| 1321 | 9/18/2019 Adelaida to Ridge Vineyards - Invoice for $14,127.75 | | | | |
| 1322 | 9/20/2019 Adelaida to Clos Solene - Invoice for $3,683.25 | | | | |
| 1323 | 10/4/2019 Adelaida to Top Winery - Invoice for $1,935.00 | | | | |
| 1324 | 10/5/2019 Adelaida to 13th and Third Wines - Invoice for $12,154.50 | | | | |
| 1325 | 10/10/2019 Adelaida to Nenow Family Wines - Invoice for $8,032.50 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1326 | 10/21/2019 Adelaida to Clos Solene - Invoice for $5,692.50 | | | | |
| 1327 | 10/22/2019 Adelaida to Aaron Wines - Invoice for $9,537.75 | | | | |
| 1328 | 11/22/2019 Adelaida to Clos Solene - Invoice for $3,662.00 | | | | |
| 1329 | 12/27/2019 SDI Pay Stub for D.Carter | | | | |
| 1330 | 12/31/2019 Adelaida to Ridge Vineyards - Invoice for $66.76 | | | | |
| 1331 | 12/31/2019 Adelaida to Vintage Wine Estates - Invoice for $1.43 | | | | |
| 1332 | 3/5/2020 Check from Adelaida to ATAR Ranches for $502,322.55 | | | | |
| 1333 | 3/10/2020 Grape Crush Report Final 2019 | | | | |
| 1334 | 7/30/2020 Errata to the Grape Crush Report Crop Year 2019 | | | | |

173

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1335 | 9/11/2020 Adelaida to Clos Solene - Invoice for $4,029.75 | | | | |
| 1336 | 9/12/2020 Adelaida to Ridge Vineyards - Invoice for $66,223.50 | | | | |
| 1337 | 9/14/2020 Adelaida to Ridge Vineyards - Invoice for $22,963.50 | | | | |
| 1338 | 9/15/2020 Adelaida to Clos Solene - Invoice for $2,751.25 | | | | |
| 1339 | 12/24/2020 SDI Pay Stub for D.Carter | | | | |
| 1340 | 3/10/2021 Grape Crush Report Final 2020 | | | | |
| 1341 | 5/28/2021 SDI Pay Stub for K. Duggan | | | | |
| 1342 | 7/29/2021 Errata to the Grape Crush Report Crop Year 2020 | | | | |
| 1343 | 10/1/2021 SDI Pay Stub for D.Carter | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1344 | FTI Expert Report - Steven Hazel, Appendix B | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1345 | FTI Expert Report - Steven Hazel, Appendix C | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1346 | FTI Expert Report - Steven Hazel, Schedule 1 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1347 | FTI Expert Report - Steven Hazel, Schedule 10 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1348 | FTI Expert Report - Steven Hazel, Schedule 2 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1349 | FTI Expert Report - Steven Hazel, Schedule 3 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1350 | FTI Expert Report - Steven Hazel, Schedule 4 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 1351 | FTI Expert Report - Steven Hazel, Schedule 5 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1352 | FTI Expert Report - Steven Hazel, Schedule 6 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1353 | FTI Expert Report - Steven Hazel, Schedule 7 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1354 | FTI Expert Report - Steven Hazel, Schedule 8 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1355 | FTI Expert Report - Steven Hazel, Schedule 9 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1356 | 11/19/2021 Allison McLeod Expert Report | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1357 | 11/19/2021 Exhibit 1 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1358 | 11/19/2021 Exhibit 10 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1359 | 11/19/2021 Exhibit 11 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1360 | 11/19/2021 Exhibit 12 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1361 | 11/19/2021 Exhibit 13 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1362 | 11/19/2021 Exhibit 14 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1363 | 11/19/2021 Exhibit 15 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1364 | 11/19/2021 Exhibit 2 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1365 | 11/19/2021 Exhibit 3 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1366 | 11/19/2021 Exhibit 4 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1367 | 11/19/2021 Exhibit 5 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1368 | 11/19/2021 Exhibit 6 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1369 | 11/19/2021 Exhibit 7 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1370 | 11/19/2021 Exhibit 8 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1371 | 11/19/2021 Exhibit 9 to Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1372 | 11/19/2021 William Buckley CV | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1373 | 11/19/2021 William Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1374 | Allison McLeod Expert Report, Attachment 1 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1375 | Allison McLeod Expert Report, Attachment 2 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1376 | Allison McLeod Expert Report, Attachment 3 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1377 | Allison McLeod Expert Report, Attachment 5 | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1378 | 12/7/2021 Print out from Adelaida's Website re Vineyard Descriptions | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 1379 | 3/10/2022 Grape Crush Report Final 2021 | | | | |
| 1380 | 3/25/2022 Expert Report of J. Duross O'Bryan, CPA | | | | |
| 1381 | 4/11/2022 Dr. Bursztajn Timeline | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1382 | 4/28/2022 Exhibit 1 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1383 | 4/28/2022 Exhibit 16 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1384 | 4/28/2022 Exhibit 17 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1385 | 4/28/2022 Exhibit 18 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1386 | 4/28/2022 Exhibit 19 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1387 | 4/28/2022 Exhibit 20 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1388 | 4/28/2022 Exhibit 21 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1389 | 4/28/2022 Exhibit 22 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1390 | 4/28/2022 Exhibit 23 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1391 | 4/28/2022 Exhibit 24 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1392 | 4/28/2022 Exhibit 25 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1393 | 4/28/2022 Exhibit 26 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1394 | 4/28/2022 Exhibit 27 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1395 | 4/28/2022 Exhibit 28 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1396 | 4/28/2022 Exhibit 29 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1397 | 4/28/2022 Exhibit 30 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1398 | 4/28/2022 Exhibit 31 to Buckley Supp. Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1399 | 4/28/2022 Supplemental William Buckley Expert Report re Damages | | Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1400 | Bursztajn HJ, Brodsky S. Forensic mental health practice. In Butcher JN, Hooley JM, Kendall PC, eds. The APA Handbook of Psychopathology. Washington, DC: American Psychological Association Books, 2018:751-766. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1401 | Bursztajn HJ, Feinbloom RI, Hamm RM, Brodsky A. Medical Choices, Medical Chances: How Patients, Families, and Physicians Can Cope With Uncertainty. New York: Delacorte, 1981; New York: Routledge, 1990. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1402 | Bursztajn HJ, Harding HP, Gutheil TG, Brodsky A. Beyond cognition: the role of disordered affective states in impairing competence to consent to treatment. Bull Am Acad Psychiatry Law. 1991;19:383-388. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1403 | Digit Span Testing (fn.35) | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1404 | Fins, J.J., 2018. Mosaic decision making and reemergent agency. Cambridge Quarterly of Healthcare Ethics, 27(1), pp.163-174. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1405 | Heilbrun K, Grisso T, Goldstein A. Foundations of Forensic Mental Health Assessment (Best Practices in Forensic Mental Health Assessment). Oxford University Press, 2008. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1406 | Heilbrun K. Principles of Forensic Mental Health Assessment. New York: Kluwer Academic, 2001. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1407 | Nickerson RS. Confirmation bias: A ubiquitous phenomenon in many guises. Rev Gen Psychology 1998; 2(2):175-220. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1408 | Popper K. The Logic of Scientific Discovery. London: Taylor & Francis Group, 2002. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1409 | Pulvermüller, F. and Berthier, M.L., 2008. Aphasia therapy on a neuroscience basis. Aphasiology, 22(6), pp.563-599. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1410 | Reiser SJ, Bursztajn HJ, Gutheil TG, Appelbaum PS. Divided Staffs, Divided Selves: A Case Approach to Mental Health Ethics. Cambridge, U.K.: Cambridge University Press, 1987. | | Irrelevant (FRE 401-402) Unduly Prejudicial (FRE (403); Improper Expert Opinion (FRE 702-703); Hearsay (FRE 801-802) | | |
| 1411 | Shareholder Distribution Explanation - ATA.docx | | | | |

185

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1412 | RESERVED | | | | |
| 1413 | RESERVED | | | | |
| 1414 | RESERVED | | | | |
| 1415 | RESERVED | | | | |
| 1416 | RESERVED | | | | |
| 1417 | RESERVED | | | | |
| 1418 | RESERVED | | | | |
| 1419 | RESERVED | | | | |
| 1420 | RESERVED | | | | |
| 1421 | RESERVED | | | | |
| 1422 | RESERVED | | | | |
| 1423 | RESERVED | | | | |
| 1424 | RESERVED | | | | |
| 1425 | RESERVED | | | | |
| 1426 | RESERVED | | | | |
| 1427 | RESERVED | | | | |

186

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1428 | RESERVED | | | | |
| 1429 | RESERVED | | | | |
| 1430 | RESERVED | | | | |
| 1431 | RESERVED | | | | |
| 1432 | 12/31/2013 ATA CA Corporation Income Tax Return, Form 100 for 2013 | | | | |
| 1433 | 12/31/2014 ATA CA Corporation Income Tax Return, Form 100 for 2014 | | | | |
| 1434 | 12/31/2014 ATA Income Tax Return 2014 Form 1120 | | | | |
| 1435 | 12/31/2014 ATA Ranches Historical Trial Balance Summary for 2014 | | | | |
| 1436 | 12/31/2014 Spreadsheet ATA Ranches/KMBG Invoice to Adelaida 2014 Harvest Grape Sales | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1437 | 8/31/2015 Spreadsheet SDI Journal Entry Form re LIH Accrual | | | | |
| 1438 | 12/31/2015 Adelaida Cellars Reconciliation of Inventory and LIFO, FYE 2013-2015 | | | | |
| 1439 | 12/31/2015 ATA CA Corporation Income Tax Return, Form 100 for 2015 | | | | |
| 1440 | 12/31/2015 ATA Income Tax Return 2015 Form 1120 | | | | |
| 1441 | 12/31/2015 ATA Ranches Historical Trial Balance Summary for 2015 | | | | |
| 1442 | 12/31/2015 Historic Detailed Trial Balances for 2015 ATA Ranches General Ledger | | | | |
| 1443 | 12/31/2015 Historical Detailed Trial Balance for KMBG Note Receivable for 2015 | | | | |

188

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|----------------|---------------|
| 1444 | 12/31/2015 Historical Trial Balance Summary for 2015 ATA 2010 General Ledger | | | | |
| 1445 | 12/31/2015 KMBG Income Statement and Cash Flow FYE 2015-2017 | | | | |
| 1446 | 12/31/2015 Spreadsheet SDI Sales & Marketing Expenses 2015 | | | | |
| 1447 | 4/6/2016 SDI/ATA Receivable Balances with KMBG & Adelaida as of 12/31/2015 | | | | |
| 1448 | 4/27/2016 SDI/ATA Receivable Balances with KMBG & Adelaida as of 3/31/2016 | | | | |
| 1449 | 6/30/2016 Adelaida Balance Sheet | | | | |
| 1450 | 6/30/2016 Journal Entry re Bad Debt Expense from Adelaida Cellars | | | | |

189

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1451 | 8/9/2016 Amortization Schedule | | | | |
| 1452 | 9/14/2016 Adelaida Cellars Income Tax Returns 2015 | | | | |
| 1453 | 9/14/2016 KMBG Tax Return, 2015 | | | | |
| 1454 | 9/15/2016 Adelaida Income Tax Return 2015 Form 1120 | | | | |
| 1455 | 9/30/2016 Adelaida Annual Balance Sheet | | | | |
| 1456 | 12/31/2016 Adelaida Annual Income Statement & Cash Flow Estimate | | | | |
| 1457 | 12/31/2016 Adelaida Detail Trial Balance 2016 | | | | |
| 1458 | 12/31/2016 ATA CA Corporation Income Tax Return, Form 100 for 2016 | | | | |
| 1459 | 12/31/2016 ATA Income Tax Return 2016 Form 1120 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1460 | 12/31/2016 ATA Ranches Historical Trial Balance Summary for 2016 | | | | |
| 1461 | 12/31/2016 Historic Detailed Trial Balances for 2016 ATA Ranches General Ledger | | | | |
| 1462 | 12/31/2016 Spreadsheet ATAR - Income Statement | | | | |
| 1463 | 7/28/2017 Spreadsheet SDI/ATA Receivable Balances with KMBG & Adelaida as of 6/30/2017 | | | | |
| 1464 | 7/28/2017 Spreadsheet SDI/ATA Receivable Balances with KMBG & Adelaida- Detail list of Monthly Transactions | | | | |
| 1465 | 8/23/2017 Spreadsheet ATA Account Reconciliation | | | | |
| 1466 | 10/24/2017 Spreadsheet ATA Account Reconciliation | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1467 | 12/11/2017 Spreadsheet SDI/ATA Receivable Balances with KMBG & Adelaida as of 9/30/2017 | | | | |
| 1468 | 12/21/2017 $250k payment | | | | |
| 1469 | 12/31/2017 Adelaida Comparative Income Statement 2016 and 2017 (Excel) | | | | |
| 1470 | 12/31/2017 ATA CA Corporation Income Tax Return, Form 100 for 2017 | | | | |
| 1471 | 12/31/2017 ATA Income Tax Return 2017 Form 1120 | | | | |
| 1472 | 12/31/2017 Historic Detailed Trial Balances for 2017 ATA Ranches General Ledger | | | | |
| 1473 | 12/31/2017 KMBG Income Statement and Cash Flow FYE 2017-2018 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1474 | 12/31/2017 SDI Q4 2017 Strategic Plan Project HALO Package - Part of Project Satellite R&D Outputs | | | | |
| 1475 | 1/29/2018 Deposit slip from Wells Fargo re $250k payment | | | | |
| 1476 | 1/31/2018 Adelaida Cellars Income Tax Returns 2016 | | | | |
| 1477 | 1/31/2018 Adelaida Income Tax Return 2016 Form 1120 | | | | |
| 1478 | 2/16/2018 SDI/ATA Receivable Balances with KMBG & Adelaida as of 1/31/2018 | | | | |
| 1479 | 3/28/2018 Deposit Slip from Wells Fargo Account and copy of check | | | | |
| 1480 | 3/30/2018 $1.3 mil BofA payment confirmation | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1481 | 4/12/2018 SDI/ATA Receivable Balances with KMBG & Adelaida as of 3/31/2018 | | | | |
| 1482 | 8/16/2018 Wells Fargo $863k payment | | | | |
| 1483 | 9/30/2018 ATA/SDI Receivables - KMBG & Adelaida | | | | |
| 1484 | 9/30/2018 Spreadsheet KMBG and ATAR Annual Balance Sheets 2015 thru Q3 2018 | | | | |
| 1485 | 10/14/2018 Adelaida Cellars Income Tax Returns 2017 | | | | |
| 1486 | 11/14/2018 Trial Balance by Functional Area | | | | |
| 1487 | 12/31/2018 ATA CA Corporation Income Tax Return, Form 100 for 2018 | | | | |
| 1488 | 12/31/2018 ATA California Corp. or Franchise Income Tax Return 2018 Form 100 | | | | |

194

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1489 | 12/31/2018 ATA Income Tax Return 2018 Form 1120 | | | | |
| 1490 | 12/31/2018 ATAR Balance Sheet | | | | |
| 1491 | 12/31/2018 Historic Detailed Trial Balances for 2018 ATA Ranches General Ledger | | | | |
| 1492 | 12/31/2018 Historical Detailed General Ledger of KMGB Note for 2017 and 2018 | | | | |
| 1493 | 12/31/2018 Spreadsheet ATAR asset registry | | | | |
| 1494 | 12/31/2018 Spreadsheet KMBG Balance Sheet YTD 2017-2018 | | | | |
| 1495 | 12/31/2018 Summary of Grapes Adelaida Purchased 2018 from ATAR | | | | |
| 1496 | 1/10/2019 $70k check | | | | |
| 1497 | 6/13/2019 Trial Balance by Functional Area | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1498 | 6/13/2019 Trial Balance by Functional Area | | | | |
| 1499 | 10/12/2019 Adelaida Cellars Income Tax Returns 2018 | | | | |
| 1500 | 12/31/2019 ATA CA Corporation Income Tax Return, Form 100 for 2019 | | | | |
| 1501 | 12/31/2019 ATA Income Tax Return 2019 Form 1120 | | | | |
| 1502 | 12/31/2019 ATAR Annual Balance SheetYTD 2018 & 2019 | | | | |
| 1503 | 12/31/2019 ATAR Annual Franchise Tax Report State of Delaware | | | | |
| 1504 | 12/31/2019 ATAR Annual Income Statement and Cash Flow Estimate 2018 & 2019 | | | | |
| 1505 | 12/31/2019 Detailed Trial Balance for 2019 ATA Ranches General Ledger | | | | |

196

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1506 | 12/31/2019 KMBG Income Statement and Cash Flow FYE 2019 | | | | |
| 1507 | 12/31/2019 Spreadsheet ATA_ATARanches_2017 Mar to 2019 Dec | | | | |
| 1508 | 12/31/2019 Spreadsheet ATA_ATARanches_2017 Mar to 2019 Dec | | | | |
| 1509 | 12/31/2019 Spreadsheet Grape Sales Invoice Summary - Sales from ATAR to Adelaida 2014-2019 | | | | |
| 1510 | 12/31/2019 Summary of Grapes Adelaida Purchased 2019 from ATAR | | | | |
| 1511 | ATAR Annual Balance Sheet YTO December 31, 2019 and 2018 | | | | |
| 1512 | 5/20/2020 Chase Signature | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1513 | 7/31/2020 ATAR Annual Income Statement and Cash Flow Estimate 2019 & 2020 | | | | |
| 1514 | 7/31/2020 ATAR Annual Income Statement and Cash Flow Estimate 2019 & YTD 2020 | | | | |
| 1515 | 7/31/2020 Spreadsheet ATAR Annual Balance Sheet2019 & YTD 2020 | | | | |
| 1516 | 8/31/2020 Spreadsheet ATA_ATARanches_2020 Jan to Aug | | | | |
| 1517 | 9/3/2020 KMBG Tax return, 2019 | | | | |
| 1518 | 9/18/2020 Historical Detailed Trial Balance for 2015 ATAR General Ledger | | | | |
| 1519 | 9/28/2020 Historical Detailed Trial Balance for 2015 KMBG General Ledger | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1520 | 9/28/2020 Historical Trial Balance Summary for 2015 KMBG General Ledger | | | | |
| 1521 | 9/28/2020 Historical Trial Balance Summary for 2017 KMBG General Ledger | | | | |
| 1522 | 9/28/2020 Trial Balance Summary for 2018 KMBG General Ledger | | | | |
| 1523 | 9/28/2020 Trial Balance Summary for 2019 KMBG General Ledger | | | | |
| 1524 | 9/29/2020 Benefits Test 1 | | | | |
| 1525 | 12/31/2020 Adjusting Journal Entries for FY 2020 | | | | |
| 1526 | 12/31/2020 Asset Roll Forward | | | | |
| 1527 | 12/31/2020 ATA Income Tax Return 2020 Form 1120 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1528 | 12/31/2020 Detailed Trial Balance for 2020 ATAR General Ledger | | | | |
| 1529 | 1/19/2021 Document Entries re 2018-10-31 transactions | | | | |
| 1530 | 1/19/2021 Document Entries re 2018-10-31 transactions | | | | |
| 1531 | 1/19/2021 Document Entries re 2018-12-31 transactions | | | | |
| 1532 | 1/19/2021 Document Entries re 2018-12-31 transactions | | | | |
| 1533 | 1/19/2021 Document Entries re 2019-09-05 transactions | | | | |
| 1534 | 1/19/2021 Document Entries re 2019-10-10 transactions | | | | |
| 1535 | 1/19/2021 Document Entries re 2019-10-22 transactions | | | | |
| 1536 | 11/4/2021 Project Satellite Diligence Request List | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1537 | 3/25/2022 Trial Balance by Functional Area | | | | |
| 1538 | 3/25/2022 Trial Balance by Functional Area | | | | |
| 1539 | Spreadsheet Account Transactions | | | | |
| 1540 | 2015 Spreadsheet Account Transactions | | | | |
| 1541 | 2015 Spreadsheet Account Transactions | | | | |
| 1542 | Spreadsheet 2015 Harvest - Summary of Weigh Tags | | | | |
| 1543 | 2016 Spreadsheet Account Transactions | | | | |
| 1544 | 2016 Spreadsheet Account Transactions | | | | |
| 1545 | Spreadsheet 2016 All Grape Details | | | | |
| 1546 | 2017 Spreadsheet Account Transactions | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1547 | Spreadsheet 2017 Harvest - Summary of Weigh Tags | | | | |
| 1548 | Spreadsheet ADELAIDA 2017 Grapes Sold | | | | |
| 1549 | Spreadsheet 2018 Harvest - Summary Weigh Tags | | | | |
| 1550 | 2019 Spreadsheet ATA Ranches Inc. Fixed Asset Register | | | | |
| 1551 | Spreadsheet 2019 Estimated 401K Employer Match | | | | |
| 1552 | Spreadsheet 2020 Fruit and Juice Sales | | | | |
| 1553 | Spreadsheet 2020 Grape Information | | | | |
| 1554 | Spreadsheet 2020 Summary Summ of Nett | | | | |
| 1555 | Spreadsheet Account Transactions | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|----------------------|----------------|---------------|
| 1556 | Spreadsheet Adelaida 2020 Budget | | | | |
| 1557 | ATAR FA Register thru Oct | | | | |
| 1558 | Excel chart - named by Bates number | | | | |
| 1559 | Excel chart - named by Bates number | | | | |
| 1560 | Spreadsheet ATA Adjusted Journal Entries | | | | |
| 1561 | RESERVED | | | | |
| 1562 | RESERVED | | | | |
| 1563 | RESERVED | | | | |
| 1564 | RESERVED | | | | |
| 1565 | RESERVED | | | | |
| 1566 | RESERVED | | | | |
| 1567 | RESERVED | | | | |
| 1568 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1569 | RESERVED | | | | |
| 1570 | RESERVED | | | | |
| 1571 | RESERVED | | | | |
| 1572 | RESERVED | | | | |
| 1573 | RESERVED | | | | |
| 1574 | RESERVED | | | | |
| 1575 | RESERVED | | | | |
| 1576 | 8/6/2012 Engagement Letter | | | | |
| 1577 | 8/17/2012 Email from J. Pike to S. Rando re Scientific Drilling | | | | |
| 1578 | 10/3/2018 Email from J. Damer to C. Buono re KMBG Report | | | | |
| 1579 | 10/4/2018 Email from C. Buono to C. Taylor, et al. re Appraisal Paso Robles Calif. | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1580 | 10/4/2018 Email from C. Buono to D. Carter, et al . re Appraisal Paso Robles Calif. | | | | |
| 1581 | 10/4/2018 Email from C. Buono to J. Damer re Appraisal Paso Robles Calif. | | | | |
| 1582 | 10/4/2018 Email from J. Damer to C. Buono re Appraisal Paso Robles Calif. | | | | |
| 1583 | 10/4/2018 Spreadsheet re Adelaida Vineyard and Winery | | | | |
| 1584 | 10/4/2018 Spreadsheet re Adelaida Wells | | | | |
| 1585 | 10/5/2018 Email from C. Taber to K. Butts, et al. re Appraisal Paso Robles Calif. | | | | |
| 1586 | 10/5/2018 Email from D. Carter to C. Buono, et al. re Appraisal Paso Robles Calif. | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1587 | 10/9/2018 Email from J. Damer to C. Buono re ATA Ranches for QC | | | | |
| 1588 | 9/17/2018 CW Appraisal of HMR and Viking 2018 | | | | |
| 1589 | 9/17/2018 CW Appraisal of Real Property - ATA Ranches (HMR Ranch & Viking Ranch) | | | | |
| 1590 | 9/17/2018 CW Appraisal of Real Property - ATA Ranches (HMR Ranch & Viking Ranch) | | | | |
| 1591 | 10/10/2018 Email from C. Buono to D. Carter re ATA & KMBG Ranch Appraisals | | | | |
| 1592 | 10/25/2018 Email from J. Damer to C. Buono re ATA & KMBG Ranch Appraisals 2/2 | | | | |
| 1593 | 10/26/2018 Email from D. Carter to C. Buono and J. Damer re ATA & KMBG Ranch Appraisals 2/2 | | | | |

206

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1594 | 10/26/2018 Email from D. Carter to C. Buono and J. Damer re ATA & KMBG Ranch Appraisals 2/2 | | | | |
| 1595 | 10/26/2018 Email from J. Damer to C. Buono re ATA & KMBG Ranch Appraisals 2/2 | | | | |
| 1596 | 11/2/2018 Email from C. Buono to D. Carter and J. Damer re ATA & KMBG Ranch Appraisals | | | | |
| 1597 | 11/5/2018 Email from C. Buono to D. Carter, et al. re ATA Ranches - no. 2 | | | | |
| 1598 | 9/17/2018 Cushman Wakefield Appraisal - ATA Ranches | | | | |
| 1599 | 9/17/2018 CW Appraisal of Real Property - ATA Ranches (HMR Ranch & Viking Ranch) | | | | |
| 1600 | RESERVED | | | | |

207

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1601 | RESERVED | | | | |
| 1602 | RESERVED | | | | |
| 1603 | RESERVED | | | | |
| 1604 | RESERVED | | | | |
| 1605 | RESERVED | | | | |
| 1606 | RESERVED | | | | |
| 1607 | RESERVED | | | | |
| 1608 | RESERVED | | | | |
| 1609 | RESERVED | | | | |
| 1610 | 7/20/2020 Director Defendants Initial Rule 26 Disclosures | | | | |
| 1611 | 7/20/2020 K. Van Steenwyk and Adelaida Cellars Initial Rule 26 Disclosures | | | | |
| 1612 | 1/8/2021 K. Van Steenwyk's Response to Requests for Admissions, Set One | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1613 | 1/11/2021 Daniel Carter Responses to Requests for Admission | | | | |
| 1614 | 1/11/2021 E. Van Steenwyk's Responses to Request for Admissions, Set One | | | | |
| 1615 | 1/11/2021 J. McCoy's Responses to Request for Admissions, Set One | | | | |
| 1616 | 2/2/2021 Declaration of D. Flores ISO Adelaida Opposition to Motion to Compel | | | | |
| 1617 | 2/2/2021 Declaration of J. Radeski ISO Adelaida Opposition to Motion to Compel | | | | |
| 1618 | 2/2/2021 Declaration of K. Van Steenwyk ISO Adelaida Opposition to Motion to Compel | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 1619 | 2/9/2021 Declaration of D. Flora ISO Adelaida Opposition to Motion to Compel | | | | |
| 1620 | 2/9/2021 Declaration of K. Van Steenwyk | | | | |
| 1621 | 3/12/2021 Declaration of Kedrin Van Steenwyk Pursuant to Court's Order dated February 26, 2021, ECF No. 130-1 | | | | |
| 1622 | 3/23/2021 Order Denying Motion to Dismiss Third Amended Complaint | | Irrelevant (FRE 401-402) | | |
| 1623 | 4/12/2021 ATA's Answer to Third Amended Complaint | | | | |
| 1624 | 4/21/2021 Kedrin E. Van Steenwyk and Adelaida's Answer to Third Amended Complaint | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1625 | 7/22/2021 K. Van Steenwyk and Adelaida Cellars Supplemental Rule 20 Disclosures | | | | |
| 1626 | 10/1/2021 K. Van Steenwyk's Response to Interrogatories, Set One | | | | |
| 1627 | 10/4/2021 ATA and ATA Ranches, Inc.'s Responses to First Set of Requests for Admissions | | | | |
| 1628 | 10/4/2021 ATA and ATA Ranches, Inc.'s Responses to Interrogatories, Set One | | | | |
| 1629 | 10/4/2021 D. Carter's Responses to Interrogatories, Set One | | | | |
| 1630 | 10/4/2021 E. Van Steenwyk's Responses to Interrogatories, Set One | | | | |
| 1631 | 10/4/2021 G. Durocher's Responses to Interrogatories, Set One | | | | |

211

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1632 | 10/4/2021 J. McCoy's Responses to Interrogatories, Set One | | | | |
| 1633 | 10/4/2021 P. Gobe's Responses to Interrogatories, Set One | | | | |
| 1634 | 10/4/2021 P. Longorio's Responses to Interrogatories, Set One | | | | |
| 1635 | 10/4/2021 P. Pierce's Responses to Interrogatories, Set One | | | | |
| 1636 | 1/13/2022 SDI's Answer to Fourth Amended Complaint | | | | |
| 1637 | 3/15/2022 K. Duggan's Responses to Interrogatories, Set One | | | | |
| 1638 | 3/15/2022 SDI's Responses to Interrogatories, Set One | | | | |
| 1639 | 3/26/2022 SDI's Supplemental Responses to Interrogatories, Set One | | | | |

212

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1640 | 5/6/2022 Declaration of Daniel Carter ISO Defs.' Motion for Summary Judgment, ECF No. 229-1 | | | | |
| 1641 | 5/6/2022 Declaration of Kedrin Van Steenwyk ISO Defs.' Motion for Summary Judgment, ECF No. 226-2 | | | | |
| 1642 | 5/27/2022 Declaration of Daniel Carter ISO Defs.' Motion for Summary Judgment, ECF No. 254-5 | | | | |
| 1643 | 5/27/2022 Declaration of J. Duross O'Bryan ISO Opp'n to Pl.'s Motion for Partial Summary Judgment, ECF No. 254-2 | | | | |
| 1644 | 5/27/2022 Declaration of JoAnn Wall, ECF No. 254-4 | | | | |
| 1645 | 5/27/2022 Declaration of John A. Hinman, ECF No. 245-2 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1646 | 5/27/2022 Declaration of Kedrin Van Steenwyk in Opposition to Pl.'s Motion for Summary Judgment, ECF No. 245-1 | | | | |
| 1647 | 5/27/2022 Declaration of Mark R. Lee, ECF No. 254-3 | | | | |
| 1648 | 5/28/2022 Declaration of Daniel Carter ISO Defs.' Motion for Summary Judgment, ECF No. 256-1 | | | | |
| 1649 | RESERVED | | | | |
| 1650 | RESERVED | | | | |
| 1651 | RESERVED | | | | |
| 1652 | RESERVED | | | | |
| 1653 | RESERVED | | | | |
| 1654 | RESERVED | | | | |
| 1655 | RESERVED | | | | |
| 1656 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1657 | RESERVED | | | | |
| 1658 | RESERVED | | | | |
| 1659 | 12/31/2012 SDCL Audit Planning Memo | | | | |
| 1660 | 12/31/2012 SDCL Directors Report and Fin. Stm'ts | | | | |
| 1661 | 12/31/2012 SDI Control Deficiency Eval. & Agg'n Worksheet | | | | |
| 1662 | 12/31/2012 SDI GAAP Disclosure checklist E&Y | | | | |
| 1663 | 12/31/2012 SDI Related Party Transactions | | | | |
| 1664 | 12/31/2012 SDI Related Party Transactions 2011 | | | | |
| 1665 | 3/11/2013 Email from C. Neckar to V. Smith re SDCL ye 31 Dec 12 | | | | |
| 1666 | 4/15/2013 Letter from W. Wade to PKF re representation | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1667 | 12/31/2013 Exhibit A Related Parties | | | | |
| 1668 | 12/31/2013 SDI Fin. Stm't Materiality WS for Planning Purposes | | | | |
| 1669 | 12/31/2013 SDI Final Analytical Review | | | | |
| 1670 | 12/31/2013 SDI Related Party Transactions | | | | |
| 1671 | 12/31/2013 SDI Understanding the Entity and Identifying Risks | | | | |
| 1672 | 12/31/2013 SDI_ATA Combined Fin. Stm'ts Audit Instructions | | | | |
| 1673 | 1/17/2014 Budget Lease Agreement between Budget and SDI PKF000704 | | | | |
| 1674 | 2/2/2014 SDI Tax Dep't Transfer Oka. City Facility to ATA | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1675 | 4/17/2014 Letter from W. Wade to PKF re Representation - draft | | | | |
| 1676 | 4/17/2014 Letter from W. Wade to PKF re Representation - executed | | | | |
| 1677 | 12/31/2014 SDI Disclosure Reqs. for Fin. Stm'ts of Nonpublic Cos. | | | | |
| 1678 | 12/31/2014 SDI Engagement Team Discussion | | | | |
| 1679 | 12/31/2014 SDI Inherent Risk Assessment Form | | | | |
| 1680 | 12/31/2014 SDI Related Party Transactions | | Admission Of Entire Document (FRE 106) | | |
| 1681 | 12/31/2014 SDI Risk Assessment Summary Form | | Admission Of Entire Document (FRE 106) | | |
| 1682 | 12/31/2014 SDI_ATA Combined Fin. Stm'ts Audit Instructions | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1683 | 1/31/2015 SDI Disclosure Reqs. for Fin'l Stm'ts of Nonpublic Cos. | | | | |
| 1684 | 3/31/2015 DSA Service Agreement Legal & Tax Adv. Servs. for SDI | | | | |
| 1685 | 4/23/2015 Letter from P. Longorio to PKF re Representation | | | | |
| 1686 | 4/30/2015 Letter from P. Longorio to PKF re Representation | | | | |
| 1687 | 10/6/2015 Errata to the Grape Crush Report Crop Year 2014 | | | | |
| 1688 | 12/31/2015 Exhibit A Related Parties 2 | | | | |
| 1689 | 12/31/2015 SDI Final Analytical Review | | | | |
| 1690 | 12/31/2015 SDI Known Related Parties | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|------------------------|-----------------|---------------|
| 1691 | 12/31/2015 SDI Known Related Parties (2) | | | | |
| 1692 | 12/31/2015 SDI Related Party Transactions | | Admission Of Entire Document (FRE 106) | | |
| 1693 | 12/31/2015 SDI Understanding the Entity and Identifying Risks | | | | |
| 1694 | 12/31/2015 SDI_ATA Combined Financial Statements Audit Insts. | | | | |
| 1695 | 12/31/2015 Spreadsheet SDI Audit Difference Evaluation Form | | | | |
| 1696 | 4/5/2016 2014 Retained Earnings Rollforward | | | | |
| 1697 | 4/5/2016 ATA Group Insurance Accrual | | | | |
| 1698 | 4/5/2016 Bad Debt Reconciliation | | | | |
| 1699 | 4/5/2016 Dividend Payments 2014 | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1700 | 4/5/2016 SDI Monthly P&L Analysis | | | | |
| 1701 | 4/5/2016 SDI Related Party Transactions - Published | | | | |
| 1702 | 4/5/2016 Email from C. Vogel to K. Duggan re PY Schedules | | | | |
| 1703 | 4/14/2016 Conversation between C. Neckar and C. Vogel | | | | |
| 1704 | 4/22/2016 Email from K. Duggan to C. Vogel re Related Party Transactions | | | | |
| 1705 | 4/22/2016 Related Party Transactions spreadsheet | | | | |
| 1706 | 4/29/2016 Conversation between C. Neckar and C. Vogel | | | | |
| 1707 | 5/11/2016 ATA Group Insurance Accrual | | | | |
| 1708 | 5/11/2016 2014 Retained Earnings Rollforward | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1709 | 5/11/2016 Bad Debt Reconciliation | | | | |
| 1710 | 5/11/2016 Conversation between C. Neckar and C. Vogel | | | | |
| 1711 | 5/11/2016 Dividend Payments 2014 | | | | |
| 1712 | 5/11/2016 Email from C. Vogel to D. Armstrong re PY Schedules | | | | |
| 1713 | 5/11/2016 SDI Monthly P&L Analysis | | | | |
| 1714 | 5/11/2016 SDI Related Party Transactions - Published | | | | |
| 1715 | 5/20/2016 April 2016 CEO Report to the BOD | | | | |
| 1716 | 5/20/2016 Conversation between C. Neckar and C. Vogel | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1717 | 5/20/2016 Email from P. Longorio to M. Van Steenwyk re report to BOD | | | | |
| 1718 | 5/20/2016 SDI Q1 16 Peer Comps | | | | |
| 1719 | 6/23/2016 Email from C. Neckar to D. Armstrong re Marksman Debt Amort. Sch. | | | | |
| 1720 | 6/23/2016 Email from C. Neckar to D. Armstrong re Updated Financials | | | | |
| 1721 | 6/23/2016 Email from C. Neckar to D. Armstrong re Updated Financials | | | | |
| 1722 | 6/23/2016 Email from D. Armstrong to C. Neckar re Updated Financials | | | | |
| 1723 | 6/23/2016 Marksman Debt Amortization Schedule | | | | |
| 1724 | 6/23/2016 Marksman Debt Amortization Schedule | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1725 | 6/24/2016 Email from D. Armstrong to M. Veuleman re Updated Financials | | | | |
| 1726 | 6/24/2016Email from D. Armstrong to M. Veuleman re Updated Financials | | | | |
| 1727 | 6/30/2016 Letter from P. Longorio to PKF re Representation | | | | |
| 1728 | 10/1/2016 Extend to the Lease Agreement between Dera Mansion and SDI | | | | |
| 1729 | 12/31/2016 Exhibit A Related Parties | | | | |
| 1730 | 12/31/2016 SDI Disclosure Reqs. for Fin. Stmt's of Nonpublic Cos. | | | | |
| 1731 | 12/31/2016 SDI Related Party Transactions | | | | |
| 1732 | 12/31/2016 SDI_ATA Combined Fin. Stm'ts Audit Instructions | | | | |

223

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1733 | 12/31/2016 Service Agreement between Adisorn Songkhla Co Ltd and SDI | | | | |
| 1734 | 12/31/2016 Spreadsheet re SDI_ATA | | | | |
| 1735 | 2/10/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1736 | 3/8/2017 SDI Invoice from Regus re Acct Stm't | | | | |
| 1737 | 5/11/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1738 | 5/23/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1739 | 6/7/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1740 | 7/5/2017 Conversation between C. Neckar and C. Vogel | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1741 | 7/10/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1742 | 8/2/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1743 | 8/3/2017 Letter from P. Longorio to PKF re Representation | | | | |
| 1744 | 8/3/2017 Letter from P. Longorio to PKF re Representation | | | | |
| 1745 | 8/3/2017 Letter from PKF to Audit Committee and Mgm't of SDI_ATA | | | | |
| 1746 | 11/21/2017 Conversation between C. Neckar and C. Vogel | | | | |
| 1747 | 3/1/2018 Letter from D. Armstrong to PKF re Representation | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1748 | 6/26/2018 Email from C. Neckar to D. Armstrong re Financials, timeline, next week | | | | |
| 1749 | 10/1/2018 Extension of Lease Agreement between KMBG and SDI | | | | |
| 1750 | 5/8/2019 Conversation between C. Neckar and P. Moore | | | | |
| 1751 | 5/14/2019 Email from Z. Khoja to K. Duggan re Goodwill Schedule and Related Parties Detail | | | | |
| 1752 | 5/14/2019 Goodwill Impairment Schedule | | | | |
| 1753 | 5/14/2019 Related Party | | | | |
| 1754 | 5/20/2019 Email from K. Duggan to Z. Khoja re Goodwill Sch. & Related Parties Detail | | | | |

226

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1755 | 5/20/2019 Related Party List - 2018 | | | | |
| 1756 | 8/8/2019 Office Service Agreement between SDI and Regus | | | | |
| 1757 | 12/31/2019 SDI Understanding the Entity and Identifying Risks | | | | |
| 1758 | 5/26/2022 Pannell Kerr Forster Business Records Affidavit | | | | |
| 1759 | Spreadsheet Known Related Parties | | | | |
| 1760 | Spreadsheet re Assets | | | | |
| 1761 | RESERVED | | | | |
| 1762 | RESERVED | | | | |
| 1763 | RESERVED | | | | |
| 1764 | RESERVED | | | | |
| 1765 | RESERVED | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|------------------------|-----------------|---------------|
| 1766 | RESERVED | | | | |
| 1767 | RESERVED | | | | |
| 1768 | RESERVED | | | | |
| 1769 | RESERVED | | | | |
| 1770 | RESERVED | | | | |
| 1771 | Summary of Documents Received in Response to 1601 Request | | Improper Summary (FRE 1006) | | |
| 1772 | 2012-10-25 Email from P. Gobe to J. McCoy re Board Meeting | | | | |
| 1773 | 2015-03-10 Update Meeting Presentation | | | | |
| 1774 | 2015-03-16 Email from P. Longorio to J. McCoy re Materials for tomorrow's meeting | | | | |
| 1775 | 2016-01-27 SDI and ATA Meeting Minutes | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 1776 | 2016-08-13 Email from K. Duggan to K. Van Steenwyk re agenda for Adelaida meeting 8.30-31 | | | | |
| 1777 | 2016-11-01 SDI and ATA Audit Meeting Minutes | | | | |
| 1778 | 2018-06-15 Adelaida Nepotism policies | | | | |
| 1779 | 2018-06-15 Email from D. Flora to P. Sowerby re Adelaida Nepotism Policy | | | | |
| 1780 | 2018-11-29 Email from K. Van Steenwyk to D. Carter re Ranch sale and purchase | | | | |
| 1781 | 2018-12-15 Email from K. Van Steenwyk to D. Carter re ATA Ranches | | | | |
| 1782 | 2018-12-16 Email from D. Carter to K. Van Steenwyk re ATA Ranches | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1783 | 2018-12-20 Email from D. Neuhardt to J. Perillo re Project Satellite | | | | |
| 1784 | ADELAIDA_054812.0001 spreadsheet referred to Ex. 767 | | | | |
| 1786 | 2018-04-04 Email from S. Kennedy to K. Van Steenwyk re Adelaida | | | | |
| 1787 | 2016-03-15 Email from D. Carter to E. Van Steenwyk re Results of Our Meetings Last Week | | | | |
| 1789 | ATA-044616 attachment to ATA-039665 | | | | |
| 1790 | 2018-11-09 Email from K. Duggan to B. Perez re BCBS October for ACI and ATA | | | | |
| 1791 | 2015-04-23 Email from P. Longorio to G. Thomson re Delegations of Authority | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1792 | 2019-03-31 WF Bank Statement | | | | |
| 1793 | 2019-06-30 WF Bank Statement | | | | |
| 1794 | 2020-02-29 WF Bank Statement | | | | |
| 1795 | 2020-04-30 WF Bank Statement | | | | |
| 1796 | 2020-08-31 WF Bank Statement | | | | |
| 1797 | 2020-11-30 WF Bank Statement | | | | |
| 1798 | 2016-04-30 WF Bank Statement | | | | |
| 1799 | 2016-06-30 WF Bank Statement | | | | |
| 1800 | 2016-09-30 WF Bank Statement | | | | |
| 1801 | 2017-01-31 WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1802 | 2018-01-31 WF Bank Statement | | | | |
| 1803 | 2019-05-31 WF Bank Statement | | | | |
| 1804 | 2019-10-31 WF Bank Statement | | | | |
| 1805 | 2020-05-31 WF Bank Statement | | | | |
| 1806 | 2020-07-31 WF Bank Statement | | | | |
| 1807 | 2020-12-31 WF Bank Statement | | | | |
| 1808 | 2016-05-31 WF Bank Statement | | | | |
| 1809 | 2016-12-31 WF Bank Statement | | | | |
| 1810 | 2017-08-31 WF Bank Statement | | | | |
| 1811 | 2017-10-31 WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 1812 | 2017-11-30 WF Bank Statement | | | | |
| 1813 | 2017-12-31 WF Bank Statement | | | | |
| 1814 | 2018-05-31 WF Bank Statement | | | | |
| 1815 | 2018-09-30 WF Bank Statement | | | | |
| 1816 | 2019-02-28 WF Bank Statement | | | | |
| 1817 | 2020-06-30 WF Bank Statement | | | | |
| 1818 | 2016-02-29 WF Bank Statement | | | | |
| 1819 | 2016-03-31 WF Bank Statement | | | | |
| 1820 | 2016-07-31 WF Bank Statement | | | | |
| 1821 | 2016-10-31 WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1822 | 2018-03-31 WF Bank Statement | | | | |
| 1823 | 2018-08-31 WF Bank Statement | | | | |
| 1824 | 2019-04-30 WF Bank Statement | | | | |
| 1825 | 2019-11-30 WF Bank Statement | | | | |
| 1826 | 2019-12-31 WF Bank Statement | | | | |
| 1827 | 2020-01-31 WF Bank Statement | | | | |
| 1828 | 2020-09-30 WF Bank Statement | | | | |
| 1829 | 2020-10-31 WF Bank Statement | | | | |
| 1830 | 2016-08-31 WF Bank Statement | | | | |
| 1831 | 2017-05-31 WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1832 | 2017-06-30 WF Bank Statement | | | | |
| 1833 | 2017-07-31 WF Bank Statement | | | | |
| 1834 | 2017-09-30 WF Bank Statement | | | | |
| 1835 | 2018-04-30 WF Bank Statement | | | | |
| 1836 | 2018-10-31 WF Bank Statement | | | | |
| 1837 | 2018-12-31 WF Bank Statement | | | | |
| 1838 | 2019-01-31 WF Bank Statement | | | | |
| 1839 | 2019-07-31 WF Bank Statement | | | | |
| 1840 | 2019-08-31 WF Bank Statement | | | | |
| 1841 | 2019-09-30 WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1842 | 2020-03-31 WF Bank Statement | | | | |
| 1843 | 2016-01-31 WF Bank Statement | | | | |
| 1844 | 2016-11-30 WF Bank Statement | | | | |
| 1845 | 2017-02-28 WF Bank Statement | | | | |
| 1846 | 2017-03-31 WF Bank Statement | | | | |
| 1847 | 2017-04-30 WF Bank Statement | | | | |
| 1848 | 2018-02-28 WF Bank Statement | | | | |
| 1849 | 2018-06-30 WF Bank Statement | | | | |
| 1850 | 2018-07-31 WF Bank Statement | | | | |
| 1851 | 2015-12-31 WF Bank Statement | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1852 | 2020-03-31 JPMC Bank Statement | | | | |
| 1853 | 2021-07-22 Appraisal Report of KMBG Ranches | | | | |
| 1854 | 2016-07-25 Email from P. Longorio to M. Van Steenwyk re BOD Materials for meeting this week | | | | |
| 1855 | 2016-07-27 SDI Audit Committee Meeting Slides | | | | |
| 1856 | PKF Note Confirmation 4-10-2018 | | | | |
| 1857 | 2021-08-20 SDI and ATA BOD Meeting Minutes | | | | |
| 1858 | 2020-06-09 Email from D. Flora to M. Johnson re AR Related Party Confirmation | | | | |
| 1859 | SDI Related Party Transactions | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1860 | Service Agreement between SDI and Adisorn Songkhla Co. - Dec. 2016 to Nov. 2019 | | | | |
| 1861 | SDI GAAP Disclosure Checklist | | | | |
| 1862 | Extend to the Lease Agreement | | | | |
| 1863 | 2016-06-03 Email from J. Kollhoff to T. Rogers re AR Related Party Confirmation | | | | |
| 1864 | SDI - Understanding the Entity and Identifying Risks | | | | |
| 1865 | SDI Related Party Transactions | | | | |
| 1866 | SDI Tax Department Transfer Proposal | | | | |
| 1867 | 2021-04-20 Email from D. Flora to B. Chaddick re AR Related Party Confirmation | | | | |
| 1868 | SDI and ATA Combined Financial Statements | | | | |

238

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1869 | Exhibit A - Related Parties | | | | |
| 1870 | SDI Disclosure Requirements for Financial Statements | | | | |
| 1871 | SDI Engagement Team Discussion | | | | |
| 1872 | SDI Related Party Transactions | | | | |
| 1873 | SDI and ATA Combined Financial Statements | | | | |
| 1874 | Exhibit A - Related Parties | | | | |
| 1875 | 2017-05-16 Email from J. Kollhoff to P. Moore re AR Related Party Confirmation | | | | |
| 1876 | SDI Office Service Agreement | | | | |
| 1877 | 2014-04-17 Letter of Representation re SDI and ATA Audit | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1878 | 2014-04-17 Letter of Representation re SDI and ATA Audit (on SDI Letterhead) | | | | |
| 1879 | SDI Operating Lease Schedule | | | | |
| 1880 | Budget EasyLease Contract | | | | |
| 1881 | SDI Disclosure Requirements for Financial Statements | | | | |
| 1882 | KMBG and SDI Extension of Lease Agreement | | | | |
| 1883 | SDI Fraud Risk Inquiries Form | | | | |
| 1884 | Email from W. Vyenielo to J. Kollhoff re Vineyard Acreages | | | | |
| 1885 | Letter to Adelaida from SDI re notes receivable | | | | |
| 1886 | Spreadsheet of Known Related Parties | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 1887 | SDI Related Party Transactions | | | | |
| 1888 | Combined Financial Statements - Audit Instructions | | | | |
| 1889 | Email from D. Flora to P. Moore re AR Related Party Confirmation | | | | |
| 1890 | Email from C. Neckar to D. Armstrong re Financials, timeline next week | | | | |
| 1891 | Draft email from C. Neckar re Updated Financials | | | | |
| 1892 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1893 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1894 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1895 | Email from C. Vogel to C. Neckar re Conversation | | | | |

241

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1896 | Email from Z. Khoja to K. Duggan re Goodwill Schedule | | | | |
| 1897 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1898 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1899 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1900 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1901 | Email from C. Vogel to C. Neckar re Conversation | | | | |
| 1902 | SDI Related Party Transactions Spreadsheet | | | | |
| 1903 | Email from K. Duggan to C. Vogel re Audit | | | | |
| 1904 | Service Agreement for Legal and Tax Advisory Services | | | | |
| 1905 | Email from C. Vogel to K. Duggan re PY Schedules | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|----------------------|----------------|--------------|
| 1906 | Spreadsheet List of Assets | | | | |
| 1907 | Email from K. Van Steenwyk to K. Duggan re Surfsong | | | | |
| 1908 | Email from D. Carter to L. Duggan re Surfsong | | | | |
| 1909 | Email from B. Gray to L. Duggan re Surfsong | | | | |
| 1910 | SDI Accounting Spreadsheet | | | | |
| 1911 | Email from K. Van Steenwyk to M. Conway re van Steenwyk | | | | |
| 1912 | Adelaida 2017 Grapes Sold Spreadsheet | | | | |
| 1913 | Email from K. Van Steenwyk to J. Radeski re Status Update | | | | |
| 1914 | SDI and ATA Special Meeting Minutes | | | | |

JOINT EXHIBIT LIST – PLAINTIFF'S EXHIBITS

# DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2001 | 2016 Grape Purchase Agreement | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2002 | 2013 Services Agreement | D. Carter | | | |
| 2003 | 2016 Services Agreement | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2004 | 2017 Services Agreement | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2005 | ATA/SDI Director Table | D. Carter | Exhibit and source of information not been properly authenticated (FRE 901); Probative valued outweighed by risk of confusion, unfair prejudice (FRE 403) especially given language (e.g., typographical emphasis of "independent") in exhibit. | | |
| 2006 | Stoneway Properties DBA | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2007 | ATA D/B/A Stoneway | D. Carter | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation | | |
| 2008 | Stoneway D/B/A Bank Statement | D. Carter | | | |
| 2009 | 2013 Annual Shareholder Meeting Minutes | D. Carter | | | |
| 2010 | 2012 ATA/SDI Combined Financial Statements | D. Carter | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|------------------------|-----------------|----------------|
| 2011 | 2013 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2012 | 2014 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2013 | 2015 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2014 | 2016 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2015 | 2017 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2016 | 2018 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2017 | 2019 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2018 | 2020 ATA/SDI Combined Financial Statements | D. Carter | | | |
| 2019 | 2013 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2020 | 2014 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2021 | 2015 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2022 | 2016 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2023 | 2017 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2024 | 2018 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2025 | 2019 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |

247

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2026 | 2020 ATA Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2027 | 2013 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2028 | 2014 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2029 | 2015 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2030 | 2016 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2031 | 2017 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |

248

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2032 | 2018 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2033 | 2019 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2034 | 2020 ATAR Detailed Trial Balance (General Ledger) | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2035 | 01.22.13 KMBG Promissory Note to ATA | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2036 | 12.13.15 KMBG Promissory Note to SDI | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2037 | Assignment of KMBG Note from ATA to SDI | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |

249

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2038 | Minutes of October 25, 2012 Board Meeting | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2039 | PowerPoint Presentation to Board on Adelaida Sale | D. Carter | | | |
| 2040 | Adelaida Funding Proposal | D. Carter | Exhibit and source of information not been properly authenticated (FRE 901); the exhibit is titled "Proposal to Acquire District Operations Facilities and Sell Stock of Adelaida Cellars" and also contains material differences from "Adelaida Funding Proposal" previously cited by Plaintiff in MSJ (ATA-001066 to 001069). | | |
| 2041 | Amortization Schedule with Notes | D. Carter | Notes lack foundation and are inadmissible hearsay without exception. | | |
| 2042 | 3.22.16 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2043 | 6.21.16 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2044 | 9.29.16 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2045 | 12.21.16 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2046 | 04.05.17 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2047 | 09.18.17 Payment ($180,035.64) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2048 | 01.22.18 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2049 | 3.30.18 Payment ($90,017.79) – SDI Bank Account | D. Carter and K. Duggan | | | |
| 2050 | 04.30.18 Payoff ($2,531,015.86) – SDI Bank Account | D. Carter and K. Duggan | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2051 | 04.30.18 Wire Payment Information from KMBG | D. Carter and K. Duggan | | | |
| 2052 | Schedule of payments on IC Debt | D. Carter and K. Duggan | Notes lack foundation and are inadmissible hearsay without exception; violation of best evidence rule. | | |
| 2053 | 03.31.16 – Trial Balance | D. Carter and K. Duggan | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2054 | ATA to ATAR Contribution Agreement | D. Carter | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation | | |
| 2055 | ATAR Affidavit of Ownership | D. Carter | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation; and is only a portion of an unknown document and is therefore incomplete and lacks context (FRE 106). | | |
| 2056 | ATA Ranches – Certificate of Incorporation | D. Carter | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2057 | Unanimous Written Consent of ATA Directors | D. Carter | This exhibit is only a portion of a document and is therefore incomplete and lacks context (FRE 106). | | |
| 2058 | Fixed Asset Register 2020 | D. Carter and K. Duggan | | | |
| 2059 | Ridge Vineyards Grape Purchase Agreement | D. Carter | | | |
| 2060 | Journal Entry Support - 627778 | D. Carter and K. Duggan | Exhibit and source of information re: "Adelaida IC write-off" journal entry has not been properly authenticated (FRE 901). | | |
| 2061 | 06.23.21 – Special Meeting Binder (ATA Ranches) | D. Carter | | | |
| 2062 | 3076 assets as of 12.31.21 | D. Carter and K. Duggan | Lack of relevance (FRE 401); financials re: "3076 assets" are not relevant to any party's claim or defense in this case. | | |
| 2063 | 1000 Halo Assets | D. Carter and K. Duggan | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2064 | ATF Detail TB 2017 - 2022 | D. Carter and K. Duggan | | | |
| 2065 | Updated Combined TB Tie-out – 2017 Audit | D. Carter and K. Duggan | | | |
| 2066 | Updated SDI Consolidated TB Detail – 2018 Audit | D. Carter and K. Duggan | | | |
| 2067 | Germany Dynamic 2014 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2068 | Germany Dynamic 2015 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2069 | Germany Dynamic 2016 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | | | this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2070 | Germany Dynamic 2017 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2071 | Germany Dynamic 2018 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2072 | Germany Dynamic 2019 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2073 | Germany Dynamic 2020 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2074 | Germany Dynamic 2021 (HALO) | D. Carter | Lack of relevance (FRE 401); financials re: "Germany Dynamic" are not relevant to any party's claim or defense in this case and would be a waste of time and confusing to a jury (FRE 403) | | |
| 2075 | ATF Liquidation | D. Carter | | | |
| 2076 | Note Write Off ATF and SDI | D. Carter and K. Duggan | Exhibit and source of information not been properly authenticated (FRE 901); several pages this exhibit are not Bates-stamped; lacks foundation; inadmissible hearsay without an exception. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2077 | ATF TB 2017 – 22 | D. Carter | Lack of relevance (FRE 401); financials re: "Accumulated Depreciation - Airplane" are not relevant to any party's claim or defense in this case. | | |
| 2078 | Journal Entry – $627,778 | D. Carter and K. Duggan | | | |
| 2079 | Journal Entry – $217,978 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a screenshot of a computer application window, and additional text and images lie in the background where they are blocked from full view, and therefore lacks foundation and constitutes hearsay without an applicable exception. | | |
| 2080 | February 2013 – Sales – Journal Entry – $217,978 | D. Carter and K. Duggan | Lack of relevance (FRE 401); financials re: "Endries International" are not relevant to any party's claim or defense in this case. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2081 | December 2022 ATA Cash Entry $250,000 | D. Carter and K. Duggan | | | |
| 2082 | ATAR – 99-136-195 | D. Carter and K. Duggan | | | |
| 2083 | Journal Entry - $217,978 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a screenshot of a computer application window, and additional text and images lie in the background where they are blocked from full view | | |
| 2084 | January 2013 – Sales – Journal Entry – $217,978 | D. Carter and K. Duggan | Lack of relevance (FRE 401); financials re: "Endries International" are not relevant to any party's claim or defense in this case. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2085 | Dividend Payments - 2013 | D. Carter and K. Duggan | Evidence of payment of dividends lacks relevance (FRE 401) and probative value is subtantially outweighed by the prejudicial effect that Plaintiff has been well compensated regardless of breaches of fiduciary duty and corporate waste (FRE 403). | | |
| 2086 | Dividend Payments – 2014 | D. Carter and K. Duggan | Evidence of payment of dividends lacks relevance (FRE 401) and probative value is subtantially outweighed by the prejudicial effect that Plaintiff has been well compensated regardless of breaches of fiduciary duty and corporate waste (FRE 403). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|-------------------------|------------------|----------------|
| 2087 | Dividend Payments – 2015 | D. Carter and K. Duggan | Evidence of payment of dividends lacks relevance (FRE 401) and probative value is subtantially outweighed by the prejudicial effect that Plaintiff has been well compensated regardless of breaches of fiduciary duty and corporate waste (FRE 403). | | |
| 2088 | Dividend Payments – 2016 | D. Carter and K. Duggan | Evidence of payment of dividends lacks relevance (FRE 401) and probative value is subtantially outweighed by the prejudicial effect that Plaintiff has been well compensated regardless of breaches of fiduciary duty and corporate waste (FRE 403). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2089 | Dividend Payments – 2017 - 2021 | D. Carter and K. Duggan | Evidence of payment of dividends lacks relevance (FRE 401) and probative value is subtantially outweighed by the prejudicial effect that Plaintiff has been well compensated regardless of breaches of fiduciary duty and corporate waste (FRE 403). | | |
| 2090 | YB40 Transactions | D. Carter and K. Duggan | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2091 | Journal Entry $372,389 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a selective screenshot of an unnamed, unidentifiable computer application window; and therefore also lacks foundation and constitutes hearsay without an applicable exception. | | |
| 2092 | Journal Entry - $1,253,942 & $371,140 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a selective screenshot of an unnamed, unidentifiable computer application window; and therefore also lacks foundation and constitutes hearsay without an applicable exception. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2093 | Journal Entry - $487,489 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a selective screenshot of an unnamed, unidentifiable computer application window; and therefore also lacks foundation and constitutes hearsay without an applicable exception. | | |
| 2094 | Journal Entry - $150,000 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a selective screenshot of an unnamed, unidentifiable computer application window; and therefore also lacks foundation and constitutes hearsay without an applicable exception. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 2095 | Journal Entry - $627,778 | D. Carter and K. Duggan | Violates the best evidence rule (FRE 1001 to FRE 1008); exhibit is a selective screenshot of an unnamed, unidentifiable computer application window; and therefore also lacks foundation and constitutes hearsay without an applicable exception. | | |
| 2096 | 4.30.18 Wire Payment Info - $1,135,599.79 | D. Carter and K. Duggan | | | |
| 2097 | 03.30.18 Wire Payment ACTI to ATA | D. Carter and K. Duggan | Handwritten notes are inadmissible hearsay without any applicable exceptions (FRE 801) and lack foundation (FRE 602). | | |
| 2098 | Wire Payment $2,531,015.86 – KMBG to SDI | D. Carter and K. Duggan | | | |
| 2099 | 04.30.13 ATA Operating Account Bank Statement | D. Carter and K. Duggan | | | |
| 2100 | 12.31.17 Adelaida Cellars BoA Account | D. Carter and K. Duggan | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2101 | 05.31.15 ACI BoA Account Statement | D. Carter and K. Duggan | | | |
| 2102 | 11.30.18 Journal Entry | D. Carter and K. Duggan | This exhibit has not been properly authenticated (FRE 901), lacks foundation under FRE 602, and is inadmissible hearsay without an exception (FRE 802) as there has been no evidence of where this document originated from and under what circumstances. | | |
| 2103 | 12.31.18 Journal Entry | D. Carter and K. Duggan | This exhibit has not been properly authenticated (FRE 901), lacks foundation under FRE 602, and is inadmissible hearsay without an exception (FRE 802) as there has been no evidence of where this document originated from and under what circumstances. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2104 | 01.31.19 Journal Entry | D. Carter and K. Duggan | This exhibit has not been properly authenticated (FRE 901), lacks foundation under FRE 602, and is inadmissible hearsay without an exception (FRE 802) as there has been no evidence of where this document originated from and under what circumstances. | | |
| 2105 | 0.3.31.17 Journal Entry | D. Carter and K. Duggan | This exhibit has not been properly authenticated (FRE 901), lacks foundation under FRE 602, and is inadmissible hearsay without an exception (FRE 802) as there has been no evidence of where this document originated from and under what circumstances. | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2106 | Journal Entry $23,095.16 | D. Carter and K. Duggan | This exhibit has not been properly authenticated (FRE 901), lacks foundation under FRE 602, and is inadmissible hearsay without an exception (FRE 802) as there has been no evidence of where this document originated from and under what circumstances. | | |
| 2107 | 08.31.16 Journal Entry | D. Carter and K. Duggan | This exhibit has not been properly authenticated (FRE 901), lacks foundation under FRE 602, and is inadmissible hearsay without an exception (FRE 802) as there has been no evidence of where this document originated from and under what circumstances. | | |
| 2108 | 04.30.18 Wire Payment KMBG to SDI | D. Carter and K. Duggan | | | |
| 2109 | 04.30.18 Wire Payment KMBG to ATA | D. Carter and K. Duggan | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2110 | Expert Report of J. Duross O'Bryan dated January 5, 2022 | J. Duross O'Bryan | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); the report does not meet the requirement of Fed.R.Evid. 807(B) as the expert is available for direct live testimony. | | |
| 2111 | Expert Report of J. Duross O'Bryan dated March 25, 2022 | J. Duross O'Bryan | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); the report does not meet the requirement of Fed.R.Evid. 807(B) as the expert is available for direct live testimony. | | |
| 2112 | Expert Report of Mark Lee dated March 25, 2022 | M. Lee | Impermissible legal conclusion (FRE 701); the exhibit is inadmissilbe hearsay without any applicable excepitons (FRE 801). | | |
| 2113 | JoAnn Wall's Appraisal | J. Wall | | | |

268

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2114 | Expert Report of John Hinman dated January 5, 2022 | J. Hinman | The exhibit is inadmissilbe hearsay without any applicable excepitons (FRE 801); the report does not meet the requirement of Fed.R.Evid. 807(B) as the expert is available for direct live testimony. | | |
| 2115 | Expert Report of John Hinman dated November 19, 2021 | J. Hinman | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); the report does not meet the requirement of Fed.R.Evid. 807(B) as the expert is available for direct live testimony. | | |

269

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|----------------|
| 2116 | Handwritten letter date cutoff [K439-440; "K" stands for documents produced by K. Van Steenwyk marked "KEDRIN"] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2117 | Letter dated 10/26/94 [K441] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2118 | Handwritten letter dated 11/24/94 [K442-445] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2119 | Handwritten notes [K446] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2120 | Handwritten letter dated 12/1/94 [K447-448] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2121 | Memo to File dated 3/13/97 [K427-428] | K. Van Steenwyk | The exhibit cannot be properly authenticated (FRE 901) nor can foundation be possibly provided (FRE 602) because the author's full name is not provided. The exhibit's probative value is outweighed by risk of confusion and undue prejudice (FRE 403) given that the writing could inflame the jury's emotions and lead to unfair credibility determinations based on events that have no bearing on the issues in the case. And the exhibit is irrelevant (FRE 401) as it only concerns events and | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2122 | Handwritten letter dated 3/16/97 [K432-434] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2123 | Letter dated 3/17/97 [K628-629] | K. Van Steenwyk | The exhibit cannot be properly authenticated (FRE 901) nor can foundation be possibly provided (FRE 602) because the author is deceased. Finally, the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

276

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2124 | Handwritten letter dated 3/25/97 [K668-672] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). charcterizations that predate and are wholly disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2125 | Handwritten letter dated 7/20/97 [K503-507] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2126 | Handwritten letter dated 8/3/97 [K508-509] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

279

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2127 | Handwritten letter dated 10/8/97 [K510] | K. Van Steenwyk | The exhibit's probative value is outweighed by risk of confusion and undue prejudice (FRE 403) given that the writing could inflame the jury's emotions and lead to unfair credibility determinations based on events that have no bearing on the issues in the case. And the exhibit is irrelevant (FRE 401) as it only concerns events and charcterizations that predate and are wholly disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

280

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 2128 | Fax Cover Sheet dated 2/10/98 [K538] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2129 | Memo dated 2/10/98 [K652] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it only concerns events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

281

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2130 | Letter dated 3/20/98 [K348-350] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2131 | Handwritten letter dated 5/13/98 [K380-381] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). charcterizations that predate and are wholly disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2132 | Letter dated 5/18/98 [K540] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). charcterizations that predate and are wholly disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2133 | Memo dated 5/18/98 [K384-385] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2134 | Handwritten letter dated 6/29/98 [K653] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2135 | Memo dated 7/30/98 [K400] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and charcterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2136 | Handwritten letter dated July 1998 [K401-402] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2137 | Fax Cover Sheet (with handwritten notes) and Memo dated 8/7/98 [K398-399] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and charcterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2138 | Fax Cover Sheet (with handwritten notes) dated 8/7/98 [K542] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

1
2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2139 | Letter dated 8/12/98 [K550] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2140 | Fax Cover Sheet dated 8/18/98 (and attachment) [K390-392] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

288

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

1
2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2141 | Letter dated 8/20/98 [K552] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2142 | Letter dated 8/21/98 [K553-554] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2143 | Letter dated 8/26/98 [K496] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2144 | Letter dated 8/30/98 [K556] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|------------------------|-----------------|---------------|
| 2145 | Letter dated 8/31/98 [K639-641] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and charcterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2146 | Letter dated 9/1/98 [K558-559] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

291

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2147 | Fax Cover Sheet dated 9/2/98 [K354] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2148 | Letter dated 9/2/98 [K495] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2149 | Letter dated 9/2/98 [K571-572] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2150 | Handwritten letter dated 9/7/98 [K497-500] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

294

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2151 | Handwritten letter [K491] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2152 | Fax Cover Sheet dated 9/21/98 (and attachment) [K578-579] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2153 | Letter dated 9/30/08 [K4296-4308] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2154 | Letter dated 10/1/98 [K635-637] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2155 | Handwritten letter dated 10/8/98 [K573] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2156 | Handwritten letter dated 10/9/98 [K634] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2157 | Letter dated 10/9/08 [K638] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2158 | Handwritten letter dated 10/9/98 [K574] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2159 | Letter dated 10/19/98 [K677] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2160 | Letter dated 10/19/98 [K693-694] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2161 | Letter dated 10/19/98 [K691-692] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2162 | Letter dated 10/19/98 [K678] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2163 | Letter dated 10/27/98 [K675-676] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2164 | Letter dated 11/3/98 [K674] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2165 | Letter dated 11/4/98 [K493-494] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

302

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2166 | Checks dated 12/20/98 [K486] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it could inflame the jury's emotions and lead to unfair credibility determinations based on events that have no bearing on the issues in the case. And the exhibit is irrelevant (FRE 401) as it only concerns events, interpersonal conflicts, and | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2167 | Letter dated 1/19/99 [K369-371] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2168 | Letter dated 1/19/99 [K355-361] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2169 | Fax Cover Sheet dated 1/22/99 (and attachment) [K515-522] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2170 | Letter dated 11/25/99 [K501] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

307

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2171 | Letter dated 1/30/99 [K502] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2172 | Letter dated 2/5/99 [K679-681] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2173 | Handwritten letter dated 1/9/00 [K682-684] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2174 | Handwritten letter dated 10/22/01 [K685-686] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2175 | Handwritten letter dated 1/9/02 [K695] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2176 | Handwritten letter dated 4/8/02 [K451-453] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2177 | Fax Cover Sheet dated 12/6/02 (and attachments) [K1612-1617] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |

313

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2178 | Letter dated 3/11/04 [K487] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2179 | Handwritten letter dated 3/15/04 [K488-489] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2180 | Handwritten letter dated 4/23/04 [K490] | K. Van Steenwyk | The exhibit is irrelevant (FRE 401) as it touches only on events and characterizations that predate and are wholly disconnected from any party's claim or defense. And the exhibit is inadmissible hearsay without any applicable exceptions (FRE 801). | | |
| 2181 | Handwritten letter undated [K687-690] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

315

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2182 | Handwritten letter (portion) undated [K696-700] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2183 | Handwritten letter (portion) undated [K523] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2184 | Handwritten letter (portion) undated [K524] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2185 | Handwritten letter (portion) undated [K525] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2186 | Handwritten letter (portion) undated [K492] | K. Van Steenwyk | The exhibit lacks foundation (FRE 602) and cannot be authenticated (FRE 901) because the author is deceased. It is unduly prejudicial (FRE 403) because the writing is inflammatory and based irrelevant to the case. It is irrelevant (FRE 401) as it concerns only emotional and interpersonal conflicts disconnected from any party's claim or defense. Finally, the exhibit is inadmissible hearsay (FRE 801). | | |
| 2187 | Cushman & Wakefield Appraisal (as of 9/17/18) [WALL 1158-1448] | K. Van Steenwyk | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation (FRE 602). | | |
| 2188 | Map [WALL 1449] | J. Wall | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation (FRE 602). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2189 | Maps<br>[WALL 1511-1515] | J. Wall | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation (FRE 602). | | |
| 2190 | Maps<br>[WALL 1518-1521] | J. Wall | The exhibit is inadmissible hearsay without any applicable exceptions (FRE 801); lacks foundation (FRE 602). | | |
| 2191 | Invoices (various dates)<br>[A001-016; "A" refers to documents produced by Adelaida Cellars, Inc. marked "ADELAIDA"] | K. Van Steenwyk | | | |
| 2192 | Payment Confirmation dated 3/30/20<br>[A051-052] | K. Van Steenwyk | | | |
| 2193 | 2018 Invoices<br>[A066-088] | K. Van Steenwyk | | | |
| 2194 | 2019 Invoices<br>[A089-112] | K. Van Steenwyk | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2195 | Invoice dated 6/7/19 [A122-125] | K. Van Steenwyk | | | |
| 2196 | Check dated 3/5/20 [A126-127] | K. Van Steenwyk | | | |
| 2197 | ACI corporate records (various dates) [A142-223] | K. Van Steenwyk | | | |
| 2198 | ACI minutes/corporate records (various dates) [A224-230] | K. Van Steenwyk | | | |
| 2199 | Letter to S. Kennedy dated 11/16/18 [A236-237] | K. Van Steenwyk | | | |
| 2200 | ACI minutes/corporate records (various dates) [A267-311] | K. Van Steenwyk | The exhibit lacks relevancy as the dates are well before the relevant time period at issue (FRE 401). | | |
| 2201 | ACI minutes dated 6/21/17 [A313-314] | K. Van Steenwyk | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2202 | List of properties dated 3/30/17 [A321] | K. Van Steenwyk | | | |
| 2203 | ACI minutes dated 8/31/16 [A322] | K. Van Steenwyk | | | |
| 2204 | Invoices (various dates) [A421-496] | K. Van Steenwyk | | | |
| 2205 | Minutes of ATA/SDI 2014 Annual Meeting | D. Carter | This document has been excluded pursuant to the Court's Order, ECF No. 321. Defendants' attempt to re-introduce this document despite the Court's Order is particularly egregious. | | |
| 2206 | SDI/ATA Combined Financial Statements (various years) | D. Carter | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. | | |
| 2207 | Plaintiff's Initial Disclosures dated 7/20/20 | | | | |
| 2208 | Plaintiff' Supplemental Initial Disclosures dated 12/30/21 | | | | |

323

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2209 | Plaintiff's responses to KEVS' first set of interrogatories | | | | |
| 2210 | Plaintiff's responses to KEVS' second set of interrogatories | | | | |
| 2211 | Plaintiff's Declaration dated 5/6/22 (Dkt. No. 227-2) | | | | |
| 2212 | Plaintiff's Declaration dated 5/27/22 (Dkt. No. 257.5) | | | | |
| 2213 | 2023-02-01 Email from C. Jennings to J. Radeski re [ZEPPONI 000007] | M. Zepponi, C. Jennings and J. Radeski | | | |
| 2214 | 2023-02-01 Email from J. Radeski to C. Jennings re [ZEPPONI 000008] | M. Zepponi, J. Radeski and C. Jennings | | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2215 | 2023-02-02 Email from C. Schwartz to J. Heinzen re [ZEPPONI 000013 – ZEPPONI 000089] | M. Zepponi, C. Schwartz and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2216 | 2023-02-02 Email from J. Heinzen to C. Schwartz re [ZEPPONI 000090] | M. Zepponi, J. Heinzen and C. Schwartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2217 | 2023-02-03 Email from J. Heinzen to C. Schwartz re [ZEPPONI 000096 – ZEPPONI 000097] | M. Zepponi, J. Heinzen and C. Schwartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2218 | 2023-02-03 Email from C. Schwartz to Jude Radeski re [ZEPPONI 000098 - ZEPPONI 000100] | M. Zepponi, C. Schwartz and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2219 | 2023-02-03 Email from J. Heinzen to C. Schwartz re [ZEPPONI 000107 – ZEPPONI 000108] | M. Zepponi, J. Heinzen and C. Schwartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2220 | 2023-02-03 Email from C. Jennings to J. Heinzen re [ZEPPONI 000109 - ZEPPONI 000110] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2221 | 2023-02-03 Email from J. Heinzen to C. Jennings re [ZEPPONI 000111 - ZEPPONI 000113] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2222 | 2023-02-05 Email from J. Heinzen to C. Jennings re [ZEPPONI 000114 - ZEPPONI 000116] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2223 | 2023-02-05 Email from C. Jennings to J. Heinzen re [ZEPPONI 000117 - ZEPPONI 000120] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2224 | 2023-02-05 Email from C. Jennings to J. Radeski re [ZEPPONI 000121 - ZEPPONI 000124] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2225 | 2023-02-06 Email from J. Radeski to C. Jennings re [ZEPPONI 000125 - ZEPPONI 000128] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2226 | 2023-02-06 Email from C. Jennings to J. Radeski re [ZEPPONI 000129 - ZEPPONI 000132] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 2227 | 2023-02-06 Email from J. Radeski to C. Jennings re [ZEPPONI 000133 - ZEPPONI 000137] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2228 | 2023-02-06 Email from M. Zepponi to M. Zepponi and J. Bird re [ZEPPONI 000165 - ZEPPONI 000166] | M. Zepponi and J. Bird | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2229 | 2023-02-08 Email from C. Jennings to J. Heinzen re [ZEPPONI 0000167 - ZEPPONI 000206] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2230 | 2023-02-10 Email from J. Ciatti to M. Zepponi re [ZEPPONI 000208 - ZEPPONI 000209] | M. Zepponi and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2231 | 2023-02-10 Email from J. Heinzen to J. Ciatti and C. Jennings re [ZEPPONI 000216 - ZEPPONI 000220] | M. Zepponi, J. Heinzen, J. Ciatti and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2232 | 2023-02-13 Email from C. Jennings to J. Radeski re [ZEPPONI 000236 - ZEPPONI 000237] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2233 | 2023-02-14 Email from C. Schwartz to M. Zepponi re [ZEPPONI 000238 - ZEPPONI 000239] | M. Zepponi and C. Schwartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2234 | 2023-02-14 Email from C. Jennings to M. Zepponi re [ZEPPONI 000240 - ZEPPONI 000242] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

334

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2235 | 2023-02-14 Email from C. Jennings to J. Ciatti, M. Zepponi and C. Schwartz re [ZEPPONI 000245 - ZEPPONI 000247] | M. Zepponi, C. Jennings, J. Ciatti and C. Schwartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2236 | 2023-02-21 Email from J. Radeski to C. Jennings re [ZEPPONI 000248 - ZEPPONI 000258] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2237 | 2023-02-21 Email from C. Jennings to J. Radeski re [ZEPPONI 000259 - ZEPPONI 000269] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2238 | 2023-02-21 Email from J. Heinzen to J. Ciatti and C. Jennings re [ZEPPONI 0002852 - ZEPPONI 000288] | M. Zepponi, J. Heinzen, J. Ciatti and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2239 | 2023-02-21 Email from C. Jennings to J. Heinzen and J. Ciatti re [ZEPPONI 000289 - ZEPPONI 000290] | M. Zepponi, C. Jennings, J. Heinzen and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2240 | 2023-02-21 Email from J. Heinzen to C. Jennings re [ZEPPONI 000293 - ZEPPONI 000294] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2241 | 2023-02-21 Email from C. Jennings to J. Heinzen re [ZEPPONI 000295 - ZEPPONI 000297] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2242 | 2023-02-21 Email from C. Jennings to J. Radeski re [ZEPPONI 000301 - ZEPPONI 000307] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2243 | 2023-02-23 Email from C. Jennings to J. Heinzen re [ZEPPONI 000314 - ZEPPONI 000324] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2244 | 2023-02-27 Email from J. Heinzen to C. Jennings re [ZEPPONI 000328 - ZEPPONI 000329] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2245 | 2023-02-27 Email from C. Schwartz to J. Radeski re [ZEPPONI 000333 - ZEPPONI 000334] | M. Zepponi, C. Schwartz and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2246 | 2023-02-28 Email from C. Schwartz to J. Radeski re [ZEPPONI 000338 - ZEPPONI 000350] | M. Zepponi, C. Schwartz and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2247 | 2023-03-01 Email from J. Radeski to C. Jennings re [ZEPPONI 000351 - ZEPPONI 000359] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2248 | 2023-03-01 Email from J. Heinzen to C. Jennings re [ZEPPONI 000360 - ZEPPONI 000361] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 2249 | 2023-03-02 Email from C. Jennings to M. Zepponi re [ZEPPONI 000366 - ZEPPONI 000367] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2250 | 2023-03-06 Email from J. Radeski to C. Jennings re [ZEPPONI 000374 - ZEPPONI 000382] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2251 | 2023-03-07 Email from C. Jennings to J. Heinzen re [ZEPPONI 000383 - ZEPPONI 000387] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2252 | 2023-03-09 Email from C. Jennings to J. Heinzen re [ZEPPONI 000389 - ZEPPONI 000398] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

343

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2253 | 2023-03-09 Email from C. Jennings to J. Heinzen re [ZEPPONI 000401 - ZEPPONI 000410] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2254 | 2023-03-09 Email from J. Heinzen to C. Jennings re [ZEPPONI 000413 - ZEPPONI 000415] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2255 | 2023-03-09 Email from J. Heinzen to C. Jennings re [ZEPPONI 000416 - ZEPPONI 000422] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2256 | 2023-03-09 Email from C. Jennings to J. Heinzen re [ZEPPONI 000427 - ZEPPONI 000430] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2257 | 2023-03-09 Email from J. Heinzen to C. Jennings re [ZEPPONI 000435 - ZEPPONI 000442] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2258 | 2023-03-09 Email from C. Jennings to J. Heinzen re [ZEPPONI 000448 - ZEPPONI 000451] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2259 | 2023-03-09 Email from J. Heinzen to C. Jennings re [ZEPPONI 000452 - ZEPPONI 000456] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2260 | 2023-03-13 Email from C. Jennings to J. Heinzen re [ZEPPONI 000457 - ZEPPONI 000465] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2261 | 2023-03-14 Email from J. Bird to Finalis Compliance re [ZEPPONI 000466 - ZEPPONI 000470] | M. Zepponi, J. Bird and Finalis Compliance | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2262 | 2023-03-15 Email from J. Heinzen to C. Jennings re [ZEPPONI 000478 - ZEPPONI 000482] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2263 | 2023-03-15 Email from C. Jennings to J. Radeski re [ZEPPONI 000483 - ZEPPONI 000492] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2264 | 2023-03-15 Email from C. Jennings to J. Radeski re [ZEPPONI 000493 - ZEPPONI 000502] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2265 | 2023-03-15 Email from J. Radeski to C. Jennings re [ZEPPONI 000503 - ZEPPONI 000504] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2266 | 2023-03-15 Email from J. Radeski to C. Jennings re [ZEPPONI 000505 - ZEPPONI 000514] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2267 | 2023-03-15 Email from C. Schwartz to C. Jennings re [ZEPPONI 000521 - ZEPPONI 000526] | M. Zepponi, C. Schwartz and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2268 | 2023-03-15 Email from C. Jennings to J. Heinzen re [ZEPPONI 000527 - ZEPPONI 000547] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2269 | 2023-03-15 Email from C. Jennings to J. Heinzen re [ZEPPONI 000548 - ZEPPONI 000568] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2270 | 2023-03-15 Email from C. Jennings to J. Heinzen re [ZEPPONI 000582 - ZEPPONI 000586] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

352

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2271 | 2023-03-15 Email from C. Schwartz to C. Jennings and J. Bird re [ZEPPONI 000600 - ZEPPONI 000617] | M. Zepponi, C. Jennings and J. Bird | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2272 | 2023-03-16 Email from C. Schwartz to J. Heinzen re [ZEPPONI 000628] | M. Zepponi, and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2273 | 2023-03-16 Email from J. Heinzen to C. Schwartz re [ZEPPONI 000642 - ZEPPONI 000643] | M. Zepponi, and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2274 | 2023-03-16 Email from C. Jennings to C. Schwartz re [ZEPPONI 000668 - ZEPPONI 000677] | M. Zepponi, and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2275 | 2023-03-16 Email from C. Schwartz to C. Jennings, J. Ciatti and J. Bird re [ZEPPONI 000713 - ZEPPONI 000714] | M. Zepponi, C. Jennings, J. Ciatti and J. Bird | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2276 | 2023-03-17 Email from C. Jennings to J. Radeski re [ZEPPONI 001070 - ZEPPONI 001072] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2277 | 2023-03-17 Email from C. Schwartz to J. Radeski re [ZEPPONI 001073 - ZEPPONI 001074] | M. Zepponi, and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2278 | 2023-03-17 Email from J. Radeski to C. Schwartz re [ZEPPONI 001075 - ZEPPONI 001076] | M. Zepponi, and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

356

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|----------------------------------|------------------------|-----------------|----------------|
| 2279 | 2023-03-17 Email from C. Jennings to J. Ciatti re [ZEPPONI 001080 - ZEPPONI 001088] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2280 | 2023-03-17 Email from C. Schwartz to J. Heinzen re [ZEPPONI 001089 - ZEPPONI 001092] | M. Zepponi, and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2281 | 2023-03-17 Email from C. Jennings to J. Radeski re [ZEPPONI 001093 - ZEPPONI 001104] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2282 | 2023-03-17 Email from C. Jennings to J. Radeski re [ZEPPONI 001105] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|----------------|
| 2283 | 2023-03-17 Email from J. Heinzen to C. Schwartz re [ZEPPONI 001106 - ZEPPONI 001109] | M. Zepponi, J. Heinzen and C. Schwartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2284 | 2023-03-17 Email from C. Jennings to J. Radeski re [ZEPPONI 001110 - ZEPPONI 001111] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 2285 | 2023-03-17 Email from C. Jennings to J. Ciatti, C. Schwartz and J. Bird re [ZEPPONI 001112 - ZEPPONI 001146] | M. Zepponi, C. Jennings, J. Ciatti, and J. Bird | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2286 | 2023-03-17 Email from J. Radeski to C. Jennings re [ZEPPONI 001147 - ZEPPONI 001148] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2287 | 2023-03-17 Email from J. Radeski to C. Jennings re [ZEPPONI 001149 - ZEPPONI 001150] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2288 | 2023-03-17 Email from C. Schwartz to J. Radeski re [ZEPPONI 001158 - ZEPPONI 001159] | M. Zepponi, and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 2289 | 2023-03-19 Email from C. Jennings to J. Radeski re [ZEPPONI 001175 - ZEPPONI 001218] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2290 | 2023-03-20 Email from C. Schwartz to J. Heinzen re [ZEPPONI 001219] | M. Zepponi, and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2291 | 2023-03-20 Email from J. Heinzen to C. Schwartz re [ZEPPONI 001220 - ZEPPONI 001264] | M. Zepponi, and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2292 | 2023-03-20 Email from C. Schwartz to J. Bird re [ZEPPONI 001266 - ZEPPONI 001312] | M. Zepponi | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

1
2

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2293 | 2023-03-20 Email from C. Schwartz to E. Jensen re [ZEPPONI 001456 - ZEPPONI 001502] | M. Zepponi and E. Jensen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2294 | 2023-03-20 Email from C. Schwartz to J. Heinzen re [ZEPPONI 001647 - ZEPPONI 001693] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2295 | 2023-03-20 Email from J. Heinzen to C. Schwartz re [ZEPPONI 001694 - ZEPPONI 001695] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2296 | 2023-03-21 Email from C. Schwartz to J. Radeski re [ZEPPONI 001802 - ZEPPONI 001804] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2297 | 2023-03-21 Email from C. Schwartz to J. Radeski re [ZEPPONI 001838 - ZEPPONI 001839] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2298 | 2023-03-21 Email from J. Radeski to C. Jennings re [ZEPPONI 001842 - ZEPPONI 001844] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2299 | 2023-03-22 Email from J. Heinzen to C. Schwartz re [ZEPPONI 001848 - ZEPPONI 001849] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2300 | 2023-03-22 Email from J. Heinzen to L. Bertrand re [ZEPPONI 001856 - ZEPPONI 001861] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

367

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2301 | 2023-03-22 Email from J. Radeski to C. Schwartz re [ZEPPONI 001888] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2302 | 2023-03-22 Email from C. Schwartz to J. Radeski re [ZEPPONI 001889 - ZEPPONI 001890] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2303 | 2023-03-22 Email from J. Heinzen to C. Schwartz re [ZEPPONI 001891 - ZEPPONI 001893] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2304 | 2023-03-23 Email from C. Schwartz to J. Radeski re [ZEPPONI 001898 - ZEPPONI 001901] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2305 | 2023-03-23 Email from J. Radeski to J. Ciatti and C. Jennings re [ZEPPONI 001923 - ZEPPONI 001925] | M. Zepponi, J. Radeski, J. Ciatti and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2306 | 2023-03-24 Email from J. Heinzen to C. Schwartz re [ZEPPONI 001937] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2307 | 2023-03-24 Email from C. Schwartz to C. Jennings re [ZEPPONI 001965 - ZEPPONI 001977] | M. Zepponi, and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2308 | 2023-03-24 Email from C. Schwartz to C. Jennings re [ZEPPONI 001978 - ZEPPONI 001990] | M. Zepponi, and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2309 | 2023-03-28 Email from J. Radeski to J. Heinzen re [ZEPPONI 002084 - ZEPPONI 002085] | M. Zepponi, J. Radeski and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2310 | 2023-03-28 Email from C. Jennings to J. Radeski re [ZEPPONI 002086 - ZEPPONI 002088] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2311 | 2023-03-29 Email from J. Radeski to C. Jennings re [ZEPPONI 002089 - ZEPPONI 002091] | M. Zepponi, J. Radeski and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2312 | 2023-03-30 Email from J. Heinzen to C. Schwartz re [ZEPPONI 002157 - ZEPPONI 002158] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2313 | 2023-03-30 Email from C. Jennings to C. Schwartz re [ZEPPONI 002167 - ZEPPONI 002169] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2314 | 2023-03-30 Email from C. Schwartz to J. Radeski re [ZEPPONI 002173 - ZEPPONI 002175] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2315 | 2023-03-30 Email from J. Radeski to J. Heinzen and C. Jennings re [ZEPPONI 002179 - ZEPPONI 002181] | M. Zepponi, J. Radeski, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2316 | 2023-03-30 Email from J. Heinzen to C. Jennings re [ZEPPONI 002182] | M. Zepponi, J. Heinzen and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2317 | 2023-03-30 Email from J. Heinzen to J. Radeski re [ZEPPONI 002183 - ZEPPONI 002185] | M. Zepponi, J. Heinzen and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2318 | 2023-03-30 Email from C. Jennings to J. Heinzen re [ZEPPONI 002188 - ZEPPONI 002189] | M. Zepponi, C. Jennings and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|----------------|
| 2319 | 2023-03-30 Email from L. Hamon to C. Schwartz and B. Marino re [ZEPPONI 002252 - ZEPPONI 002253] | M. Zepponi, L. Hamon and B. Marino | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2320 | 2023-03-30 Email from C. Schwartz to J. Heinzen re [ZEPPONI 002284 - ZEPPONI 002285] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2321 | 2023-04-03 Email from J. Radeski to C. Schwartz re [ZEPPONI 002394 - ZEPPONI 002397] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2322 | 2023-04-03 Email from Firmex to C. Schwartz re [ZEPPONI 002398] | M. Zepponi | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2323 | 2023-04-03 Email from C. Schwartz to C. Jennings re [ZEPPONI 002399 - ZEPPONI 002408] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2324 | 2023-04-04 Email from J. Radeski to C. Jennings and C. Schwartz re [ZEPPONI 002417 - ZEPPONI 002418] | M. Zepponi, J. Radeski, and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 2325 | 2023-04-05 Email from C. Jennings to M. Zepponi and J. Ciatti re [ZEPPONI 002529] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2326 | 2023-04-05 Email from J. Heinzen to C. Jennings, C. Schwartz and J. Ciatti re [ZEPPONI 002530] | M. Zepponi, J. Heinzen, C. Jennings, and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2327 | 2023-04-05 Email from C. Jennings to J. Radeski and J. Ciatti re [ZEPPONI 002535 - ZEPPONI 002536] | M. Zepponi, C. Jennings, J. Radeski and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2328 | 2023-04-05 Email from C. Schwartz to J. Heinzen re [ZEPPONI 002538 - ZEPPONI 002543] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2329 | 203-04-05 Email from M. Zepponi to C. Jennings and J. Ciatti re [ZEPPONI 002547 - ZEPPONI 002548] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2330 | 2023-04-05 Email from C. Jennings to M. Zepponi and J. Ciatti re [ZEPPONI 002549 - ZEPPONI 002551] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2331 | 2023-04-05 Email from J. Heinzen to C. Schwartz re [ZEPPONI 002563 - ZEPPONI 002564] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2332 | 2023-04-05 Email from C. Jennings to J. Radeski re [ZEPPONI 002565] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2333 | 2023-04-06 Email from S. Hohenberger to C. Jennings re [ZEPPONI 002566 - ZEPPONI 002567] | M. Zepponi, and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2334 | 2023-04-07 Email from J. Heinzen to J. Ciatti re [ZEPPONI 002568 - ZEPPONI 002616] | M. Zepponi, J. Heinzen and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2335 | 2023-04-07 Email from C. Schwartz to J. Heinzen re [ZEPPONI 002617 - ZEPPONI 002618] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2336 | 2023-04-07 Email from J. Heinzen to C. Schwartz re [ZEPPONI 002621 - ZEPPONI 002622] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2337 | 2023-04-10 Email from C. Jennings to J. Ciatti and M. Zepponi re [ZEPPONI 002629 - ZEPPONI 002678] | M. Zepponi, C. Jennings, and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2338 | 2023-04-10 Email from J. Heinzen to C. Schwartz re [ZEPPONI 002683] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|-----------------|---------------|
| 2339 | 2023-04-10 Email from C. Schwartz to L. Hamon re [ZEPPONI 002684] | M. Zepponi and L. Hamon | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2340 | 2023-04-10 Email from D. Carter to C. Schwartz and L. Hamon re [ZEPPONI 002685 - ZEPPONI 002686] | M. Zepponi, D. Carter, and L. Hamon | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2341 | 2023-04-10 Email from L. Hamon to D. Carter and C. Schwartz re [ZEPPONI 002687 - ZEPPONI 002688] | M. Zepponi, L. Hamon, and D. Carter | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2342 | 2023-04-10 Email from D. Carter to L. Hamon and C. Schwartz re [ZEPPONI 002689 - ZEPPONI 002691] | M. Zepponi, D. Carter, and L. Hamon | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2343 | 2023-04-10 Email from L. Hamon to D. Carter and C. Schwartz re [ZEPPONI 002692 - ZEPPONI 002694] | M. Zepponi, L. Hamon, and D. Carter | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2344 | 2023-04-10 Email from D. Carter to L. Hamon and B. Marino re [ZEPPONI 002695 - ZEPPONI 002698] | M. Zepponi, D. Carter, L. Hamon and B. Marino | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2345 | 2023-04-10 Email from L. Hamon to D. Carter and B. Marino re [ZEPPONI 002699 - ZEPPONI 002702] | M. Zepponi, L. Hamon, D. Carter and B. Marino | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2346 | 2023-04-14 Email from C. Schwartz to C. Jennings and J. Ciatti re [ZEPPONI 002768] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2347 | 2023-04-17 Email from C. Schwartz to C. Jennings re [ZEPPONI 002769 - ZEPPONI 002774] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2348 | 2023-04-17 Email from C. Schwartz to C. Jennings re [ZEPPONI 002775 - ZEPPONI 002780] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2349 | 2023-04-17 Email from C. Jennings to C. Schwartz re [ZEPPONI 002781 - ZEPPONI 002783] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2350 | 2023-04-17 Email from C. Schwartz to J. Heinzen re [ZEPPONI 002789 - ZEPPONI 002790] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2351 | 2023-04-17 Email from J. Heinzen to C. Schwartz re [ZEPPONI 002791 - ZEPPONI 002792] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2352 | 2023-04-17 Email from J. Heinzen to C. Schwartz re [ZEPPONI 002793 - ZEPPONI 002795] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2353 | 2023-04-17 Email from J. Heinzen to J. Ciatti re [ZEPPONI 002796] | M. Zepponi, J. Heinzen and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2354 | 2023-04-17 Email from C. Jennings to J. Radeski re [ZEPPONI 002798 - ZEPPONI 002799] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2355 | 2023-04-18 Email from C. Schwartz to J. Heinzen re [ZEPPONI 002802 - ZEPPONI 002804] | M. Zepponi and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2356 | 2023-04-25 Email from J. Heinzen to J. Ciatti re [ZEPPONI 002967] | M. Zepponi, J. Heinzen and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2357 | 2023-04-25 Email from J. Ciatti to M. Zepponi re [ZEPPONI 002970 - ZEPPONI 002971] | M. Zepponi and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2358 | 2023-05-03 Email from C. Schwartz to C. Jennings re [ZEPPONI 002980 - ZEPPONI 002984] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2359 | 2023-05-03 Email from C. Schwartz to E. Jensen re [ZEPPONI 002988 - ZEPPONI 002992] | M. Zepponi and E. Jensen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2360 | 2023-05-04 Email from J. Heinzen to J. Ciatti re [ZEPPONI 002993 - ZEPPONI 003125] | M. Zepponi, J. Heinzen and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2361 | 2023-05-04 Email from C. Jennings to J. Radeski re [ZEPPONI 003126 - ZEPPONI 003258] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2362 | 2022-10-04 Email from J. Ciatti to Staff re [ZEPPONI 009273 - ZEPPONI 009275] | M. Zepponi and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2363 | 2022-10-04 Email from C. Jennings to M. Turrentine and J. Ciatti re [ZEPPONI 009276] | M. Zepponi, C. Jennings, M. Turrentine and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2364 | 2022-10-04 Email from C. Jennings to J. Radeski re [ZEPPONI 009277 - ZEPPONI 009279] | M. Zepponi, C. Jennings and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2365 | 2022-10-20 Email from C. Jennings to J. Ciatti re [ZEPPONI 009317 - ZEPPONI 009318] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2366 | 2022-10-20 Email from J. Ciatti to J. Bird re [ZEPPONI 009319 - ZEPPONI 009320] | M. Zepponi and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2367 | 2022-10-20 Email from J. Bird to C. Schwartz re [ZEPPONI 009321 - ZEPPONI 009322] | M. Zepponi | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2368 | 2022-10-25 Email from J. Radeski to M. Zepponi and K. Van Steenwyk re [ZEPPONI 009336] | M. Zepponi, J. Radeski and K. Van Steenwyk | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

401

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2369 | 2022-10-26 Email from J. Radeski to C. Schwartz re [ZEPPONI 009343 - ZEPPONI 009346] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2370 | 2022-10-26 Email from C. Jennings to M. Zepponi re [ZEPPONI 009347 - ZEPPONI 009351] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2371 | 2022-10-26 Email from C. Jennings to M. Zepponi re [ZEPPONI 009352 - ZEPPONI 009355] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2372 | 2022-10-26 Email from C. Schwartz to M. Zepponi re [ZEPPONI 009380 - ZEPPONI 009384] | M. Zepponi | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|--------------------------------|------------------------|----------------|---------------|
| 2373 | 2022-10-27 Email from C. Jennings to M. Zepponi and J. Ciatti re [ZEPPONI 009385] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2374 | 2022-10-28 Email from C. Schwartz to C. Jennings re [ZEPPONI 009386 - ZEPPONI 009387] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

404

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2375 | 2022-10-28 Email from C. Schwartz to M. Zepponi, J. Ciatti and C. Jennings re [ZEPPONI 009388 - ZEPPONI 009389] | M. Zepponi, J. Ciatti and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2376 | 2022-10-28 Email from C. Schwartz to C. Jennings re [ZEPPONI 009390 - ZEPPONI 009391] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2377 | 2022-10-31 Email from C. Schwartz to M. Turrentine re [ZEPPONI 009392] | M. Zepponi mand M. Turrentine | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2378 | 2022-10-31 Email from C. Schwartz to J. Ciatti and C. Jennings re [ZEPPONI 009393] | M. Zepponi, J. Ciatti and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2379 | 2022-11-02 Email from C. Jennings to J. Ciatti re [ZEPPONI 009394 - ZEPPONI 009395] | M. Zepponi, C. Jennings and J. Ciatti | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2380 | 2022-11-02 Email from C. Schwartz to M. Turrentine, J. Ontiveros and Newhall re [ZEPPONI 009396 - ZEPPONI 009399] | M. Zepponi and M. Turrentine, | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2381 | 2022-11-02 Email from C. Jennings to C. Schwartz re [ZEPPONI 009402 - ZEPPONI 009404] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2382 | 2022-11-02 Email from C. Schwartz to C. Jennings re [ZEPPONI 009405 - ZEPPONI 009406] | M. Zepponi and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|----------------|
| 2383 | 2022-11-02 Email from C. Schwartz to M. Zepponi, J. Ciatti and C. Jennings re [ZEPPONI 009407 - ZEPPONI 009408] | M. Zepponi, J. Ciatti and C. Jennings | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2384 | 2022-11-10 Email from M. Turrentine to C. Schwartz re [ZEPPONI 009409 - ZEPPONI 009410] | M. Zepponi and M. Turrentine | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2385 | 2022-11-10 Email from C. Jennings to M. Turrentine and C. Schwartz re [ZEPPONI 009411 - ZEPPONI 009412] | M. Zepponi, C. Jennings, and M. Turrentine | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2386 | 2022-11-10 Email from C. Schwartz to J. Radeski re [ZEPPONI 009413 - ZEPPONI 009415] | M. Zepponi and J. Radeski | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|-------|-------------|-------------------------------|------------------------|-----------------|---------------|
| 2387 | Wonderful Adelaida Deal Review [TWC-Steenwyk 000097 - TWC-Steenwyk 000116] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2388 | Wonderful e-mails, various dates [TWC-Steenwyk 000117 - TWC-Steenwyk 000121] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

411

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2389 | Wonderful e-mails, various dates [TWC-Steenwyk 000122 - TWC-Steenwyk 000123] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2390 | Wonderful e-mails, various dates [TWC-Steenwyk 000124 - TWC-Steenwyk 000125] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2391 | Wonderful e-mail dated August 16, 2022 [TWC-Steenwyk 000126] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2392 | Wonderful e-mails dated August 16, 2022 [TWC-Steenwyk 000127 - TWC-Steenwyk 000128] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2393 | Wonderful e-mail dated August 19, 2022 [TWC-Steenwyk 000129] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2394 | Wonderful e-mails dated July 18, 2022 [TWC-Steenwyk 000130] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

414

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2395 | Wonderful e-mails, various dates [TWC-Steenwyk 000131 - TWC-Steenwyk 000132] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2396 | Wonderful e-mails, various dates [TWC-Steenwyk 000133 - TWC-Steenwyk 000134] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2397 | Wonderful e-mails, various dates [TWC-Steenwyk 000135 - TWC-Steenwyk 000136] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2398 | Wonderful e-mails, various dates [TWC-Steenwyk 000137 - TWC-Steenwyk 000138] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2399 | Wonderful e-mail dated March 20, 20223 [TWC-Steenwyk 000139] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2400 | Wonderful e-mails, various dates [TWC-Steenwyk 000140 - TWC-Steenwyk 000147] | S. Swartz | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2401 | O'Hagan's April 20, 2020 letter (with enclosures) to UMK | | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2402 | M. Umhofer's Declaration (including exhibits) dated December 13, 2023 | M. Umhofer | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2403 | M. Umhofer's deposition transcript (including exhibits) dated December 29, 2023 | M. Umhofer | The exhibit list contains an insufficient identification to allow for a specific objection to this exhibit. UMK did not exist in 2020. | | |
| 2404 | Documents produced by Plaintiff in Texas Action [MVS0000001 - MVS0000035] | M. Umhofer | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2405 | California Superior Court Ruling dated November 15, 2023 | | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |
| 2406 | California Superior Court Order dated December 15, 2023 | | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

420

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| Ex. # | Description | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 2407 | Mount Paso e-mails, dated May 1-2, 2023 [MPLLC000001 - MPLLC000002] | A. Anand and J. Heinzen | This exhibit was not provided during the discovery process. It is irrelevant (FRE 401) as it postdates pertinent facts and legal issues. Any probative value is outweighed by risk of confusion and undue prejudice (FRE 403) because it concerns only issues and evidence in parallel proceedings. The exhibit is inadmissible hearsay (FRE 801). | | |

421

JOINT EXHIBIT LIST – DEFENDANTS' EXHIBITS

| | |
|---|---|
| 1 | Dated: May 10, 2024 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Dated: May 10, 2024 |

Dated: May 10, 2024          **UMHOFER, MITCHELL & KING LLP**

/s/ Matthew Donald Umhofer
MATTHEW DONALD UMHOFER, ESQ.
J. ANTHONY KING, ESQ.
DIANE H. BANG, ESQ.
Attorneys for Plaintiff

*The filer of the document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: May 10, 2024          **ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**

/s/ Chase W. Martin
CHASE W. MARTIN, ESQ.
Attorneys for Plaintiff

Dated: May 10, 2024          **O'HAGAN MEYER, LLC**

/s/ Johnny Antwiler
JOHNNY ANTWILER, ESQ.
SAMUEL Y. EDGERTON, III, ESQ.
Attorneys for Defendants Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, Daniel Carter, Joseph McCoy, Kieran Duggan, Elizabeth A. Van Steenwyk, individually, and as Original Trustee and as Beneficiary of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust, Applied Technologies Associates, Inc., Scientific Drilling International, Inc., and ATA Ranches, Inc.

Dated: May 10, 2024          **WINGET SPADAFORA & SCHWARTZBERG LLP**

/s/ Richard Tricker
TIMOTHY FREDRICKS
RICHARD TRICKER
Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.

JOINT EXHIBIT LIST