MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@umklaw.com
J. ANTHONY KING, ESQ. SBN 297279
anthony@umklaw.com
DIANE H. BANG, ESQ., SBN 271939
diane@umklaw.com
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

CHASE W. MARTIN, ESQ., SBN 260444
cmartin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONL, INC. and ATA RANCHES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>KEDRIN E. VAN STEENWYK, et al., Defendants, <br><br>and <br><br>APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br>Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AJRx <br><br>*Hon. Fernando L. Aenlle-Rocha* <br><br>**PLAINTIFF'S [PROPOSED] VOIR DIRE QUESTIONS** <br><br>**FPTC** <br>Date:   June 7, 2024 <br>Time:  1:30 p.m. <br>Courtroom:  6B <br><br>**TRIAL**   June 25, 2024 |

---

*PLAINTIFF'S [PROPOSED] VOIR DIRE QUESTIONS*

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Matthew Van Steenwyk hereby submits the following Proposed Voir Dire Questions pursuant to Section II.A.7. of the Court's Order Re: Pretrial Schedule, Trial Requirements and Conduct of Attorneys and Parties.

1. Do you hold any advanced degrees or have any training in corporate business practices? Please explain.
2. Have you or anyone close to you had important or significant experiences as a shareholder of a company? Please explain.
3. Have you or anyone close to you had experience in running a business? What was your role?
4. Is there anyone here who has partnered with others in a business?
   a. Can you tell us about the business, your percentage of ownership, and how many partners you had?
   b. If the business ended, how did it end—on good terms?
5. Have you or anyone close to you ever been in business with a family member? If yes, can you tell me if that was a good or bad experience for you. Please explain.
6. Is there anyone here who has served on a board of directors?
   a. If so, could you tell us a little about that—what organization were you on the board and for how long and did you serve on any committees of the board?
7. Is there anyone here who has served as an officer of a company?
   a. Can you tell us about your position, who you were required to report to, and whether you ever disagreed with others about how company money should be spent?
8. Do you understand the concept of a fiduciary duty?

      a. Have you ever been in a position where you owed a fiduciary duty to someone else, or someone owed it to you?

9. Have any of you ever worked for a winery or grape farm or ranch?

      a. Do you have any education, training or experience in viticulture—that is, in the process of making wine?

10. How many of you have disagreed with a business decision of your employer's that you thought was a bad idea?

      a. What did you think was a bad idea, and what, if anything, did you do about it?

11. Have you ever been involved in or witnessed a family dispute over business matters? How did that experience affect you?

      a. Have you or a close family member ever been involved in a legal dispute over the breach of fiduciary duty or any other type of business litigation?

12. Do you feel that it is wrong for a person to bring a VALID lawsuit against a family member? Please explain.

      a. On a scale of 0-10, how strongly do you agree or disagree with the following statement: I have no problem with a person bringing a VALID lawsuit against a family member.

      b. If a family member took something that was very valuable and important from you and repeatedly refused to give it back, would you sue? Why?

      c. What are your views on litigation as a way to resolve business disputes? What about when the litigation is between family members?

          i. Do you believe it is effective or do you have concerns about it?

      d. Would the fact that one relative is suing another family member over a family business color how you would evaluate the evidence in a case? How?

13. How do you think you would handle emotional testimony or evidence involving family members in conflict?

14. Have you or anyone close to you ever had a serious falling out with a relative? If it's not too personal, would you mind telling us a little bit about that situation?

15. Do you or anyone you know have any personal or professional relationship with any of the parties (individuals or companies) involved in this case?

      a. Have you read or heard anything about this case or the parties in it before today? If so, what have you read or heard, and how might it influence your views?

16. Do you or any immediate family members have any financial interests in the energy, oil, or wine industries that might affect your impartiality?

17. What are your opinions generally of wealthy people?

Dated: May 24, 2024

**UMHOFER, MITCHELL & KING LLP**

By: /s/ Matthew Donald Umhofer
Matthew Donald Umhofer
J. Anthony King
Diane H. Bang

*Attorneys for Plaintiffs*

PLAINTIFF'S [PROPOSED] VOIR DIRE QUESTIONS