MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@umklaw.com
J. ANTHONY KING, ESQ. SBN 297279
anthony@umklaw.com
DIANE H. BANG, ESQ., SBN 271939
dbang@umklaw.com
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

CHASE W. MARTIN, ESQ., SBN 260444
cmartin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC. and ATA RANCHES, INC.,

Plaintiff,

vs.

KEDRIN E. VAN STEENWYK, et al.,

Defendants,

and

APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC.,

Nominal Defendants.

Case No.: 2:20-cv-02375-FLA-AJR

*Hon. Fernando L. Aenlle-Rocha*

**JOINT STATEMENT OF THE CASE**

FPTC: June 7, 2024
Trial: June 25, 2024

Pursuant to Section II.A.6. of the Court's Order Re: Pretrial Schedule, Trial Requirements and Conduct of Attorneys and Parties (Dkt. 343), the Parties jointly submit their proposed statements of the case to be read by the Court to the prospective panel of jurors before commencement of voir dire.

Dated: May 24, 2024

UMHOFER, MITCHELL & KING LLP

By: /s/ Matthew Donald Umhofer
Matthew Donald Umhofer
J. Anthony King
Diane H. Bang

*Attorneys for Plaintiff*

Dated: May 24, 2024

O'HAGAN MEYER, LLC

By: /s/ Johnny L. Antwiler
Samuel Y. Edgerton, III
Johnny L. Antwiler

*Attorneys for Defendants Applied Technologies Associates, Inc., Scientific Drilling International, Inc., ATA Ranches, Inc., Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, Joseph McCoy, Daniel Carter, and Kieran Duggan*

Dated: May 24, 2024

WINGET, SPADAFORA & SCHWARTZBERG, LLP

By: /s/ Richard P. Tricker
Timothy W. Fredericks
Richard P. Tricker

*Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.*

**A. Plaintiff's Proposed Statement**

The Plaintiff Matthew Van Steenwyk is the trustee of his trusts and his sister Gretchen's trusts, which are minority shareholders of two oil and gas drilling technology companies, Applied Technologies Associates ("ATA") and Scientific Drilling International ("SDI"). Matthew alleges that the controlling shareholders of the drilling companies and their Directors and Officers breached their fiduciary duties and wasted corporate assets.

Specifically, Matthew alleges that the controlling shareholders—Kedrin van Steenwyk and Elizabeth van Steenwyk—abused their positions as controlling shareholders by causing the Companies to divert tens of millions of dollars of their drilling money into a winery they separately owned and controlled called Adelaida Cellars. Matthew also claims that the Companies' Directors— Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, and Joseph McCoy—and officers—Daniel Carter, and Kieran Duggan—allowed and assisted Kedrin and Elizabeth's self-dealing. Matthew alleges that the defendants' conduct wasted corporate assets and breached fiduciary duties in ways that damaged ATA, SDI, and their minority shareholders.

The Court has already found that Kedrin and Elizabeth breached their fiduciary duties as to certain conduct alleged by Matthew and that Carter aided and abetted breaches by Kedrin. The Court also found that Kedrin, Elizabeth, Carter, and Duggan cannot assert a defense called the "business judgment rule" to defend their conduct at trial. The trial will proceed on all other allegations in the case.

The defendants deny all the allegations and claim that their conduct was reasonable. They also allege that Matthew's claims are barred by the statute of limitations.

//

//

//

//

**B. Defendants' Proposed Statement**

The Plaintiff Matthew Van Steenwyk ("Plaintiff") is the trustee of his trusts and his sister Gretchen's trusts, which trusts are minority shareholders of two oil and gas drilling technology companies, Applied Technologies Associates ("ATA") and Scientific Drilling International ("SDI"). Plaintiff alleges that the controlling shareholder of the ATA and SDI and the Directors and Officers of ATA and SDI allegedly breached their fiduciary duties and wasted corporate assets.

In addition, Plaintiff alleges that the controlling shareholder of ATA and SDI, which is also a trust, breached its fiduciary duty by causing the Companies to divert their assets into a winery owned by Adelaida Cellars, Inc. Plaintiff also alleges that the Companies' Directors— Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, and Joseph McCoy—and officers—Daniel Carter, and Kieran Duggan—aided and abetted the controlling shareholder of ATA and SDI in that regard. Plaintiff alleges that the conduct of some or all of the defendants derivatively damaged ATA or SDI, and/or directly damaged the minority shareholders and ATA and SDI.

The defendants deny all of Plaintiff's allegations. They also allege that Plaintiff's claims are barred by the statute of limitations and the business judgment rule.

**CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)**

Pursuant to Local Rule 5-4.3.4(a)(2), Plaintiff's counsel attests that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

Dated: May 24, 2024

UMHOFER, MITCHELL & KING LLP

By: /s/ Matthew Donald Umhofer
Matthew Donald Umhofer
J. Anthony King
Diane Bang

*Attorneys for Plaintiff*