MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@umklaw.com
J. ANTHONY KING, ESQ., SBN 297279
anthony@umklaw.com
DIANE H. BANG, ESQ., SBN 271939
diane@umklaw.com
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

CHASE W. MARTIN, ESQ., SBN 260444
cmartin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONL, INC. and ATA RANCHES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEDRIN E. VAN STEENWYK, et al., <br> Defendants, <br><br> and <br><br> APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br> Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AJRx <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **PLAINTIFF'S SUBMISSION OF JOINT [*PROPOSED*] JURY INSTRUCTIONS** |

**TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:**

Plaintiff MATTHEW D. VAN STEENWYK hereby submits the following Joint List of [Proposed] Jury Instructions,[1] including Exhibit 1 (Clean Instructions) and Exhibit 2 (Redlined Instructions), pursuant to this Court's trial order (Amended Order Re: Trial Requirements, and Conduct of Attorneys and Parties, ECF No. 343). Disputed instructions have been included in the index in compliance with the Court's trial order as well.

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE |
|---|---|---|---|
| | **Instruction in the Trial Process** | | |
| 1 | Burden of Proof – Preponderance of the Evidence | 9th Cir. 1.6 | 2 |
| 2 | Burden of Proof – Clear and Convincing Evidence | 9th Cir. 1.7 | 3 |
| 3 | Two or More Parties—Different Legal Rights | 9th Cir. 1.8 | 4 |
| 4 | What is Evidence | 9th Cir. 1.9 | 5 |
| 5 | What is Not Evidence | 9th Cir. 1.10 | 6 |
| 6 | Evidence for Limited Purpose | 9th Cir. 1.11 | 7 |
| 7 | Direct and Circumstantial Evidence | 9th Cir. 1.12 | 8 |
| 8 | Ruling on Objections | 9th Cir. 1.13 | 9 |
| 9 | Credibility of Witnesses | 9th Cir. 1.14 | 10-11 |
| 10 | Conduct of the Jury | 9th Cir. 1.15 | 12-13 |
| 11 | No Transcript Available to Jury | 9th Cir. 1.17 | 14 |
| 12 | Taking Notes | 9th Cir. 1.18 | 15 |
| 13 | Bench Conferences and Recesses | 9th Cir. 1.20 | 16 |

---

[1] Plaintiff on good faith believes parties have agreed to the instructions herein but could not timely obtain confirmation to apply Defendants' electronic signatures.

1.

*PLAINTIFF'S SUBMISSION OF JOINT [PROPOSED] JURY INSTRUCTIONS*

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE |
|---|---|---|---|
| 14 | Outline of Trial | 9th Cir. 1.21 | 17 |
| | **Instruction in the Course of Trial** | | |
| 15 | Cautionary Instructions | 9th Cir. 2.0 | 18 |
| 16 | Stipulations of Fact | 9th Cir. 2.2 | 19 |
| 17 | Deposition in Lieu of Live Testimony | 9th Cir. 2.4 | 20 |
| 18 | Use of Interrogatories | 9th Cir. 2.11 | 21 |
| 19 | Expert Opinion | 9th Cir. 2.13 | 22 |
| 20 | Charts and Summaries Not Received in Evidence | 9th Cir. 2.14 | 23 |
| 21 | Charts and Summaries Received in Evidence | 9th Cir. 2.15 | 24 |
| | **Instructions at the end of Trial** | | |
| 22 | Duty to Deliberate | 9th Cir. 3.1 | 25 |
| 23 | Communication with Court | 9th Cir. 3.3 | 26 |
| 24 | Return of Verdict | 9th Cir. 3.5 | 27 |
| | **PLAINTIFF'S INSTRUCTIONS DISPUTED BY DEFENDANTS** | | |
| | **Instruction in the Trial Process** | disputed | |
| 25 | Duty of the Jury | 9th Cir. 1.2 | -- |
| 26 | Claims and Defenses | 9th Cir. 1.5 | -- |
| 27 | Inferences Defined | Fed. Jury Practice and Instructions 6th ed. § 104.20 | -- |
| 28 | Failure to Produce Evidence | Fed. Jury Practice and Instructions 6th ed. § 104.26 | -- |
| | **Instruction in the Course of Trial** | disputed | |
| 29 | Judicial Notice | 9th Cir. 2.3 | -- |
| 30 | Impeachment Evidence – Witness | 9th Cir. 2.9 | -- |
| 31 | Use of Request for Admission | 9th Cir. 2.12 | -- |

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE |
|---|---|---|---|
| | **Claims** | disputed | |
| 32 | Corporations and Partnerships – Fair Treatment | 9th Cir. 4.1 | -- |
| 33 | Liability of Corporations – Scope of Authority Not in Issue | 9th Cir. 4.2 | -- |
| 34 | Officer Defined | *GAB Bus. Servs., Inc. v. Lindsey & Newsom Claim Servs., Inc.*, 83 Cal. App. 4th 409, 420-21 (2000) | -- |
| 35 | Director Defined | *Grosset v. Wenaas*, 42 Cal. 4th 1100, 1108 (2008) | -- |
| 36 | Controlling Shareholder Fiduciary Duties | *Jones v. H. F. Ahmanson & Co.*, 1 Cal. 3d 93, 108 (1969) | -- |
| 37 | Director's Duty of Care | Cal. Corp. Code § 309(a) | -- |
| 38 | Duty of Loyalty | *Bancroft-Whitney Co. v. Glen*, 64 Cal. 2d 327, 345 (1966) | -- |
| 39 | Certain Matters Already Decided | *Freeman v. Giuliani*, No. CV 21-3354 (BAH), Dkt. No. 137, at *4 (D.D.C. Dec. 18, 2023) | -- |
| 40 | Breach of Fiduciary Duty: Elements Defined | *City of Atascadero v. Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 68 Cal. App. 4th 445, 483 (1998) | -- |
| 41 | Business Judgment Rule | *Gaillard v. Natomas Co.*, 208 Cal. App. 3d 1250, 1265 (1989) | -- |

PLAINTIFF'S SUBMISSION OF JOINT [PROPOSED] JURY INSTRUCTIONS

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE |
|---|---|---|---|
| 42 | Interested Director Defined | Del. Code Ann. tit. 8, § 144; *eBay Domestic Holdings, Inc. v. Newmark*, 16 A.3d 1, 41-42 (Del. Ch. 2010) | -- |
| 43 | Entire Fairness | Del. Code Ann. tit. 8, § 144; *Nixon v. Blackwell*, 626 A.2d 1366, 1376 (1993) | -- |
| 44 | Entire Fairness Test | Del. Code Ann. tit. 8, § 144; *eBay Domestic Holdings, Inc. v. Newmark*, 16 A.3d 1, 36, 41-42 (Del. Ch. 2010) | -- |
| 45 | Accounting | *Sass v. Cohen*, 10 Cal. 5th 861, 869 (2020) | -- |
| 46 | Corporate Waste | *Swingless Golf Club Corp. v. Taylor*, 679 F. Supp. 2d 1060, 1070 (N.D. Cal. 2009) | -- |
| 47 | Causation: Substantial Factor | CACI 430 | -- |
| 48 | Aiding and Abetting Tort—Essential Factual Elements | CACI 3610 | -- |
| 49 | Prejudgment Interest | CACI 3935 | -- |
| 50 | "Fiduciary Duty" Explained | CACI 4100 | -- |
| 51 | Directors and Officers Failure to Use Reasonable Care – Essential Factual Elements | CACI 4101 | -- |
| 52 | Duty of Undivided Loyalty— Essential Factual Elements (as modified) | CACI 4102 | -- |
| | **Damages** | *disputed* | |
| 53 | Damages - Proof | 9th Cir. 5.1 | -- |

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE |
|---|---|---|---|
| 54 | Punitive Damages | 9th Cir. 5.5 | -- |
| 55 | Nominal Damages | 9th Cir. 5.6 | -- |
| | **DEFENDANTS' INSTRUCTIONS DISPUTED BY PLAINTIFF** | | |
| | **Instructions at the end of Trial** | *disputed* | |
| 56 | Consideration of Evidence – Conduct of the Jury | 9th Cir. 3.2 | -- |
| 57 | Readback or Playback | 9th Cir. 3.4 | -- |
| 58 | Additional Instruction of Law | 9th Cir. 3.6 | -- |
| 59 | Deadlocked Jury | 9th Cir. 3.7 | -- |
| 60 | Continuing Deliberations After Juror is Discharged | 9th Cir. 3.8 | -- |
| 61 | Post Discharge Instruction | 9th Cir. 3.9 | -- |
| 62 | Insurance | CACI 105 | -- |
| 63 | Instruction to Alternate Jurors | CACI 111 | -- |
| 64 | Bias | CACI 113 | -- |
| 65 | Wealth of Parties | CACI 117 | -- |
| 66 | Party Having Power to Produce Better Evidence | CACI 203 | -- |
| 67 | Willful Suppression of Evidence | CACI 204 | -- |
| 68 | Failure to Explain or Deny Evidence | CACI 205 | -- |
| 69 | Statements of a Party Opponent | CACI 212 | -- |
| 70 | Adoptive Admissions | CACI 213 | -- |
| 71 | Exercise of a Communication Privilege | CACI 215 | -- |
| 72 | Experts-Questions Containing Assumed Facts | CACI 220 | -- |
| 73 | Conflicting Expert Testimony | CACI 221 | -- |
| 74 | Opinion of Lay Witness | CACI 223 | -- |

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE |
|---|---|---|---|
| 75 | Affirmative Defense—Statute of Limitations | CACI 4120 | -- |
| 76 | Evidence | CACI 5002 | -- |
| 77 | Witnesses | CACI 5003 | -- |
| 78 | Multiple Parties | CACI 5005 | -- |
| 79 | Reading Back of Trial Testimony in Jury Room | CACI 5011 | -- |
| 80 | Introduction to Special Verdict Form | CACI 5012 | -- |
| 81 | Judge's Commenting on Evidence | CACI 5016 | -- |
| 82 | Polling the Jury | CACI 5017 | -- |
| 83 | Questions From Jury | CACI 5019 | -- |
| 84 | Demonstrative Evidence | CACI 5020 | -- |
| | **Damages** | *disputed* | |
| 85 | Introduction To Tort Damages—Liability Contested | CACI 3900 | -- |
| 86 | Items of Economic Damage (as modified) | CACI 3903 | -- |
| 87 | No Punitive Damages | CACI 3924 | -- |
| 88 | Arguments of Counsel Not Evidence of Damages | CACI 3925 | -- |
| 89 | Damages From Multiple Defendants | CACI 3933 | -- |
| 90 | Damages on Multiple Legal Theories (as modified) | CACI 3934 | -- |
| 91 | Punitive Damages—Individual and Corporate Defendants—Bifurcated Trial (First Phase) (as modified) | CACI 3948 | -- |
| 92 | Punitive Damages—Individual and Corporate Defendants—Bifurcated Trial (Second Phase) | CACI 3949 | -- |
| 93 | Jurors Not to Consider Attorney Fees and Court Costs | CACI 3964 | -- |

Dated: May 24, 2024

**UMHOFER, MITCHELL & KING, LLP**

/s/ *Matthew Donald Umhofer*
Matthew Donald Umhofer, Esq.
J. Anthony King, Esq.
Diane H. Bang, Esq.
*Attorneys for Plaintiff*