UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:20-cv-02375-FLA (AFMx)                                           Date: June 7, 2024

Title   Matthew D. Van Steenwyk, *et al.* v. Kedrin E. Van Steenwyk, *et al*

Present: The Honorable:   FERNANDO L. AENLLE-ROCHA, United States District Judge

| Twyla Freeman | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Diane H. Bang | Timothy W. Fredericks |
| Matthew D. Umhofer | Johnny L. Antwiler, II |
| Brendan J. Pratt | Samuel Y. Edgerton, III |
| Eugene Lim | Richard P. Tricker |
| James A. King | |
| Jonas P. Mann | |

**Proceedings:** **PLAINTIFF MATTHEW D. VAN STEENWYK'S MOTION IN LIMINE NO. 1 TO EXCLUDE DEFENSE EXPERT MARK LEE [306; 358];**

**PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE AND/OR LIMIT THE OPINIONS AND REPORT(S) OF JOANN WALL [307; 359; 398];**

**PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE IMPERMISSIBLE CHARACTER EVIDENCE ABOUT PLAINTIFF MATTHEW D. VAN STEENWYK [360; 400];**

**PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE RELATED TO THE 2021 TO 2023 APPRAISAL OF RANCHES, THE ATTEMPTED SALE OF ATA RANCHES, AND LITIGATION ARISING OUT OF THE ATTEMPTED SALES [362];**

**PLAINTIFF'S MOTION IN LIMINE NO. 5 TO EXCLUDE TESTIMONY OF UNIDENTIFIED EXPERT WITNESSES [361; 401];**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-02375-FLA (AFMx)                                  Date: June 7, 2024

Title   Matthew D. Van Steenwyk, *et al.* v. Kedrin E. Van Steenwyk, *et al*

**DEFENDANT KEDRIN E. VAN STEENWYK'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY REGARDING ELIZABETH VAN STEENWYK'S 2016 MENTAL EVALUATION AND/OR HER MENTAL COMPETENCY [301; 348];**

**DEFENDANT KEDRIN E. VAN STEENWYK'S MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY REGARDING SPECULATIVE GRAPE SALE DAMAGES [302; 349];**

**DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF PAUL BONIN [350];**

**DEFENDANTS' MOTION IN LIMINE NO. 4 TO EXCLUDE THE SUPPLEMENTAL EXPERT REPORT/OPINION OF WILLIAM BUCKLEY [357];**

**FINAL PRETRIAL CONFERENCE**

The matters are called for hearing. For the reasons stated on the record, the court rules as follows:

- Defendants' Motion in Limine No. 1 (Dkts. 301, 348) is GRANTED.
- Defendants' Motion in Limine No. 2 (Dkts. 302, 349) is DENIED.
- Defendants' Motion in Limine No. 3 (Dkt. 350) is GRANTED.
- Defendants' Motion in Limine No. 4 (Dkt. 357) is DENIED.
- Plaintiff's Motion in Limine No. 1 (Dkts. 306, 358) is GRANTED IN PART.
- Plaintiff's Motion in Limine No. 2 (Dkts. 307, 359, 398) is GRANTED.
- Plaintiff's Motion in Limine No. 3 (Dkts. 360, 400) is GRANTED IN PART.
- Plaintiff's Motion in Limine No. 4 (Dkt. 362) is GRANTED.
- Plaintiff's Motion in Limine No. 5 (Dkts. 361, 401) is GRANTED IN PART.

The court ORDERS lead trial counsel and respective counsel for all parties to meet in-person on Monday, June 10, 2024, at 9:00 a.m. to finalize trial documents. Counsel shall meet each day

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:20-cv-02375-FLA (AFMx)                              Date: June 7, 2024

Title   Matthew D. Van Steenwyk, *et al.* v. Kedrin E. Van Steenwyk, *et al*

until all trial documents are finalized.  Counsel shall file a Status Report at the end of each day on their progress regarding finalizing pretrial documents.

Counsel for defendant is directed to file its Motion to Bifurcate by Wednesday, June 12, 2024.  Any opposition is due Monday, June 17, 2024.

Each side will have 15 hours of trial time.

The jury trial is ADVANCED to Monday, June 24, 2024, at 8:30 a.m.

The court SETS another Pretrial Conference for Thursday, June 20, 2024, at 9:00 a.m.

03:06

**Initials of Preparer**   tf