MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@umklaw.com
J. ANTHONY KING, ESQ., SBN 297279
anthony@umklaw.com
DIANE H. BANG, ESQ., SBN 271939
diane@umklaw.com
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

CHASE W. MARTIN, ESQ., SBN 260444
cmartin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN
CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONL, INC. and ATA RANCHES, INC., <br><br> Plaintiff, <br> vs. <br> KEDRIN E. VAN STEENWYK, et al., <br> Defendants, <br> and <br> APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br> Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AJRx <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **JOINT [*PROPOSED*] JURY INSTRUCTIONS** |

**TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:**

Plaintiff MATTHEW D. VAN STEENWYK and Defendants KEDRIN E. VAN STEENWYK, PAMELA PIERCE, PHILLIP GOBE, PHILIP LONGORIO, GENE DUROCHER, DANIEL CARTER, JOSEPH MCCOY, KIERAN DUGGAN, APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC. hereby submit the following Joint List of [Proposed] Jury Instructions, including Exhibit 1 (Clean Instructions) and Exhibit 2 (Redlined Instructions), pursuant to this Court's trial order (Amended Order Re: Trial Requirements, and Conduct of Attorneys and Parties, ECF No. 343). Any disputed language is bracketed and highlighted as follows: green highlighting = Plaintiff, yellow highlighting = Defendants.

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE | DISPUTED |
|-----|--------------------------|--------|------|----------|
| | **Preliminary Instructions** | | | |
| 1 | Duty of the Jury | 9th Cir. 1.2 | 2 | |
| 2 | Claims and Defenses | 9th Cir. 1.5 | 3-5 | |
| 3 | Burden of Proof – Preponderance of the Evidence | 9th Cir. 1.6 | 6 | |
| 4 | Burden of Proof – Clear and Convincing Evidence | 9th Cir. 1.7 | 7 | |
| 5 | Two or More Parties— Different Legal Rights | 9th Cir. 1.8 | 8 | |
| 6 | What is Evidence | 9th Cir. 1.9 | 9 | |
| 7 | What is Not Evidence | 9th Cir. 1.10 | 10 | |
| 8 | Evidence for Limited Purpose | 9th Cir. 1.11 | 11 | |
| 9 | Direct and Circumstantial Evidence | 9th Cir. 1.12 | 12 | |
| 10 | Ruling on Objections | 9th Cir. 1.13 | 13 | |

1.

*JOINT [PROPOSED] JURY INSTRUCTIONS*

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE | DISPUTED |
|-----|-------------------------|--------|------|----------|
| 11 | Credibility of Witnesses | 9th Cir. 1.14 | 14-15 | |
| 12 | Conduct of the Jury | 9th Cir. 1.15 | 16-17 | |
| 13 | No Transcript Available to Jury | 9th Cir. 1.17 | 18 | |
| 14 | Taking Notes | 9th Cir. 1.18 | 19 | |
| 15 | Bench Conferences and Recesses | 9th Cir. 1.20 | 20 | |
| 16 | Outline of Trial | 9th Cir. 1.21 | 21 | |
| | **Instruction in the Course of Trial** | | | |
| 17 | Cautionary Instructions | 9th Cir. 2.0 | 22 | |
| | **Instructions at the end of Trial** | | | |
| 18 | Stipulations of Fact | 9th Cir. 2.2 | 23 | |
| 19 | Deposition in Lieu of Live Testimony | 9th Cir. 2.4 | 24-25 | |
| 20 | Impeachment Evidence – Witness | 9th Cir. 2.9 | 26 | |
| 21 | Use of Interrogatories | 9th Cir. 2.11 | 27 | |
| 22 | Use of Request for Admission | 9th Cir. 2.12 | 28 | |
| 23 | Expert Opinion | 9th Cir. 2.13 | 29 | |
| 24 | Charts and Summaries Not Received in Evidence | 9th Cir. 2.14 | 30 | |
| 25 | Charts and Summaries Received in Evidence | 9th Cir. 2.15 | 31 | |
| | **Claims** | | | |
| 26 | Corporations and Partnerships – Fair Treatment | 9th Cir. 4.1 | 32 | |
| 27 | Liability of Corporations – Scope of Authority Not in Issue | 9th Cir. 4.2 | 33 | |

2.

*JOINT [PROPOSED] JURY INSTRUCTIONS*

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE | DISPUTED |
|---|---|---|---|---|
| 28 | "Fiduciary Duty" Explained | CACI 4100 | 34 | ✓ |
| 29 | Certain Matters Already Decided | *Freeman v. Giuliani*, No. CV 21-3354 (BAH), Dkt. No. 137, at *4 (D.D.C. Dec. 18, 2023) | 35 | |
| 30 | Directors and Officers Failure to Use Reasonable Care – Essential Factual Elements | CACI 4101 | 36 | ✓ |
| 31 | Duty of Undivided Loyalty—Directors and Officers | CACI 4102 | 37 | |
| 32 | Duty of Undivided Loyalty—Controlling Shareholder | CACI 4102 | 38 | ✓ |
| 33 | Corporate Waste | *Swingless Golf Club Corp. v. Taylor*, 679 F. Supp. 2d 1060, 1070 (N.D. Cal. 2009) | 39 | ✓ |
| 34 | Causation: Substantial Factor | CACI 430 | 40 | |
| 35 | Aiding and Abetting Tort— Essential Factual Elements | CACI 3610 | 41-42 | |
| | **Affirmative Defenses** | | | |
| 36 | Business Judgment Rule | | 43 | ✓ |
| 37 | Affirmative Defense—Statute of Limitations | CACI 4120 | 44 | ✓ |
| | **Damages** | | | |
| 38 | Damages – Proof | 9th Cir. 5.1 | 45 | |
| 39 | No Punitive Damages | CACI 3924 | 46 | |
| 40 | Prejudgment Interest | CACI 3935 | 47 | |

3.

*JOINT [PROPOSED] JURY INSTRUCTIONS*

| NO. | INSTRUCTION DESCRIPTION | SOURCE | PAGE | DISPUTED |
|---|---|---|---|---|
| 41 | Punitive Damages—Individual and Corporate Defendants—Bifurcated Trial (First Phase) | CACI 3948 | 48-49 | |
| | **Deliberation** | | | |
| 42 | Duty to Deliberate | 9th Cir. 3.1 | 50 | |
| 43 | Consideration of Evidence – Conduct of the Jury | 9th Cir. 3.2 | 51-52 | |
| 44 | Communication with Court | 9th Cir. 3.3 | 53 | |
| 45 | Return of Verdict | 9th Cir. 3.5 | 54 | |
| 46 | Post Discharge Instruction | 9th Cir. 3.9 | 55 | |

*The filer of the document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: June 22, 2024          **UMHOFER, MITCHELL & KING, LLP**

/s/ *Matthew Donald Umhofer*
Matthew Donald Umhofer, Esq.
J. Anthony King, Esq.
Diane H. Bang, Esq.
*Attorneys for Plaintiff*

Dated: June 22, 2024          **WINGET SPADAFORA & SCHWARTZBERG LLP**

/s/ *Timothy Fredricks*
Timothy Fredricks
Richard Tricker
*Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.*

4.

*JOINT [PROPOSED] JURY INSTRUCTIONS*

1

2    Dated: June 22, 2024              **O'HAGAN MEYER, LLC**

3                                      /s/ *Johnny Antwiler*

4                                      Johnny Antwiler, Esq.
                                       Samuel Y. Edgerton, III, Esq.
5                                      *Attorneys for Defendants Pamela Pierce,*
                                       *Phillip Gobe, Philip Longorio, Gene*
6                                      *Durocher, Daniel Carter, Joseph McCoy,*
7                                      *Kieran Duggan, Elizabeth A. Van Steenwyk,*
                                       *individually, and as Original Trustee and as*
8                                      *Beneficiary of the Donald H. Van Steenwyk*
                                       *and Elizabeth A. Van Steenwyk 1996*
9                                      *Revocable Trust, Applied Technologies*
10                                     *Associates, Inc., Scientific Drilling*
11                                     *International, Inc., and ATA Ranches, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5.

*JOINT [PROPOSED] JURY INSTRUCTIONS*