Timothy W. Fredricks (SBN 238039)
Fredricks.t@wssllp.com
Richard P. Tricker (SBN 101460)
Tricker.r@wssllp.com
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1800 Century Park East, Suite 205
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile: 310.836.4801

Attorneys for Defendants
KEDRIN E. VAN STEENWYK and
ADELAIDA CELLARS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk Gst Trust And The Matthew Van Steenwyk Issue Trust, And As Co-Trustee Of The Gretchen Marie Van Steenwyk-Marsh Gst Trust And The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., and ATA RANCHES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEDRIN E. VAN STEENWYK, Individually, as Successor Trustee of the Donald H. Van Steenwyk and Elizabeth A. Van Steenwyk 1996 Revocable Trust; PAMELA PIERCE, Individually; PHILIP GOBE, Individually; PHILIP LONGORIO, Individually; GENE DUROCHER, Individually; DANIEL CARTER, Individually; JOSEPH MCCOY, Individually; ELIZABETH A. VAN STEENWYK, Individually, and as Original Trustee and as Beneficiary of the Donald H. Van Steenwyk and Elizabeth | Case No.: 2:20-cv-02375-FLA-AJR <br><br> **JOINT PROPOSED VERDICT FORM** <br><br><br> Date: June 23, 2024 <br> Time: 10 a.m. <br> Place: Courtroom 6B |

| | |
|---|---|
| A. Van Steenwyk 1996 Revocable Trust; ADELAIDA CELLARS, INC., a California Corporation; and DOES 1-25, Inclusive,<br><br>　　　　　　Defendants,<br><br>and<br><br>APPLIED TECHNOLOGIES ASSOCIATES, INC., a California corporation; and ATA RANCHES, INC., a Delaware corporation,<br><br>　　　　　　Nominal Defendants. | Complaint Filed: March 12, 2020<br>Trial Date: June 24, 2024 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Below is the parties' joint proposed Verdict Form.

**WINGET SPADAFORA & SCHWARTZBERG LLP**

Dated: June 23, 2024         By:   */s/Timothy W. Fredricks*
                                   Timothy W. Fredricks
                                   Richard P. Tricker

                                   Attorneys for Defendants
                                   KEDRIN E. VAN STEENWYK and ADELAIDA CELLARS, INC.

# VERDICT

## Breach Of Fiduciary Duty – Derivative Claim - ATA

*1. Are the following persons liable to ATA for breach of fiduciary duty?*

| Name | Yes | No |
|---|---|---|
| Elizabeth Van Steenwyk | _____ | _____ |
| Kedrin Van Steenwyk | _____ | _____ |
| Pamela Pierce | _____ | _____ |
| Phillip Gobe | _____ | _____ |
| Gene Durocher | _____ | _____ |
| Joseph McCoy | _____ | _____ |
| Philip Longorio | _____ | _____ |
| Daniel Carter | _____ | _____ |
| Kieran Duggan | _____ | _____ |

## Corporate Waste – Derivative Claim - ATA

*2. Are the following persons liable to ATA for corporate waste?*

| Name | Yes | No |
|---|---|---|
| Kedrin Van Steenwyk | _____ | _____ |
| Elizabeth Van Steenwyk | _____ | _____ |
| Pamela Pierce | _____ | _____ |
| Phillip Gobe | _____ | _____ |
| Gene Durocher | _____ | _____ |
| Joseph McCoy | _____ | _____ |
| Philip Longorio | _____ | _____ |

**Damages to ATA**

3. State the amount of damages, if any, to ATA:

$_____

*We also award prejudgment interest*.

\_\_\_\_\_ Yes    \_\_\_\_\_ No

**Breach Of Fiduciary Duty – Derivative Claim - SDI**

4. Are the following persons liable to SDI for breach of fiduciary duty?

| | | |
|---|---|---|
| Elizabeth Van Steenwyk | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Kedrin Van Steenwyk | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Pamela Pierce | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Phillip Gobe | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Gene Durocher | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Joseph McCoy | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Philip Longorio | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Daniel Carter | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Kieran Duggan | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

**Corporate Waste – Derivative Claim - SDI**

5. Are the following persons liable to SDI for corporate waste?

      Kedrin Van Steenwyk     \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Elizabeth Van Steenwyk  \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Pamela Pierce           \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Phillip Gobe            \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Gene Durocher          \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Joseph McCoy           \_\_\_\_\_ Yes     \_\_\_\_\_ No

      Philip Longorio         \_\_\_\_\_ Yes     \_\_\_\_\_ No

**Damages to SDI**

6. State the amount of damages, if any, to SDI:

      $_____

*We also award prejudgment interest*.

      \_\_\_\_\_ Yes     \_\_\_\_\_ No

**Breach Of Fiduciary Duty – Direct Claim – Controlling Shareholder**

7. *Are the following persons liable for breach of fiduciary duty to Matthew Van Steenwyk as a minority shareholder?*

    Elizabeth Van Steenwyk

    \_\_\_\_\_ Yes   \_\_\_\_\_ No

    Kedrin Van Steenwyk

    \_\_\_\_\_ Yes   \_\_\_\_\_ No

**Aiding And Abetting Breach Of Fiduciary Duty – Direct Claim**

8. *Are the following persons liable for aiding and abetting the controlling shareholder's breach of fiduciary duty to Matthew Van Steenwyk as a minority shareholder?*

| | | |
|---|---|---|
| Daniel Carter | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Pamela Pierce | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Phillip Gobe | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Gene Durocher | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Joseph McCoy | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Philip Longorio | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Kieran Duggan | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Adelaida Cellars, Inc. | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

**Direct Damages to Matthew Van Steenwyk**

**9.** *State the amount of damages, if any, to Matthew Van Steenwyk.*

$_____.

*We also award prejudgment interest.*
\_\_\_\_\_ Yes   \_\_\_\_\_ No

**Punitive Damages**

*10. Did Plaintiff prove by clear and convincing evidence that the following persons engaged in the conduct with malice, oppression or fraud?*

| | | |
|---|---|---|
| Adelaida Cellars | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Elizabeth Van Steenwyk | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Kedrin Van Steenwyk | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Pamela Pierce | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Phillip Gobe | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Gene Durocher | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Joseph McCoy | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Philip Longorio | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Daniel Carter | \_\_\_\_\_ Yes | \_\_\_\_\_ No |
| Kieran Duggan | \_\_\_\_\_ Yes | \_\_\_\_\_ No |

**PLEASE SIGN AND DATE THIS FORM AND RETURN IT TO THE COURT.**

DATED: _____

SIGNED: _____

# **CERTIFICATE OF SERVICE**

The undersigned certifies that JOINT PROPOSED VERDICT FORM was filed electronically with the Clerk of the Court via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 23, 2024 at Los Angeles, California.

*/s/Lluriviana Gil-Lopez*
Lluriviana Gil-Lopez