MATTHEW DONALD UMHOFER, ESQ., SBN 206607
matthew@umklaw.com
J. ANTHONY KING, ESQ., SBN 297279
anthony@umklaw.com
DIANE H. BANG, ESQ., SBN 271939
diane@umklaw.com
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

CHASE W. MARTIN, ESQ., SBN 260444
cmartin@ammcglaw.com
**ADAMSKI MOROSKI MADDEN CUMBERLAND & GREEN LLP**
Post Office Box 3835
San Luis Obispo, California 93403-3835
Telephone: (805) 543-0990
Facsimile: (805) 543-0980

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONL, INC. and ATA RANCHES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>KEDRIN E. VAN STEENWYK, et al.,<br>        Defendants,<br><br>and<br><br>APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC.,<br><br>        Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AJRx<br><br>**JOINT [PROPOSED] JURY INSTRUCTIONS FOR SECOND PHASE OF TRIAL** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties' hereby submit their joint proposed jury instruction for the second phase of the trial. Plaintiff's proposed language is highlighted in yellow and Defendants' proposed language is highlighted in blue.

*The filer of the document attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: July 8, 2024         **UMHOFER, MITCHELL & KING, LLP**

/s/ Matthew Donald Umhofer
Matthew Donald Umhofer, Esq.
J. Anthony King, Esq.
Diane H. Bang, Esq.
*Attorneys for Plaintiff*

Dated: July 8, 2024         **WINGET SPADAFORA & SCHWARTZBERG LLP**

/s/ Richard Tricker
Timothy Fredricks
Richard Tricker
*Attorneys for Defendants Kedrin E. Van Steenwyk and Adelaida Cellars, Inc.*

Dated: July 8, 2024         **O'HAGAN MEYER, LLC**

/s/ Johnny Antwiler
Johnny Antwiler, Esq.
Samuel Y. Edgerton, III, Esq.
*Attorneys for Defendants Pamela Pierce, Phillip Gobe, Philip Longorio, Gene Durocher, Daniel Carter, Joseph McCoy, Kieran Duggan, Applied Technologies Associates, Inc., Scientific Drilling International, Inc., and ATA Ranches, Inc.*