# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONL, INC. and ATA RANCHES, INC., <br><br> Plaintiff, <br> vs. <br> KEDRIN E. VAN STEENWYK, et al., <br> Defendants, <br> and <br> APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br> Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AJRx <br><br> **JOINT [PROPOSED] JURY INSTRUCTIONS FOR SECOND PHASE OF TRIAL** |

Dated: _____    By:_____
**HON. FERNANDO L. AENLLE-ROCHA
UNITED STATES DISTRICT JUDGE**

*JOINT [PROPOSED] JURY INSTRUCTIONS FOR SECOND PHASE OF TRIAL*

# COURT'S INSTRUCTION NO. __
# PUNITIVE DAMAGES INDIVIDUAL AND CORPORATE DEFENDANTS—BIFURCATED TRIAL (SECOND PHASE)
# <u>CACI 3949</u>

You must now decide the amount, if any, that you should award Matthew Van Steenwyk in punitive damages. The purposes of punitive damages are to punish a wrongdoer for the conduct that harmed the plaintiff and to discourage similar conduct in the future.

There is no fixed formula for determining the amount of punitive damages, and you are not required to award any punitive damages. If you decide to award punitive damages, you should consider all of the following factors separately for each defendant in determining the amount:

(a) How reprehensible was that defendant's conduct? In deciding how reprehensible a defendant's conduct was, you may consider, among other factors:

    1. Whether Plaintiff was financially weak or vulnerable and the defendant knew Plaintiff was financially weak or vulnerable and took advantage of him;

    2. Whether the defendant's conduct involved a pattern or practice; and

    3. Whether the defendant acted with trickery or deceit.

(b) Is there a reasonable relationship between the amount of punitive damages and Matthew Van Steenwyk's harm ==[or between the amount of punitive damages and potential harm to Matthew Van Steenwyk that the defendant knew was likely to occur because of his/her/its conduct]==?

(c) In view of that defendant's financial condition, what amount is necessary to punish him/her/it and discourage future wrongful conduct? You may not increase the punitive award above an amount that is otherwise appropriate

1

merely because a defendant has substantial financial resources. [Any award you impose may not exceed that defendant's ability to pay.]

[Punitive damages may not be used to punish a defendant for the impact of his/her/its alleged misconduct on persons other than Matthew Van Steenwyk.]