FILED
CLERK, U.S. DISTRICT COURT

07/09/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____tf_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK,<br><br>           Plaintiff,<br><br>     v.<br><br>KEDRIN E. VAN STEENWYK, *et al.*,<br><br>           Defendants. | Case No.: 2:20-cv-02375-FLA (AJRx)<br><br>**VERDICT FORM** |

### Breach Of Fiduciary Duty – Derivative Claim – ATA

*1. Are the following persons liable to ATA for breach of fiduciary duty?*

| Name | Yes | No |
|---|---|---|
| Elizabeth Van Steenwyk | X | |
| Kedrin Van Steenwyk | X | |
| Pamela Pierce | X | |
| Phillip Gobe | X | |
| Gene Durocher | X | |
| Joseph McCoy | X | |
| Philip Longorio | X | |
| Daniel Carter | X | |
| Kieran Duggan | X | |

### Corporate Waste – Derivative Claim – ATA

*2. Are the following persons liable to ATA for corporate waste?*

| Name | Yes | No |
|---|---|---|
| Kedrin Van Steenwyk | | |
| Elizabeth Van Steenwyk | | |
| Pamela Pierce | | X |
| Phillip Gobe | | X |
| Gene Durocher | | X |
| Joseph McCoy | | X |
| Philip Longorio | | X |

### Damages to ATA

3. State the amount of damages, if any, to ATA, excluding prejudgment interest:

    $_____

4. State the amount of prejudgment interest, if any, to ATA:

    $_____

### Breach of Fiduciary Duty – Derivative Claim – SDI

5. Are the following persons liable to SDI for breach of fiduciary duty?

    | Name | Yes | No |
    |---|---|---|
    | Elizabeth Van Steenwyk | X | ___ |
    | Kedrin Van Steenwyk | X | ___ |
    | Pamela Pierce | X | ___ |
    | Phillip Gobe | X | ___ |
    | Gene Durocher | X | ___ |
    | Joseph McCoy | X | ___ |
    | Philip Longorio | X | ___ |
    | Daniel Carter | X | ___ |
    | Kieran Duggan | X | ___ |

3

### Corporate Waste – Derivative Claim – SDI

6. *Are the following persons liable to SDI for corporate waste?*

| | | | |
|---|---|---|---|
| Kedrin Van Steenwyk | ___ Yes | ___ No |
| Elizabeth Van Steenwyk | ___ Yes | ___ No |
| Pamela Pierce | ___ Yes | _X_ No |
| Phillip Gobe | ___ Yes | _X_ No |
| Gene Durocher | ___ Yes | _X_ No |
| Joseph McCoy | ___ Yes | _X_ No |
| Philip Longorio | ___ Yes | _X_ No |

### Damages to SDI

7. *State the amount of damages, if any, to SDI, excluding prejudgment interest:*

$ _____

### Breach of Fiduciary Duty – Direct Claim – Controlling Shareholder

8. *Are the following persons liable for breach of fiduciary duty to Matthew Van Steenwyk as a minority shareholder?*   ATA/SDI

Elizabeth Van Steenwyk
   _X_ Yes   ___ No

Kedrin Van Steenwyk
   _X_ Yes   ___ No

### Aiding and Abetting Breach of Fiduciary Duty – Direct Claim

9. *Are the following persons liable for aiding and abetting the controlling shareholder's breach of fiduciary duty to Matthew Van Steenwyk as a minority shareholder?*

| | | | |
|---|---|---|---|
| Daniel Carter | ___ Yes | ___ No |
| Pamela Pierce | ___ Yes | _X_ No |
| Phillip Gobe | ___ Yes | _X_ No |
| Gene Durocher | ___ Yes | _X_ No |
| Joseph McCoy | ___ Yes | _X_ No |
| Philip Longorio | ___ Yes | _X_ No |
| Kieran Duggan | ___ Yes | ___ No |
| Adelaida Cellars, Inc. | _X_ Yes | ___ No |

### Direct Damages to Matthew Van Steenwyk

10. *State the amount of damages, if any, to Matthew Van Steenwyk, excluding prejudgment interest:*

    $_____.

11. *State the amount of prejudgment interest, if any, to Matthew Van Steenwyk:*

    $_____.

5

**Punitive Damages**

*12. Did Plaintiff prove by clear and convincing evidence that the following persons engaged in the conduct with malice, oppression, or fraud?*

| | Yes | No |
|---|---|---|
| Adelaida Cellars | ____ | ____ |
| Elizabeth Van Steenwyk | ____ | ____ |
| Kedrin Van Steenwyk | ____ | ____ |
| Pamela Pierce | ____ | X |
| Phillip Gobe | ____ | X |
| Gene Durocher | ____ | X |
| Joseph McCoy | ____ | X |
| Philip Longorio | ____ | X |
| Daniel Carter | ____ | ____ |
| Kieran Duggan | ____ | ____ |

**PLEASE SIGN AND DATE THIS FORM AND RETURN IT TO THE COURT.**

DATED: 07/09/2024

SIGNED: [redacted]

6