FILED
CLERK, U.S. DISTRICT COURT

07/10/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___TF___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEDRIN E. VAN STEENWYK, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-02375-FLA (AJRx)<br><br>**SUPPLEMENTAL VERDICT FORM** |

### Corporate Waste – Derivative Claim – ATA

2. *Are the following persons liable to ATA for corporate waste?*

    Kedrin Van Steenwyk     ___ Yes   X No

    Elizabeth Van Steenwyk   X Yes   ___ No

### Damages to ATA

3. *State the amount of damages, if any, to ATA, excluding prejudgment interest:*

    $ 4,106,879 —

4. *State the amount of prejudgment interest, if any, to ATA:*

    $ 287,481 —

### Corporate Waste – Derivative Claim – SDI

6. *Are the following persons liable to SDI for corporate waste?*

    Kedrin Van Steenwyk     ___ Yes   X No

    Elizabeth Van Steenwyk   X Yes   ___ No

### Damages to SDI

7. *State the amount of damages, if any, to SDI, excluding prejudgment interest:*

    $ 4,394,360 —

    ($4,394,360 —)

2

### Aiding and Abetting Breach of Fiduciary Duty – Direct Claim

9. *Are the following persons liable for aiding and abetting the controlling shareholder's breach of fiduciary duty to Matthew Van Steenwyk as a minority shareholder?*

   Daniel Carter          ____ Yes   **X** No

   Kieran Duggan         ____ Yes   **X** No

### Direct Damages to Matthew Van Steenwyk

10. *State the amount of damages, if any, to Matthew Van Steenwyk, excluding prejudgment interest:*

    $ **12,705,669** —

11. *State the amount of prejudgment interest, if any, to Matthew Van Steenwyk:*

    $ **0**

**Punitive Damages**

*12. Did Plaintiff prove by clear and convincing evidence that the following persons engaged in the conduct with malice, oppression, or fraud?*

| | | |
|---|---|---|
| Adelaida Cellars | ____ Yes | __X__ No |
| Elizabeth Van Steenwyk | ____ Yes | __X__ No |
| Kedrin Van Steenwyk | ____ Yes | __X__ No |
| Daniel Carter | ____ Yes | __X__ No |
| Kieran Duggan | ____ Yes | __X__ No |

**PLEASE SIGN AND DATE THIS FORM AND RETURN IT TO THE COURT.**

DATED: 07/10/24

SIGNED: ████████████

4