## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:20-cv-02375-FLA (AFMx) |
| Title: | Matthew D. Van Steenwyk v. Kedrin E. Van Steenwyk, et al |
| Date | July 10, 2024 |

Present: The Honorable **FERNANDO L. AENLLE-ROCHA, United States District Judge**

| Twyla Freeman | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Diane H. Bang; Matthew D. Umhofer; Brendan J. Pratt; James A. King | Timothy W. Fredricks; Johnny L. Antwiler, II; Samuel Y. Edgerton, III; Richard P. Tricker |

___ Day Court Trial    **Tenth** Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   **✓** Jury resumes deliberations.
**✓** Jury Verdict in favor of   **✓** plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   **✓** Polling waived.
**✓** Filed Witness & Exhibit Lists   **✓** Filed jury notes.   **✓** Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
**✓** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
**✓** Other: In advance of deliberations on the Supplemental Verdict the court makes inquiry with each juror individually as reflected in the notes of the official court reporter and incorporated herein by reference. In advance of deliberations on the Supplemental Verdict, Juror No. 5 is discharged, thanked, and excused.

2 : 59

Initials of Deputy Clerk    tf

cc: