1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW D. VAN STEENWYK, | Case No. 2:20-cv-02375-FLA (AJRx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| KEDRIN E. VAN STEENWYK, *et al.*, | |
| Defendants. | |

# JUDGMENT

Pursuant to the jury's verdict, it is ORDERED AND ADJUDGED as follows:

1. Judgment is entered for Plaintiff Matthew D. Van Steenwyk ("Plaintiff") against Defendants Elizabeth Van Steenwyk, Kedrin Van Steenwyk, Pamela Pierce, Phillip Gobe, Gene Durocher, Joseph McCoy, Philip Longorio, Daniel Carter, and Kieran Duggan for Plaintiff's claim for breach of fiduciary duty brought derivatively on behalf of Nominal Defendant Applied Technologies Associates, Inc. ("ATA"), and for Plaintiff against Defendant Elizabeth Van Steenwyk for Plaintiff's claim for corporate waste brought derivatively on behalf of ATA.

2. Plaintiff derivatively on behalf of ATA is awarded damages in the amount of **$4,106,879**, excluding prejudgment interest, and prejudgment interest in the amount of **$287,481**, against Defendants Elizabeth Van Steenwyk, Kedrin Van Steenwyk, Pamela Pierce, Phillip Gobe, Gene Durocher, Joseph McCoy, Philip Longorio, Daniel Carter, and Kieran Duggan, jointly and severally.

3. Judgment is entered for Plaintiff against Defendants Elizabeth Van Steenwyk, Kedrin Van Steenwyk, Pamela Pierce, Phillip Gobe, Gene Durocher, Joseph McCoy, Philip Longorio, Daniel Carter, and Kieran Duggan for Plaintiff's claim for breach of fiduciary duty brought derivatively on behalf of Nominal Defendant Scientific Drilling International, Inc. ("SDI"), and for Plaintiff against Defendant Elizabeth Van Steenwyk for Plaintiff's claim for corporate waste brought derivatively on behalf of SDI.

4. Plaintiff derivatively on behalf of SDI is awarded damages in the amount of **$4,394,360** against Defendants Elizabeth Van Steenwyk, Kedrin Van Steenwyk, Pamela Pierce, Phillip Gobe, Gene Durocher, Joseph McCoy, Philip Longorio, Daniel Carter, and Kieran Duggan, jointly and severally.

5. Judgment is entered for Plaintiff against Defendants Elizabeth Van Steenwyk and Kedrin Van Steenwyk for Plaintiff's direct claim for breach of fiduciary duty to a minority shareholder and against Defendant Adelaida Cellars, Inc. for

Plaintiff's direct claim for aiding and abetting the controlling shareholders' breach of fiduciary duty.

6. Plaintiff is awarded damages in the amount of **$12,705,669** against Defendants Elizabeth Van Steenwyk, Kedrin Van Steenwyk, and Adelaida Cellars, Inc., jointly and severally.

7. Plaintiff is further entitled to an award of post-judgment interest on the total amount of the judgment entered, including prejudgment interest, which shall accrue pursuant to 28 U.S.C. § 1961, from the date the final judgment is entered until paid in full.

IT IS SO ORDERED.

Dated: August 12, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge