GARY J. LORCH (SBN: 19989)
GORDON REES SCULLY MANSUKHANI, LLP
Email: glorch@grsm.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
APPLIED TECHNOLOGIES ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, et al., <br><br> Plaintiff, <br><br> v. <br><br> KEDRIN E. VAN STEENWYK, et al., <br><br> Defendants. | Case No. 2:20-cv-02375-FLA-AJRx <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **SUPPLEMENTAL WITNESS LIST, SUBMITTED BY DEFENDANT APPLIED TECHNOLOGIES ASSOCIATES, INC., IN CONNECTION WITH OCTOBER 29, 2024, TRIAL ON SECTION 1601 CLAIM** <br><br> Trial: October 29, 2024 |

CASE NO. 2:20-cv-02375-FLA-AJRX
SUPPLEMENTAL WITNESS LIST

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant APPLIED TECHNOLOGIES ASSOCIATES, INC. ("ATA") respectfully supplements its Further Amended Witness List, filed on June 23, 2024 (Dkt. 434) with the names of the following individuals that it intends to call as a witness at the Trial, scheduled to commence on October 29, 2024.

| Witness Name, Title, Affilation (If Relevant) | Summary of Testimony/Why Testimony Is Unique | Direct Exam (Hours) | Cross-Exam (Hours) | Date of Testimony |
|---|---|---|---|---|
| Roy Ogden, Ogden & Fricks LLP | Expected to testify as to ATA's response to the Section 1601 inspection demand, at issue and subject of the October 29, 2024, Trial | | | |

For the benefit of the Court, ATA further notes that it intends to call as witnesses at the Trial Daniel Carter and Kieran Duggan, both of whom were identified on Defendants' Amended Witness List, previously filed with this Court on June 23, 2024 (Dkt. 434).

Dated: October 25, 2024

GARY J. LORCH
GORDON REES SCULLY
MANSUKHANI, LLP

By: */s/ Gary J. Lorch*
GARY J. LORCH
Attorneys for Defendant
APPLIED TECHNOLOGIES
ASSOCIATES, INC.

- 2 -

CASE NO. 2:20-cv-02375-FLA-AJRX
SUPPLEMENTAL WITNESS LIST