MATTHEW DONALD UMHOFER (SBN 206607)
matthew@umklaw.com
J. ANTHONY KING (SBN 297279)
anthony@umklaw.com
DIANE H. BANG (SBN 271939)
dbang@umklaw.com
**UMHOFER, MITCHELL & KING LLP**
767 S. Alameda St., Suite 270
Los Angeles, CA 90021
Telephone: (213) 394-7979
Facsimile: (213) 529-1027

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC. and ATA RANCHES, INC., <br><br>Plaintiff, <br><br>vs. <br><br>KEDRIN E. VAN STEENWYK, et al., <br><br>Defendants, <br><br>and <br><br>APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br>Nominal Defendants. | Case No.: 2:20-cv-02375-FLA-AJRx <br><br>*Hon. Fernando L. Aenlle-Rocha* <br><br>**DECLARATION OF MATTHEW DONALD UMHOFER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS PIERCE, GOBE, DUROCHER, AND MCCOY'S MOTION TO QUASH OR STAY WRITS OF EXECUTION [ECF NO. 597]** <br><br>Hearing Date: November 22, 2024 <br>Time:         1:30 p.m. <br>Location:     Courtroom 6B <br><br>Trial Date: June 24, 2024 |

# DECLARATION OF MATTHEW DONALD UMHOFER

I, Matthew Donald Umhofer, declare as follows:

1. I am an attorney duly licensed to practice before this Court. In this matter, I represent Plaintiff Matthew Van Steenwyk, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GSO Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust ("Plaintiff").

2. I submit this declaration in support of Plaintiff's Opposition to Defendants Pierce, Gobe, Durocher, and McCoy's Motion to Quash or Stay Writs of Execution [ECF No. 597]. I have personal knowledge of the facts set forth herein and, if called upon to do so, can competently testify to those facts.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from Trial Transcript Day 10, July 10, 2024.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 1, 2024 at Los Angeles, California.

>  */s/ Matthew Donald Umhofer*
> Matthew Donald Umhofer

---

1
*DECLARATION MATTHEW DONALD UMHOFER*