GORDON REES SCULLY MANSUKHANI, LLP
GARY J. LORCH (SBN: 119989)
glorch@grsm.com
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

NICK J.G. SANCHEZ (SBN 213749)
Nsanchez@tocounsel.com
KEDAR S. VISHWANATHAN (SBN345944)
kvishwanathan@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone: (714) 549-6200
Facsimile: (714) 549-6201

CHRIS DAVIS (*Admitted Pro Hac Vice*)
cdavis@grayreed.com
LONDON ENGLAND (*Admitted Pro Hac Vice*)
lengland@grayreed.com
GRAY REED & McGRAW LLP
1601 Elm St., Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

Attorneys for Defendant
APPLIED TECHNOLOGIES ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC. and ATA RANCHES, INC., <br><br> Plaintiff, <br> v. | Case No. 2:20-cv-02375-FLA-AJRx <br> *Assigned for All Purposes to* <br> Hon. Fernando L. Aenlle-Rocha <br> Courtroom 6B <br><br> **NOTICE OF LODGING DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** <br><br> Bench Trial: October 29, 2024 |

**CASE NO. 2:20-cv-02375-FLA-AJRX**

NOTICE OF LODGING DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

KEDRIN E. VAN STEENWYK, et al.,

                Defendants.

And

APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC.,

                Nominal Defendants.

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Applied Technologies Associates, Inc. hereby lodges the attached Defendant's Proposed Findings of Fact and Conclusions of Law after bench trial.

Dated: January 14, 2025

GARY J. LORCH
GORDON REES SCULLY MANSUKHANI, LLP

NICK J.G. SANCHEZ
KEDAR S. VISHWANATHAN
THEODORA ORINGHER PC

CHRIS DAVIS (*Admitted Pro Hac Vice*)
LONDON ENGLAND (*Admitted Pro Hac Vice*)
GRAY REED & McGRAW LLP

By: */s/ Gary J. Lorch*
    Gary J. Lorch
    Elizabeth B. Vanalek
Attorneys for Defendant
APPLIED TECHNOLOGIES ASSOCIATES, INC.

- 2 -
NOTICE OF LODGING DEFENDANT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW