Jonathan M. Weiss (SBN 250307)
    jweiss@proskauer.com
Kevin Abikoff
    kabikoff@proskauer.com
Mark D. Harris
    mharris@proskauer.com
Emily H. Kline
    ekline@proskauer.com
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036-8299
Telephone: 212.969.3000
Facsimile: 212.969.2900

*Attorneys for Defendants Pamela Pierce, Philip Gobe, Gene Durocher, and Joseph McCoy*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, Individually, as Trustee and Beneficiary of The Matthew Van Steenwyk GST Trust and The Matthew Van Steenwyk Issue Trust, and as Co-Trustee of The Gretchen Marie Van Steenwyk-Marsh GST Trust and The Gretchen Marie Van Steenwyk-Marsh Issue Trust and derivatively on behalf of Nominal Defendants APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEDRIN E. VAN STEENWYK, et al., <br><br> Defendants, <br><br> and <br><br> APPLIED TECHNOLOGIES ASSOCIATES, INC., SCIENTIFIC DRILLING INTERNATIONAL, INC., and ATA RANCHES, INC., <br><br> Nominal Defendants. | Case No. 2:20-cv-02375 <br><br> *Hon. Fernando L. Aenlle-Rocha* <br><br> **NOTICE OF INTERLOCUTORY APPEAL** |

# NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1), Defendants Pamela Pierce, Philip Gobe, Gene Durocher, Joseph McCoy, Philip Longorio, Daniel Carter, and Kieran Duggan ("Defendants") hereby exercise their right to appeal the Court's February 24, 2025 Order enjoining ATA, SDI, and ATA Ranches from paying, advancing, or reimbursing any attorney's fees or costs incurred by Defendants and others (ECF No. 692).

Defendants' Representation Statement is attached to this Notice pursuant to Ninth Circuit Rule 3-2(b).

Dated: February 27, 2025          PROSKAUER ROSE LLP

By:  /s/ Kevin T. Abikoff
     Kevin T. Abikoff

Jonathan M. Weiss
Kevin Abikoff
Mark D. Harris
Emily H. Kline

*Attorneys for Defendants Pamela Pierce, Philip Gobe, Gene Durocher, and Joseph McCoy*

Dated: February 27, 2025          HOLLAND & KNIGHT LLP

By:  /s/ John F. Wood
     John F. Wood

John F. Wood
Sarah Kelly-Kilgore
Brendan H. Connors

*Attorneys for Defendants Daniel Carter, Kieran Duggan, and Philip Longorio*

# REPRESENTATION STATEMENT

Defendants file this Representation Statement pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b). The following identifies all parties to the action, along with their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| Firm Name | Attorneys | Contact Information |
| --- | --- | --- |
| **PLAINTIFF** | | |
| **Matthew D. Van Steenwyk** | | |
| Umhoffer, Mitchell & King | Matthew D. Umhoffer; James Anthony King; Diane H. Bang; Eugene Lim; Jonas P. Mann; Brendan J. Pratt | Address: 767 South Alameda Street, Suite 270; Los Angeles, CA 90021<br><br>Phone: (213) 529-1027<br><br>Email: matthew@umklaw.com; anthony@umklaw.com; dbang@umklaw.com; eugene@umklaw.com; jonas@umklaw.com; brendan@umklaw.com |
| Adamski Moroski Madden Cumberland & Green | Chase Wesley Martin | Address: P.O. Box 3835; San Luis Obispo, CA 93403-3835<br><br>Phone: (805) 543-0990<br><br>Email: cmartin@ammcglaw.com |
| **DEFENDANTS** | | |
| **Kedrin Van Steenwyk (individual capacity)** | | |
| Dechert | Jay Bhimani | Address: 633 West 5th Street, Suite 4900, Los Angeles, CA 90071<br><br>Phone: (213) 808-5760 |

3
NOTICE OF INTERLOCUTORY APPEAL

| Firm Name | Attorneys | Contact Information |
|---|---|---|
| | | Email: jay.bhimani@dechert.com |
| Winget Spadafora & Schwartzberg | Richard P. Tricker<br><br>Timothy W. Fredericks | Address: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br>Phone: (310) 836-4801<br><br>Emails: tricker.r@wssllp.com; fredricks.t@wssllp.com |
| O'Hagan Meyer | Johnny L. Antwiler, II<br><br>Samuel Y. Edgerton, III | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br>Phone: (310) 807-1115<br><br>Email: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |
| **Kedrin Van Steenwyk (as trustee)** | | |
| Winget Spadafora & Schwartzberg | Richard P. Tricker<br><br>Timothy W. Fredericks | Address: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br>Phone: (310) 836-4801<br><br>Emails: tricker.r@wssllp.com; fredricks.t@wssllp.com |
| **Kedrin Van Steenwyk (as executor)** | | |
| Dechert | Jay Bhimani | Address: 633 West 5th Street, Suite 4900, Los Angeles, CA 90071<br><br>Phone: (213) 808-5760<br><br>Email: jay.bhimani@dechert.com |

4

NOTICE OF INTERLOCUTORY APPEAL

| Firm Name | Attorneys | Contact Information |
|---|---|---|
| Winget Spadafora & Schwartzberg | Richard P. Tricker | <u>Address</u>: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br><u>Phone</u>: (310) 836-4801<br><br><u>Emails</u>: tricker.r@wssllp.com |
| O'Hagan Meyer | Johnny L. Antwiler, II<br><br>Samuel Y. Edgerton, III | <u>Address</u>: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br><u>Phone</u>: (310) 807-1115<br><br><u>Email</u>: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |
| **Adelaida Cellars, Inc.** | | |
| Winget Spadafora & Schwartzberg | Richard P. Tricker<br><br>Timothy W. Fredericks | <u>Address</u>: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br><u>Phone</u>: (310) 836-4801<br><br><u>Emails</u>: tricker.r@wssllp.com; fredricks.t@wssllp.com |
| O'Hagan Meyer | Johnny L. Antwiler, II | <u>Address</u>: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br><u>Phone</u>: (310) 807-1115<br><br><u>Email</u>: jantwiler@ohaganmeyer.com; |
| **Applied Technologies Associates, Inc.** | | |
| Gordon Rees Scully & Mansukhani LLP | Gary J. Lorch | <u>Address</u>:  633 West Fifth Street 52nd Floor, Los Angeles, CA 90071-2007<br><br><u>Phone</u>: (213) 680-4470 |

| Firm Name | Attorneys | Contact Information |
|---|---|---|
| | | Email: glorch@grsm.com |
| Gray Reed & McGraw | Christopher A. Davis<br><br>London England<br><br>D. Scott Funk | Address: 1601 Elm Street, Suite 4600; Dallas, TX 75201<br><br>Phone: (469) 320-6926<br><br>Email: cdavis@grayreed.com; lengland@grayreed.com; sfunk@garyreed.com |
| Theodora Oringer PC | Nick J.G. Sanchez<br><br>Kedar S. Vishwanathan | Address: 1840 Century Park East Suite 500, Los Angeles, CA 90067-2120<br><br>Phone: (714) 549-6201<br><br>Email: nsanchez@tocounsel.com; kvishwanathan@tocounsel.com |
| O'Hagan Meyer | Johnny L. Antwiler, II<br><br>Samuel Y. Edgerton, III | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br>Phone: (310) 807-1115<br><br>Email: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |
| Winget Spadafora & Schwartzberg | Richard P. Tricker | Address: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br>Phone: (310) 836-4801<br><br>Emails: tricker.r@wssllp.com |
| **ATA Ranches, Inc.** | | |
| Gray Reed & McGraw | Christopher A. Davis<br><br>London England | Address: 1601 Elm Street, Suite 4600; Dallas, TX 75201<br><br>Phone: (469) 320-6926 |

| Firm Name | Attorneys | Contact Information |
|---|---|---|
| | D. Scott Funk | Email: cda-vis@grayreed.com; lengland@grayreed.com; sfunk@garyreed.com |
| Theodora Oringer PC | Nick J.G. Sanchez<br><br>Kedar S. Vishwanathan | Address: 1840 Century Park East Suite 500, Los Angeles, CA 90067-2120<br><br>Phone: (714) 549-6201<br><br>Email: nsanchez@tocounsel.com; kvishwanathan@tocounsel.com |
| O'Hagan Meyer | Samual Y. Edgerton, III<br><br>Johnny L. Antwiler, II | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br>Phone: (310) 807-1115<br><br>Email: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |
| Winget Spadafora & Schwartzberg | Richard P. Tricker | Address: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br>Phone: (310) 836-4801<br><br>Email: tricker.r@wssllp.com |
| **Scientific Drilling International** | | |
| Gray Reed & McGraw | Christopher A. Davis<br><br>London England<br><br>D. Scott Funk | Address: 1601 Elm Street, Suite 4600; Dallas, TX 75201<br><br>Phone: (469) 320-6926<br><br>Email: cdavis@grayreed.com; lengland@grayreed.com; sfunk@garyreed.com |

7
NOTICE OF INTERLOCUTORY APPEAL

| Firm Name | Attorneys | Contact Information |
|---|---|---|
| Theodora Oringer PC | Nick J.G. Sanchez<br><br>Kedar S. Vishwanathan | Address: 1840 Century Park East Suite 500, Los Angeles, CA 90067-2120<br><br>Phone: (714) 549-6201<br><br>Email: nsanchez@tocounsel.com; kvishwanathan@tocounsel.com |
| O'Hagan Meyer | Samual Y. Edgerton, III<br><br>Johnny L. Antwiler, II | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br>Phone: (310) 807-1115<br><br>Email: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |
| **Officers (Dan Carter, Kieran Duggan, Philip Longorio)** | | |
| Holland & Knight | Brendan H. Connors<br><br>John F. Wood<br><br>Sarah Elisabeth Kelly-Kilgore | Address: 800 17th Street N.W., Suite 1100, Suite 1100, Washington, DC 20006<br><br>Phone: (202) 469-5628<br><br>Email: brendan.connors@hklaw.com; john.f.wood@hklaw.com; sarah.kellykilgore@hklaw.com |
| O'Hagan Meyer | Samual Y. Edgerton, III<br><br>Johnny L. Antwiler, II | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br>Phone: (310) 807-1115<br><br>Email: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |

| Firm Name | Attorneys | Contact Information |
|---|---|---|
| Winget Spadafora & Schwartzberg | Richard P. Tricker | Address: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br>Phone: (310) 836-4801<br><br>Email: tricker.r@wssllp.com |
| **Directors (Pam Pierce, Philip Gobe, Joe McCoy, Gene Durocher)** | | |
| Proskauer Rose LLP | Kevin T. Abikoff<br><br>Mark D. Harris<br><br>Emily H. Kline<br><br>Adam L. Deming<br><br>Jonathan Weiss (local counsel) | Address: One International Place, Boston, MA 02110<br><br>Phone: (617) 536-9816<br><br>Email: kabikoff@proskauer.com; mharris@proskauer.com; ademing@proskauer.com; jweiss@proskauer.com |
| O'Hagan Meyer | Samual Y. Edgerton, III<br><br>Johnny L. Antwiler, II<br><br>Karl A. Bloom | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254<br><br>Phone: (310) 807-1115<br><br>Email: jantwiler@ohaganmeyer.com; sedgerton@ohaganmeyer.com |
| Winget Spadafora & Schwartzberg | Richard P. Tricker | Address: 1800 Century Park East, Suite 205, Los Angeles, CA 90067<br><br>Phone: (310) 836-4801<br><br>Email: tricker.r@wssllp.com |
| **Movant** | | |
| **Dana Armstrong** | | |
| O'Hagan Meyer | Johnny L. Antwiler | Address: 2615 Pacific Coast Highway Suite 300, Hermosa Beach, CA 90254 |

| Firm Name | Attorneys | Contact Information |
|---|---|---|
|  |  | Phone: (310) 807-1115<br><br>Email: jant-wiler@ohaganmeyer.com; |

**CERTIFICATE OF SERVICE**

The undersigned certifies that Defendants' Notice of Interlocutory Appeal was filed electronically with the Clerk of the Court via the CM/ECF system, which effectuates service to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America and the laws of the State of California that the foregoing is true and correct.

Executed on February 27, 2025 at Los Angeles, California.

By: */s/ Kevin Abikoff*

Kevin Abikoff