JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW D. VAN STEENWYK, | Case No. 2:20-cv-02375-FLA (AJRx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| KEDRIN E. VAN STEENWYK, *et al.*, | |
| Defendants, | |

All claims in this action brought by Plaintiff Matthew D. Van Steenwyk ("Plaintiff") against Defendants Elizabeth Van Steenwyk ("Elizabeth"), Kedrin Van Steenwyk ("Kedrin"), Pamela Pierce ("Pierce"), Phillip Gobe ("Gobe"), Gene Durocher ("Durocher"), Joseph McCoy ("McCoy"), Philip Longorio ("Longorio"), Daniel Carter ("Carter"), Kieran Duggan ("Duggan"), and Adelaida Cellars, Inc. ("Adelaida"), and Nominal Defendants Applied Technologies Associates, Inc. ("ATA"), Scientific Drilling International, Inc. ("SDI"), and ATA Ranches, Inc. ("ATA Ranches"), have been resolved.

Accordingly, the court ORDERS and ADJUDGES as follows:

1. Judgment is ENTERED in favor of Plaintiff and against Elizabeth, Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan for Plaintiff's claim for breach of fiduciary duty brought derivatively on behalf ATA.

2. Judgment is ENTERED in favor of Plaintiff and against Elizabeth for Plaintiff's claim for corporate waste brought derivatively on behalf of ATA.

3. Plaintiff, derivatively on behalf of ATA, is AWARDED damages in the amount of **$4,106,879** and prejudgment interest in the amount of **$287,481** against Elizabeth, Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan, jointly and severally.

4. Judgment is ENTERED in favor of Plaintiff and against Elizabeth, Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan for Plaintiff's claim for breach of fiduciary duty brought derivatively on behalf of SDI.

5. Judgment is ENTERED in favor of Plaintiff and against Elizabeth for Plaintiff's claim for corporate waste brought derivatively on behalf of SDI.

6. Plaintiff, derivatively on behalf of SDI, is AWARDED damages in the amount of **$4,394,360** against Elizabeth, Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan, jointly and severally.

7. Judgment is ENTERED in favor of Plaintiff and against Elizabeth and Kedrin for Plaintiff's direct claim for breach of fiduciary duty to minority shareholder.

8. Judgment is ENTERED in favor of Plaintiff and against Adelaida for Plaintiff's direct claim for aiding and abetting controlling shareholder's breach of fiduciary duty.

9. Plaintiff is AWARDED damages in the amount of **$12,705,669** against Elizabeth, Kedrin, and Adelaida, jointly and severally.

10. Judgment is ENTERED in favor of Plaintiff and against ATA for Plaintiff's claim for violation of Cal. Corp. Code § 1601.

11. ATA shall MAKE AVAILABLE FOR INSPECTION all documents and other materials responsive to the May 2019 Demand, Trial Ex. 738, and July 2019 Demand, Trial Ex. 752, which have not already been produced in discovery in this action by March 20, 2025.

12. The 2017 Services Agreement, Trial Ex. 34, between ATA and Adelaida Cellars is VOIDED.

13. ATA, SDI, and ATA Ranches are ENJOINED from paying, advancing, or reimbursing any attorney's fees or costs incurred by Elizabeth, Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan, except ATA may indemnify Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan for expenses actually and reasonably incurred to defend against Plaintiff's claim for corporate waste as to ATA, and ATA may indemnify Elizabeth, Kedrin, Pierce, Gobe, Durocher, McCoy, Longorio, Carter, and Duggan for expenses actually and reasonably incurred to defend against Plaintiff's claim for punitive damages with respect to these defendants' conduct as to ATA.

/ / /

/ / /

/ / /

14. Plaintiff is ENTITLED to post-judgment interest on the total amount awarded herein, including prejudgment interest, which shall accrue pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: March 7, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge